EILEEN M. DIEPENBROCK, State Bar No. 119254
JON D. RUBIN, State Bar No. 196944
JONATHAN R. MARZ, State Bar No. 221188
DIEPENBROCK HARRISON, A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

DANIEL J. O'HANLON, State Bar No. 122380
BECKY DELL SHEEHAN, State Bar No. 201596
HANSPETER WALTER, State Bar No. 244847
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA  95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiffs
SAN LUIS & DELTA-MENDOTA WATER AUTHORITY;
WESTLANDS WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>GARY F. LOCKE, as Secretary of the United States Department of Commerce; UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; NATIONAL MARINE FISHERIES SERVICE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; JAMES W. BALSIGER, as Acting Assistant Administrator for Fisheries, National Marine Fisheries Service, National Oceanic and Atmospheric Administration; RODNEY R. McINNIS, as Administrator, Southwest Region, National Marine Fisheries Service, National Oceanic | CASE NO.  1:09-CV-1053-OWW-DLB<br><br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br><br>Judge:  Honorable Oliver W. Wanger |

and Atmospheric Administration; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF RECLAMATION; MICHAEL L. CONNOR, as Commissioner of the United States Bureau of Reclamation, United States Department of Interior; DONALD R. GLASER, as Director of the United States Bureau of Reclamation, Mid-Pacific Region, United States Department of the Interior,

Defendants.

This Stipulation and [Proposed] Order Extending Time for Defendants to Respond to Complaint ("Stipulation") is entered into by and between Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District ("Plaintiffs") and Defendants Gary F. Locke; United States Department of Commerce; National Oceanic and Atmospheric Administration; National Marine Fisheries Service; James Balsiger; Rodney R. McInnis; United States Department of Interior, United States Bureau of Reclamation; Michael L. Connor; Donald R. Glaser ("Federal Defendants").

The parties to this Stipulation hereby stipulate, by and through their respective counsel, as follows:

WHEREAS, on or about June 16, 2009, Plaintiffs filed a complaint for declaratory relief and injunctive relief against Federal Defendants, and

WHEREAS, the Federal Defendants were served with said complaint on or about June 19, 2009, and the current deadline to answer this complaint is August 21, 2009, and

WHEREAS, Plaintiffs intend to file an amended complaint on or after October 5, 2009,

THEREFORE, it is hereby stipulated that:

In consideration of Plaintiffs' intent to file an amended complaint, the Federal Defendants' time to answer is extended to ten (10) days after the date of service of Plaintiffs' amended complaint.

///

///

This Stipulation may be executed by facsimile or electronic signature and in counterparts, all of which, taken together, shall constitute a single stipulation.

Dated: August 20, 2009          DIEPENBROCK HARRISON
                                A Professional Corporation
                                KRONICK, MOSKOVITZ, TIEDEMANN &
                                GIRARD, A Law Corporation

                                By:  /s/ [*Eileen M. Diepenbrock*]
                                      EILEEN M. DIEPENBROCK
                                      DANIEL J. O'HANLON
                                Attorneys for Plaintiffs
                                 SAN LUIS & DELTA-MENDOTA WATER
                                 AUTHORITY; WESTLANDS WATER DISTRICT


Dated: August 20, 2009          JOHN C. CRUDEN, Acting Assistant Attorney General
                                JEAN E. WILLIAMS, Section Chief
                                LISA L. RUSSELL, Assistant Section Chief
                                BRIDGET KENNEDY McNEIL, Trial Attorney

                                By:  /s/  [*Bridget Kennedy McNeil*]  (as authorized)
                                      BRIDGET KENNEDY McNEIL
                                (CO State Bar 034299)
                                U.S. Department of Justice
                                Environmental and Natural Resources Division
                                Wildlife & Marine Resources Section
                                1961 Stout St., 8th Floor
                                Denver, CO 80294
                                Ph: 303-844-1484/Fax: 303-844-1350
                                bridget.mcneil@usdoj.gov


                                WILLIAM J. SHAPIRO, Trial Attorney
                                (CO State Bar 030929)
                                U.S. Department of Justice
                                Environmental and Natural Resources Division

                                Natural Resources Section
                                501 I Street, Suite 9-700
                                Sacramento, CA 95814
                                Ph: 916-930-2207/ Fax: 916-930-2010
                                william.shapiro@usdoj.gov


                                Attorneys for the Federal Defendants

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS SO ORDERED** that in consideration of Plaintiffs' intent to file an amended complaint, the Federal Defendants' time to answer is extended to ten (10) days after the date of service of Plaintiffs' amended complaint.

Dated: 8/20/2009                                        /s/ OLIVER W. WANGER
                                                                  Honorable Oliver W. Wanger
                                                                  United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-