JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
BRIDGET KENNEDY McNEIL, Trial Attorney (CO State Bar 034299)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney (CO State Bar 030929)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/ Fax: 916-930-2010
william.shapiro@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKE, *et al.*,<br><br>Defendants. | CASE NO. 1:09-CV-1053-OWW-DLB<br><br>**STIPULATION TO ADD CASE TO FEDERAL DEFENDANTS' MOTION TO CONSOLIDATE**<br><br>Hearing: August 31, 2009<br>Time: 10:00 A.M.<br>Ctrm: 3<br>Judge: Hon. Oliver W. Wanger |

On July 29, 2009, Federal Defendants moved to consolidate the above-captioned case and Stockton East Water District v. NOAA, No. 1:09-CV-1090-OWW-DLB. See Docket No. 26. Plaintiffs filed a response on August 14, 2009. See Docket No. 29.

On August 6, 2009, a new case was filed challenging the NMFS 2009 biological opinion, the same agency action at issue in the above-captioned case and the Stockton East cases. See

Stipulation
NO. 1:09-CV-1053-OWW-DLB

1  State Water Contractors v. Locke, *et al.*, No. 1:09-CV-1378-OWW-SMS. On August 12, 2009,
2  the State Water Contractors filed a Notice of Related Case, stating that their challenge is related
3  to the above-captioned case because the challenges "both involve the same parties (Defendants);
4  both cases are based on the same and similar claims (Defendants' violations of the ESA and
5  other laws in preparing, approving and enforcing the 2009 OCAP BiOp); both cases involve the
6  same transaction or event (Defendants' preparation, approval and enforcement of the 2009
7  OCAP BiOp); and both cases involve similar questions of fact and law such that their assignment
8  to the same Judge is likely to effect a substantial savings of judicial effort." See State Water
9  Contractors v. Locke, No. 1:09-CV-1378, Docket No. 11-2 at 8. The same arguments are raised
10 with respect to the relationship between the State Water Contractors case and the Stockton East
11 case. Id. at 9.

12 Federal Defendants agree with the statements in the State Water Contractors' Notice of
13 Related Case and assert that this challenge meets the consolidation factors outlined in our
14 Motion to Consolidate. As with consolidation of the cases named in our Motion, the Plaintiffs in
15 all three cases "agree that some consolidation of the matters is desirable." See Docket No. 29 at
16 1. [*Placeholder for pls' desired reservation language*].

17 Accordingly, the parties in all three matters hereby stipulate that the State Water
18 Contractors case be added to Federal Defendants' Motion to Consolidate, set for hearing on
19 August 31, 2009, and that the State Water Contractors case management conference be advanced
20 to the date and time set for the case management conferences in the San Luis and Stockton East
21 cases (September 10, 2009, 8:15 A.M.).

23 **IT IS SO ORDERED**
24 Dated:   August 28, 2009

25                                            /s/ Oliver W. Wanger
                                        _____
26                                           The Hon. Oliver W. Wanger

28 Stipulation
   NO. 1:09-CV-1053-OWW-DLB

Respectfully submitted this 20th day of August, 2009.

    */s/Eileen Diepenbrock* (per auth. to Bridget McNeil)
EILEEN M. DIEPENBROCK, State Bar No. 119254
JON D. RUBIN, State Bar No. 196944
JONATHAN R. MARZ, State Bar No. 221188
DIEPENBROCK HARRISON, A Professional Corporation
400 Capital Mall, Suite 1800
Sacramento, CA 95714

DANIEL J. O'HANLON, State Bar No. 122380
BECKY DELL SHEEHAN, State Bar No. 201596
HANSPETER WALTER, State Bar No. 244847
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814

Attorneys for San Luis & Delta-Mendota Water Authority and Westlands Water District


JEANNE M. ZOLEZZI - SBN: 121282
jzolezzi@herumcrabtree.com
KARNA E. HARRIGFELD - SBN: 162824
kharrigfeld@herumcrabtree.com

    */s/ Jennifer Spaletta* (per auth. to Bridget McNeil)
JENNIFER L. SPALETTA - SBN: 200032
jspaletta@herumcrabtree.com
ALEXIS GALBRAITH - SBN: 260756
agalbraith@herumcrabtree.com
**HERUM\CRABTREE**
*A California Professional Corporation*
2291 West March Lane, Suite B100
Stockton, CA 95207
Tel: (209) 472-7700

Attorneys for Stockton East Water District


    */s/ Greg Wilkinson* (per authorization to Bridget McNeil)

GREGORY K. WILKINSON, Bar No. 054809
STEVE M. ANDERSON, Bar No. 186700
JILL N. WILLIS, Bar. No. 200121
KIRA L. JOHNSON, Bar No. 259382
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P.O. Box 1028

Stipulation
NO. 1:09-CV-1053-OWW-DLB

Riverside, CA 92502
Tel: (951) 686-1450/Fax: (951) 686-3083
Gregory.Wilkinson@BBKlaw.com

Attorneys for State Water Contractors


JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief

  */s/   Bridget Kennedy McNeil*
BRIDGET KENNEDY McNEIL, Trial Attorney
(CO State Bar 034299)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney
(CO State Bar 030929)
U. S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/ Fax: 916-930-2010
william.shapiro@usdoj.gov


Attorneys for the Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2009, I filed a true and correct copy of the foregoing Stipulation to Add Case to Federal Defendants' Motion to Consolidate with the Court' CM/ECF system, which will generate a Notice of Filing on the following:

| | |
|---|---|
| Eileen M. Diepenbrock | emd@diepenbrock.com |
| Jonathan R. Marz | jmarz@diepenbrock.com |
| Daniel O'Hanlon | dohanlon@kmtg.com |
| Jon David Rubin | jrubin@diepenbrock.com |
| Rebecca Dell Sheehan | bsheehan@kmtg.com |
| Jennifer Spaletta | jspaletta@herumcrabtree.com |
| Hanspeter Walter | hwalter@kmtg.com |

                                                  /s/ Bridget Kennedy McNeil

Stipulation
NO. 1:09-CV-1053-OWW-DLB