MICHAEL R. SHERWOOD, State Bar No. 63702
ERIN M. TOBIN, State Bar No. 234943
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
msherwood@earthjustice.org; etobin@earthjustice.org
Tel: 510-550-6725 / Fax: 510-550-6749

Attorneys for Defendant-Intervenors

KATHERINE S. POOLE, State Bar No. 195010
DOUG OBEGI, State Bar No. 246127
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA  94104
kpoole@nrdc.org; dobegi@nrdc.org
Tel: 415-875-6100 / Fax: 415-875-6161

Attorneys for Defendant-Intervenor NRDC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>GARY F. LOCKE, as Secretary of the United States Department of Commerce, *et al.*,<br><br>　　　　　Defendants.<br><br>PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*,<br><br>　　　　　Defendant-Intervenors. | Case No.:  1:09-CV-1053-OWW-DLB<br><br>ORDER GRANTING MOTION TO INTERVENE |

[PROPOSED] ORDER – CASE NO. 09-1053-OWW-DLB　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

**[PROPOSED] ORDER**

Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, The Bay Institute, California Trout, Friends of the River, Natural Resources Defense Council, Northern California Council of the Federation of Fly Fishers, San Francisco Baykeeper, Sacramento River Preservation Trust, and the Winnemem Wintu Tribe ("Proposed Intervenors") have moved to Intervene as defendants in this matter.  The motion was heard on August 31, 2009.  Based upon the record and for good cause showing, the Court hereby ORDERS that the motion is GRANTED.  Proposed Intervenors shall be allowed to intervene for all purposes in this litigation as of right pursuant to Fed. R. Civ. P. 24(a).  The Proposed Answer lodged by Proposed Intervenors with their Motion to Intervene shall be filed as the parties' answer.  The Proposed Answer does not assert any cross claims or counter claims, nor will Proposed Intervenors be permitted to add cross claims or counter claims against the existing complaint.

DATED: 9/2/2009                    /s/ OLIVER W. WANGER
                                   OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE

Pursuant to Local Rule 5-137, the form of this Proposed Order has been approved by all parties.

DATED: September 2, 2009             /s/  Erin M. Tobin
                                     MICHAEL R. SHERWOOD
                                     ERIN M. TOBIN

                                     Attorneys for Defendant-Intervenors

                                     KATHERINE S. POOLE
                                     DOUG OBEGI

                                     Attorneys for Defendant-Intervenor NRDC

                                     DIEPENBROCK HARRISON
                                     A Professional Corporation
                                     KRONICK, MOSKOVITZ, TIEDEMANN &
                                     GIRARD, A Law Corporation

                                     */s/* Eileen M. Diepenbrock (w/permission 9-2-09)
                                     EILEEN M. DIEPENBROCK
                                     DIEPENBROCK HARRISON, A Professional Corporation
                                     400 Capitol Mall, Suite 1800
                                     Sacramento, CA 95814
                                     Ph: 916-492-5000/Fax: 916-446-4535

                                     DANIEL J. O'HANLON
                                     KRONIK, MOSKOVITZ, TIEDEMANN & GIRARD
                                     400 Capitol Mall, 27th Floor
                                     Sacramento, CA 95814
                                     Tel: 916-321-4500/Fax: 916-321-4555

                                     Attorneys for Plaintiffs
                                     SAN LUIS & DELTA-MENDOTA WATER
                                     AUTHORITY; WESTLANDS WATER DISTRICT

                                     JOHN C. CRUDEN, Acting Assistant Attorney General
                                     JEAN E. WILLIAMS, Section Chief
                                     LISA L. RUSSELL, Assistant Section Chief
                                     BRIDGET KENNEDY McNEIL, Trial Attorney

                                     /s/ Bridget Kennedy McNeil (w/permission 9-2-09)
                                     BRIDGET KENNEDY McNEIL
                                     (CO State Bar 034299)
                                     U.S. Department of Justice
                                     Environmental and Natural Resources Division
                                     Wildlife & Marine Resources Section
                                     1961 Stout St., 8th Floor
                                     Denver, CO 80294

Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney
(CO State Bar 030929)
U.S. Department of Justice
Environmental and Natural Resources Division

Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/ Fax: 916-930-2010
william.shapiro@usdoj.gov

Attorneys for the Federal Defendants