UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CONSOLIDATED SALMON CASES** | 1:09-cv-1053 OWW DLB |
| **SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT, v. GARY F. LOCKE, et al.** | Consolidated<br><br>Amendment to Joint Scheduling Conference Order |
| **STOCKTON EAST WATER DISTRICT, et al. v. NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, et al.** | |
| **STATE WATER CONTRACTORS v. GARY F. LOCKE, et al.** | |
| **KERN COUNTY WATER AGENCY, et al. v. UNITED STATES DEPARTMENT OF COMMERCE, et al.** | |
| **OAKDALE IRRIGATION DISTRICT, et al. v. UNITED STATES DEPARTMENT OF COMMERCE, et al.** | |
| **METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES SERVICE, et al.** | |

The September 25, 2009 Joint Scheduling Conference Order and Order Consolidating Cases, Doc. 51, inadvertently omitted the following stipulated changes to the schedule concerning motions to augment/challenge the Administrative Record:

- **Motions to Augment/Challenge Administrative Record are due by 12/14/2009.**

- **Oppositions, which were previously due by 01/15/2010, are now due 1/22/2010.**

1

- **Replies, which were previously due by 01/29/2010, are now due 2/5/2010.**
- **The hearing on these motions is set for 2/22/2010 at 10:00 AM in Courtroom 3 (OWW) before Judge Oliver W. Wanger.**

*See* Doc. 46.  The schedule shall be amended to reflect these changes.

IT IS SO ORDERED.

**Dated:   September 29, 2009**              **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE