MICHAEL R. SHERWOOD, State Bar No. 63702
ERIN M. TOBIN, State Bar No. 234943
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
msherwood@earthjustice.org; etobin@earthjustice.org
Tel: 510-550-6725 / Fax: 510-550-6749

Attorneys for Defendant-Intervenors

KATHERINE S. POOLE, State Bar No. 195010
DOUG OBEGI, State Bar No. 246127
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA 94104
kpoole@nrdc.org; dobegi@nrdc.org
Tel: 415-875-6100 / Fax: 415-875-6161

Attorneys for Defendant-Intervenor NRDC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA, | ) Case No.: 1:09-CV-1053-OWW-SMS ) ) |
| Plaintiff, | ) ORDER ALLOWING INTERVENTION ) |
| vs. | ) ) |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | ) ) |
| Defendants. | ) ) |
| U.S. BUREAU OF RECLAMATION, *et al.*, | ) ) |
| Real Parties In Interest. | ) ) |
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, | ) ) ) ) |
| Defendant-Intervenors. | ) ) |

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Plaintiff Metropolitan Water District of Southern California and Proposed Defendant-Intervenors Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, The Bay Institute, California Trout, Friends of the River, Natural Resources Defense Council, Northern California Council of the Federation of Fly Fishers, San Francisco Baykeeper, Sacramento River Preservation Trust, and the Winnemem Wintu Tribe ("Proposed Intervenors") have stipulated to the intervention of Proposed Intervenors as defendants in this matter. Accordingly, Proposed Intervenors shall be allowed to intervene for all purposes in this litigation as of right pursuant to Fed. R. Civ. P. 24(a). However, Proposed Intervenors will not be permitted to add cross claims or counter claims against the existing complaint.

DATED: 9/28/2009          /s/ OLIVER W. WANGER
                          HON. OLIVER W. WANGER
                          UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Local Rule 5-137, the form of this Proposed Order has been approved by all parties.

DATED: September 28, 2009     /s/ Michael R. Sherwood
                              MICHAEL R. SHERWOOD
                              ERIN M. TOBIN

                              Attorneys for DEFENDANT-INTERVENORS


DATED: September 21, 2009     MORRISON & FOERSTER, LLP

                              /s/ Christopher J. Carr (w/ permission 9/21/09)
                              EDGAR B. WASHBURN
                              CHRISTOPHER J. CARR
                              WILLIAM M. SLOAN
                              CORINNE FRATINI
                              Morrison & Foerster, LLP
                              425 Market Street
                              San Francisco, CA  94105
                              Telephone: 415-268-7000

                              Attorneys for Plaintiff THE METROPOLITAN WATER
                              DISTRICT OF SOUTHERN CALIFORNIA


DATED: September 23, 2009     JOHN C. CRUDEN, Acting Assistant Attorney General
                              JEAN E. WILLIAMS, Section Chief
                              LISA L. RUSSELL, Assistant Section Chief
                              BRIDGET KENNEDY McNEIL, Trial Attorney

                              /s/ Bridget Kennedy McNeil (w/ permission 9-23-09)
                              BRIDGET KENNEDY McNEIL
                              U.S. Department of Justice
                              Environmental and Natural Resources Division
                              Wildlife & Marine Resources Section
                              1961 Stout St., 8th Floor
                              Denver, CO  80294
                              Ph: 303-844-1484/Fax: 303-844-1350

                              WILLIAM J. SHAPIRO, Trial Attorney
                              U.S. Department of Justice
                              Environmental and Natural Resources Division
                              Natural Resources Section
                              501 I Street, Suite 9-700
                              Sacramento, CA  95814
                              Ph: 916-930-2207/ Fax: 916-930-2010

                              Attorneys for the FEDERAL DEFENDANTS
                              and FEDERAL REAL PARTIES IN INTEREST

| | |
|---|---|
| 1 | DATED: September 21, 2009     EDMUND G. BROWN, JR., Attorney General of California |
| 2 | ROBERT W. BYRNE, Supervising Deputy Atty. General |

                           /s/ Daniel Harris (w/ permission 9/21/09
                           CLIFFORD T. LEE
                           MICHAEL M. EDSON
                           KATHLEEN MEEHAN
                           DANIEL HARRIS
                           Deputy Attorneys General
                           455 Golden Gate Avenue, Ste. 11000
                           San Francisco , CA  94102-7004
                           Ph: 415-703-5546/Fax: 415-703-5480

                           Attorneys for STATE OF CALIFORNIA
                           REAL PARTIES IN INTEREST

PDF created with pdfFactory trial version www.pdffactory.com