1  COUNSEL IDENTIFICATION AT END

2

3

4                       **UNITED STATES DISTRICT COURT**

5           **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

6

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. GARY F. LOCKE et al. (Case No. 1:09-cv-1053) | Case Nos.:<br><br>1:09-cv-01053-OWW-DLB<br>1:09-cv-01090-OWW-DLB<br>1:09-cv-01378-OWW-DLB<br>1:09-cv-01520-OWW-DLB<br>1:09-cv-02452-OWW-DLB<br>1:09-cv-01625-OWW0DLB |
| STOCKTON EAST WATER DISTRICT v. NOAA et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE et al. (Case No. 1:09-cv-1378) | **STIPULATION AND ORDER RE: RELIEF FROM REQUIREMENT OF LOCAL RULE 56-260 RE: FILING OF SEPARATE STATEMENTS**<br><br>Judge:  Honorable Oliver W. Wanger |
| KERN COUNTY WATER AGENCY et al. v. U.S. DEPARTMENT OF COMMERCE et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT et al. v. U.S. DEPARTMENT OF COMMERCE et al. (Case No. 1:09-cv-2452) | |
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES, et al. (Case No. 1:09-cv-1625) | |

{00199447; 1}

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

STIPULATION RE: SEPARATE  STATEMENTS OF
UNDISPUTED MATERIAL FACTS; [PROPOSED] ORDER

1    The undersigned parties, through their respective counsel indicated below, agree and

2   stipulate that they are relieved from Eastern District Local Rule 56-260 requirement regarding

3   filing separate statements of undisputed material facts in support of their motions for summary

4   judgment and/or summary adjudication.

5   Dated:  October 27, 2009              DIEPENBROCK HARRISON.

6                                         A Professional Corporation
                                          KRONICK, MOSKOVITZ, TIEDEMANN &
7                                         GIRARD, A Law Corporation

8                                         By:  _/s/ [Eileen M. Diepenbrock]_____
                                               EILEEN M. DIEPENBROCK
9                                              DANIEL J. O'HANLON
                                          Attorneys for Plaintiffs
10                                        SAN LUIS & DELTA-MENDOTA WATER
                                          AUTHORITY; WESTLANDS WATER DISTRICT
11

12  Dated:  October 27, 2009              BEST BEST & KRIEGER LLP

13                                        By:  _/s/  [Gregory K. Wilkinson]  (as authorized)
                                               GREGORY K. WILKINSON
14                                             STEVEN M. ANDERSON
                                               PAETER E. GARCIA
15                                             MELISSA R. CUSHMAN
                                          Attorneys for Plaintiff
16                                        STATE WATER CONTRACTORS

17  Dated:  October 27, 2009              NOSSAMAN LLP

18                                        By:  _/s/ [Paul S. WeilandI]  (as authorized)
                                               ROBERT D. THORNTON
19                                             PAUL S. WEILAND
                                               AUDREY HUANG
20                                        Attorneys for Plaintiffs' KERN COUNTY WATER
                                          AGENCY and COALITION FOR A SUSTAINABLE
21                                        DELTA

22
    Dated: October 27, 2009               HERRUM CRABTREE
23                                        A Professional Corporation

24                                        By:  _/s/  [Jennifer L. Spaletta]  (as authorized)
25                                             JENNIFER L. SPALETTA
                                          Attorneys to Plaintiff
26                                        STOCKTON EAST WATER DISTRICT

27

28

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

{00199447; 1}                             - 1 -

STIPULATION RE: SEPARATE STATEMENTS OF UNDISPUTED MATERIAL FACTS;
[PROPOSED] ORDER

1  Dated: October 27, 2009        O'LAUGHLIN & PARIS LLP

2                                 By: /s/ [William C. Paris III] (as authorized)
                                        WILLIAM C. PARIS III
3                                 Attorney for Plaintiffs
                                  OAKDALE IRRIGATION DISTRICT AND
4                                 SOUTH SAN JOAQUIN IRRIGATION DISTRICT

5

6  Dated:  October 27, 2009       MORRISON & FOERSTER, LLP

7                                 THE METROPOLITAN WATER DISTRICT
                                  OF SOUTHERN CALIFORNIA
8

9                                 By: /s/ [Christopher J. Carr] (as authorized)
                                        EDGAR B. WASHBURN
10                                       CHRISTOPHER J. CARR
                                         WILLIAM M. SLOAN
11                                       KAREN L. TACHIKI
                                         LINUS MASOUREDIS
12                                Attorneys for Plaintiff
                                  THE METROPOLITAN WATER DISTRICT
13                                OF SOUTHERN CALIFORNIA

14
   Dated: October 27, 2009        EDMUND G. BROWN JR.
15                                 Attorney General of the State of California

16                                By: /s/ [Daniel S. Harris] (as authorized)
                                        DANIEL S. HARRIS
17                                       Deputy Attorney General
                                  Attorneys for Real Parties in Interest
18                                CALIFORNIA DEPARTMENT OF WATER
                                  RESOURCES AND ITS DIRECTOR, LESTER SNOW
19

