GREGORY K. WILKINSON, Bar No. 054809
STEVE M. ANDERSON, Bar No. 186700
JILL N. WILLIS, Bar No. 200121
STEFANIE HEDLUND, Bar No. 239787
MELISSA R. CUSHMAN, Bar No. 246398
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P. O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083
Gregory.Wilkinson@BBKlaw.com

Attorneys for Plaintiff
STATE WATER CONTRACTORS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. GARY LOCKE et al. (Case No. 1:09-cv-1053) | Case Nos.:<br><br>1:09-cv-01053-OWW-DLB<br>1:09-cv-01090-OWW-DLB<br>1:09-cv-01378-OWW-DLB<br>1:09-cv-01520-OWW-DLB<br>1:09-cv-01625-OWW-DLB<br>1:09-cv-02452-OWW-DLB |
| STOCKTON EAST WATER DISTRICT v. NOAA et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE et al. (Case No. 1:09-cv-1378) | Judge: Hon. Oliver W. Wanger |
| KERN COUNTY WATER AGENCY et al. v. U.S. DEPARTMENT OF COMMERCE et al. (Case No. 1:09-cv-1520) | **STIPULATION TO AMEND STATE WATER CONTRACTORS' COMPLAINT; ORDER** |
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES, et al. (Case No. 1:09-cv-1625) | |
| OAKDALE IRRIGATION DISTRICT et al. v. U.S. DEPARTMENT OF COMMERCE et al. (Case No. 1:09-cv-2452.) | |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
RIVERSIDE

RVPUB\SHEDLUND\766663.2
12/4/09

STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

# STIPULATION

Plaintiff State Water Contractors ("State Contractors"), Real Parties in Interest United States Bureau of Reclamation, Michael L. Connor, Commissioner of Reclamation and Donald R. Glaser, Director of Reclamation's Mid-Pacific Region (collectively, "Reclamation Parties"), and Intervenor-Defendants Natural Resources Defense Council, Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, The Bay Institute, California Trout, Friends of the River, Northern California Council of the Federation of Fly Fishers, San Francisco Baykeeper, Sacramento River Preservation Trust and Winnemem Wintu Tribe (collectively, "Intervenors"), by and through their respective attorneys, stipulate and agree as follows:

Whereas on August 6, 2009 the State Contractors filed a complaint in the above-referenced action.

Whereas the State Contractors' complaint named the Reclamation Parties as Real Parties in Interest.

Whereas the Court allowed Intervenors to intervene in the above-referenced action.

Whereas the Court issued a Memorandum Decision re Cross-Motions for Summary Judgment on NEPA Issues ("Decision") in the case commonly referred to as the Delta Smelt Consolidated Cases, Case 1:09-cv-00707-OWW-DLB.

IT IS HEREBY STIPULATED:

1. State Water Contractors may file an amended complaint, naming Reclamation Parties as Defendants instead of as Real Parties in Interest and adding a NEPA claim against Reclamation Parties.

///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

2. The State Water Contractors amended complaint shall be amended as attached to this Stipulation as Exhibit "A".

Dated:  December 4, 2009        BEST BEST & KRIEGER LLP

By:
 */s/* Gregory K. Wilkinson *(Authorized 12/4/09)*
GREGORY K. WILKINSON
**Attorneys for Plaintiff State Water Contractors**

Dated:  December 4, 2009        U.S. DEPARTMENT OF JUSTICE

*/s/* Bridget Kennedy McNeil *(Authorized 12/4/09)*
BRIDGET KENNEDY McNEIL, Trial Attorney
**Attorneys for Federal Defendants**

Dated:  December 4, 2009        EARTHJUSTICE

*/s/* Erin Tobin *(Authorized 12/4/09)*
ERIN TOBIN
**Attorneys for Defendant-Intervenors**

Dated:  December 4, 2009        NATURAL RESOURCES DEFENSE COUNCIL

*/s/* Katherine S. Poole *(Authorized 12/4/09)*
KATHERINE S. POOLE
**Attorneys for Defendant-Intervenor**
**Natural Resources Defense Council**

**IT IS SO ORDERED.**

Dated: December 7, 2009        /s/ OLIVER W. WANGER
THE HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com