20
   Dated: October 27, 2009        JOHN C. CRUDEN, Acting Assistant Attorney General
21                                JEAN E. WILLIAMS, Section Chief
                                  SETH M. BARSKY, Assistant Section Chief
22                                BRIDGET KENNEDY McNEIL, Trial Attorney

23                                By: /s/ [Bridget Kennedy McNeil] (as authorized)
                                        BRIDGET KENNEDY McNEIL
24                                (CO State Bar 034299)
                                  U.S. Department of Justice
25                                Environmental and Natural Resources Division
                                  Wildlife & Marine Resources Section
26                                1961 Stout St., 8th Floor
                                  Denver, CO 80294
27                                Ph: 303-844-1484/Fax: 303-844-1350
                                  bridget.mcneil@usdoj.gov
28

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

{00199447; 1}                            - 2 -
STIPULATION RE: SEPARATE STATEMENTS OF UNDISPUTED MATERIAL FACTS;
[PROPOSED] ORDER

1

2     WILLIAM J. SHAPIRO, Trial Attorney
      (CO State Bar 030929)
3     U.S. Department of Justice
      Environmental and Natural Resources Division
      Natural Resources Section
4     501 I Street, Suite 9-700
      Sacramento, CA 95814
5     Ph: 916-930-2207/ Fax: 916-930-2010
      william.shapiro@usdoj.gov
6
      Attorneys for the Federal Defendants
7

8
      Dated:  October 27, 2009        By: /s/ *[Erin M. Tobin]* (as authorized)
9                                          MICHAEL R. SHERWOOD
                                           ERIN M. TOBIN
10                                     Earthjustice

11                                     Attorneys for Defendant-Intervenors CALIFORNIA
                                       TROUT, FRIENDS OF THE RIVER, NATURAL
12                                     RESOURCES DEFENSE COUNCIL, NORTHERN
                                       CALIFORNIA COUNCIL OF THE FEDERATION OF
13                                     FLY FISHERS, PACIFIC COAST FEDERATION OF
                                       FISHERMEN'S ASSOCIATIONS/INSITITUTE FOR
14                                     FISHERIES RESOURCES, SACRAMENTO RIVER
                                       PRESERVATION TRUST, SAN FRACISCO
15                                     BAYKEEPER, THE BAY INSTITUTE, WINNEMEN
                                       WINTU TRIBE
16

17
      Dated: October 27, 2009         By: /s/ *[Katherine S. Poole]* (as authorized)
18                                         KATHERINE S. POOLE
                                           DOUG OBEGI
19                                     Natural Resources Defense Council
                                       111 Sutter Street, 20th Floor
20                                     San Francisco, CA  94104
                                       Tel:  415-875-6100/Fax:  415-875-6151
21
                                       Attorneys for Defendant-Intervenor NRDC
22

23                                     **SO ORDERED**

24

25
      Dated:10/29/2009                     /s/ OLIVER W. WANGER
26                                         Honorable Oliver O. Wanger
                                           United States District Court Judge
27

28

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

STIPULATION RE: SEPARATE STATEMENTS OF UNDISPUTED MATERIAL FACTS;
[PROPOSED] ORDER

# IDENTIFICATION OF COUNSEL

| | |
|---|---|
| DANIEL J. O'HANLON (SBN 122380)<br>WILLIAM T. CHISUM (SBN 142580)<br>HANSPETER WALTER (SBN 244847)<br>KRONICK, MOSKOVITZ, TIEDEMANN &<br>GIRARD<br>400 Capitol Mall, 27th Floor<br>Sacramento, CA 95814<br>Telephone:      (916) 321-4500<br>Facsimile:      (916) 321-4555<br><br>EILEEN M. DIEPENBROCK (SBN 119254)<br>JON D. RUBIN (SBN 196944)<br>JONATHAN R. MARZ (SBN 221188)<br>DIEPENBROCK HARRISON<br>400 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 492-5000<br>Facsimile: (916) 446-4535<br><br>**Attorneys for Plaintiffs<br>SAN LUIS & DELTA-MENDOTA WATER<br>AUTHORITY and WESTLANDS WATER<br>DISTRICT** | GREGORY K. WILKINSON (SBN 054809)<br>STEVEN M. ANDERSON (SBN 186700)<br>PAETER E. GARCIA (SBN 199580)<br>MELISSA R. CUSHMAN (SBN 246398)<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue, Suite 400<br>P. O. Box 1028<br>Riverside, CA 92502<br>Telephone: (951) 686-1450<br>Facsimile: (951) 686-3083<br><br>**Attorneys for Plaintiff<br>STATE WATER CONTRACTORS** |
| ROBERT D. THORNTON (SBN 72934)<br>PAUL S. WEILAND (SBN 237058)<br>AUDREY M. HUANG (SBN 217622)<br>NOSSAMAN LLP<br>18101 Von Karman Avenue, Suite 1800<br>Irvine, CA 92612<br>Telephone: (949) 833-7800<br>Facsimile: (949) 833-7878<br><br>**Attorneys for Plaintiffs<br>COALITION FOR A SUSTAINABLE<br>DELTA and KERN COUNTY WATER<br>AGENCY** | JENNIFER L. SPALETTA (SBN 200032)<br>HERUM CRABTREE<br>2291 West March Lane, suite B-100<br>Stockton, CA 95207<br>Telephone:  (209) 472-7700<br>Facsimile:   (209) 472-7986<br><br>**Attorneys for Plaintiff<br>STOCKTON EAST WATER DISTRICT** |

STIPULATION RE: SEPARATE STATEMENTS OF UNDISPUTED MATERIAL FACTS;
[PROPOSED] ORDER

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

| | |
|---|---|
| WILLIAM C. PARIS III (SBN 168712)<br>O'LAUGHLIN & PARIS LLP<br>Post Office Box 9259<br>117 Meyers Street, Suite 110<br>Chico, CA  95927<br>Telephone:  (530) 899-9755<br>Facsimile:   (530) 899-1367<br><br>**Attorney for Plaintiffs**<br>**OAKDALE IRRIGATION DISTRICT AND**<br>**SOUTH SAN JOAQUIN IRRIGATION**<br>**DISTRICT** | BRIDGET KENNEDY McNEIL<br>(CO State Bar 034299)<br>U.S. Department of Justice<br>Environmental and Natural Resources Division<br>Wildlife & Marine Resources Section<br>1961 Stout St., 8th Floor<br>Denver, CO 80294<br>Ph: 303-844-1484/Fax: 303-844-1350<br>bridget.mcneil@usdoj.gov<br><br>WILLIAM J. SHAPIRO, Trial Attorney<br>(CO State Bar 030929)<br>U.S. Department of Justice<br>Environmental and Natural Resources Division<br>Natural Resources Section<br>501 I Street, Suite 9-700<br>Sacramento, CA 95814<br>Ph: 916-930-2207/ Fax: 916-930-2010<br>william.shapiro@usdoj.gov<br><br>**Attorneys for the Federal Defendants**<br>**NATIONAL MARINE FISHERIES**<br>**SERVICE, NATIONAL OCEANIC AND**<br>**ATMOPHERIC ADMISSION** |
| EDMUND G. BROWN, JR. (SBN 37100)<br>Attorney General of California<br>DANIEL S. HARRIS (SBN 157433)<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5511<br>Facsimile: (415) 703-5480<br><br>**Attorneys for Real Parties in Interest**<br>**CALIFORNIA DEPARTMENT OF**<br>**WATER RESOURCES AND ITS**<br>**DIRECTOR, LESTER SNOW** | |

{00199447; 1}

- 5 -

STIPULATION RE: SEPARATE STATEMENTS OF UNDISPUTED MATERIAL FACTS;
[PROPOSED] ORDER

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

KATHERINE POOLE (SBN 195010)
DOUG OBEGI (SBN 246127)
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA 94104
Telephone: (415) 845-6100
Facsimile: (415) 875-6161

**Attorneys for Defendant-Intervenor
NATURAL RESOURCES DEFENSE
COUNCIL**

MICHAEL RAMSEY SHERWOOD
(SBN 63702)
ERIN MARIE TOBIN (SBN 234943)
EARTHJUSTICE
426 17th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 550-6725
Facsimile: (510) 550-6749

**Attorneys for Defendant-Intervenors
CALIFORNIA TROUT, FRIENDS OF
THE RIVER, NATURAL RESOURCES
DEFENSE COUNCIL, NORTHERN
CALIFORNIA COUNCIL OF THE
FEDERATION OF FLY FISHERS,
PACIFIC COAST FEDERATION OF
FISHERMEN'S
ASSOCIATIONS/INSITITUTE FOR
FISHERIES RESOURCES,
SACRAMENTO RIVER PRESERVATION
TRUST, SAN FRACISCO BAYKEEPER,
THE BAY INSTITUTE, WINNEMEN
WINTU TRIBE**

EDGAR B. WASHBURN (SBN 34038)
CHRISTOPHER J. CARR (SBN 184076)
WILLIAM M. SLOAN (SBN 203583)
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

KAREN L. TACHIKI (SBN 91539)
LINUS MASOUREDIS (SBN 77322)
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA
1121 L Street, Suite 900
Sacramento, CA  95914-3974
Telephone:  (916) 650-2600

Attorneys for Plaintiff
**THE METROPOLITAN WATER
DISTRICT OF SOUTHERN CALIFORNIA**

STIPULATION RE: SEPARATE STATEMENTS OF UNDISPUTED MATERIAL FACTS;
[PROPOSED] ORDER

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION