COUNSEL IDENTIFICATION AT END

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. GARY F. LOCKE et al. (Case No. 1:09-cv-1053) | Case Nos.:<br><br>1:09-cv-01053-OWW-DLB<br>1:09-cv-01090-OWW-DLB<br>1:09-cv-01378-OWW-DLB<br>1:09-cv-01520-OWW-DLB<br>1:09-cv-02452-OWW-DLB<br>1:09-cv-01625-OWW0DLB |
| STOCKTON EAST WATER DISTRICT v. NOAA et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE et al. (Case No. 1:09-cv-1378) | **STIPULATION AND ORDER RE: BRIEFING SCHEDULE**<br><br>Judge: Honorable Oliver W. Wanger |
| KERN COUNTY WATER AGENCY et al. v. U.S. DEPARTMENT OF COMMERCE et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT et al. v. U.S. DEPARTMENT OF COMMERCE et al. (Case No. 1:09-cv-2452) | |
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES, et al. (Case No. 1:09-cv-1625) | |

{00207444; 1}

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

STIPULATION RE: BRIEFING SCHEDULE; ORDER

PDF created with pdfFactory trial version www.pdffactory.com

The undersigned parties, through their respective counsel indicated below, agree and stipulate as follows:

WHEREAS, pursuant to the Amendment to Joint Scheduling Conference Order (Doc. 52), Motions to Augment/Challenge the Administrative Record are due by December 14, 2009; and

WHEREAS, the parties have been engaged in a meet and confer process regarding the Administrative Record pursuant to which, among other things, additional documents will be produced by Federal Defendants on December 15, 2009; and

WHEREAS, the parties' meet and confer process regarding the Administrative Record will extend beyond the December 14, 2009, date currently scheduled for filing of Motions to Augment/Challenge the Administrative Record,

NOW, THEREFORE, the parties stipulate that the date for filing of Motions to Augment/Challenge the Administrative Record shall be extended from December 14, 2009, to a date to be determined following the aforementioned meet and confer process, along with an according briefing and hearing schedule.

Dated: December 11, 2009      DIEPENBROCK HARRISON.
                              A Professional Corporation
                              KRONICK, MOSKOVITZ, TIEDEMANN &
                              GIRARD, A Law Corporation

                              By:  /s/ [Eileen M. Diepenbrock]
                                   EILEEN M. DIEPENBROCK
                                   DANIEL J. O'HANLON
                              Attorneys for Plaintiffs
                              SAN LUIS & DELTA-MENDOTA WATER
                              AUTHORITY; WESTLANDS WATER DISTRICT

Dated: December 11, 2009      BEST BEST & KRIEGER LLP

                              By: /s/ [Gregory K. Wilkinson] (as authorized)
                                   GREGORY K. WILKINSON
                                   STEVEN M. ANDERSON
                                   PAETER E. GARCIA
                                   MELISSA R. CUSHMAN
                              Attorneys for Plaintiff
                              STATE WATER CONTRACTORS

{00207444; 1}                           - 1 -
STIPULATION RE: BRIEFING SCHEDULE; ORDER

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  December 11, 2009 | NOSSAMAN LLP |
| 2 | | By:  /s/ *[Paul S. Weiland]*  (as authorized) |
| 3 | | ROBERT D. THORNTON<br>PAUL S. WEILAND |
| 4 | | AUDREY HUANG<br>Attorneys for Plaintiffs |
| 5 | | KERN COUNTY WATER<br>AGENCY and |
| 6 | | COALITION FOR A SUSTAINABLE DELTA |
| 7 | Dated: December 11, 2009 | HERUM CRABTREE |
| 8 | | A Professional Corporation |
| 9 | | By:  /s/  *[Jennifer L. Spaletta]*  (as authorized) |
| 10 | | JENNIFER L. SPALETTA<br>JEANNE M. ZOLEZZI |
| 11 | | KARNA E. HARRIGFELD<br>ALEXIS GALBRAITH |
| 12 | | Attorneys for Plaintiff<br>STOCKTON EAST WATER DISTRICT |
| 13 | | |
| 14 | Dated: December 11, 2009 | O'LAUGHLIN & PARIS LLP |
| 15 | | By:  /s/  *[William C. Paris III]* (as authorized) |
| 16 | | WILLIAM C. PARIS III<br>Attorney for Plaintiffs |
| 17 | | OAKDALE IRRIGATION DISTRICT and<br>SOUTH SAN JOAQUIN IRRIGATION DISTRICT |
| 18 | | |
| 19 | Dated:  December 11, 2009 | MORRISON & FOERSTER, LLP |
| 20 | | THE METROPOLITAN WATER DISTRICT |
| 21 | | OF SOUTHERN CALIFORNIA |
| 22 | | By:  /s/ *[William M. Sloan]* (as authorized)<br>EDGAR B. WASHBURN |
| 23 | | CHRISTOPHER J. CARR<br>WILLIAM M. SLOAN |
| 24 | | KAREN L. TACHIKI<br>LINUS MASOUREDIS |
| 25 | | Attorneys for Plaintiff<br>THE METROPOLITAN WATER DISTRICT |
| 26 | | OF SOUTHERN CALIFORNIA |
| 27 | | |
| 28 | | |

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: December 11, 2009 | EDMUND G. BROWN JR. |
| 2 | | Attorney General of the State of California |
| 3 | | By: /s/ *[Daniel S. Harris]* (as authorized) |
| | | DANIEL S. HARRIS |
| 4 | | Deputy Attorney General |
| | | Attorneys for Real Parties in Interest |
| 5 | | CALIFORNIA DEPARTMENT OF WATER |
| | | RESOURCES AND ITS DIRECTOR, LESTER SNOW |

Dated: December 11, 2009

IGNACIA S. MORENO, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Section Chief
BRIDGET KENNEDY McNEIL, Trial Attorney

By: /s/ *[Bridget Kennedy McNeil]* (as authorized)
   BRIDGET KENNEDY McNEIL
(CO State Bar 034299)
U.S. Department of Justice
Environmental and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney
(CO State Bar 030929)
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/ Fax: 916-930-2010
william.shapiro@usdoj.gov

Attorneys for the Federal Defendants

{00207444; 1}                                        - 3 -
STIPULATION RE: BRIEFING SCHEDULE; ORDER

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  December 11, 2009            By:  /s/  *[Erin M. Tobin]* (as authorized)
                                                        MICHAEL R. SHERWOOD
                                                        ERIN M. TOBIN
                                                        Earthjustice

                                                        Attorneys for Defendant-Intervenors CALIFORNIA TROUT, FRIENDS OF THE RIVER, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN CALIFORNIA COUNCIL OF THE FEDERATION OF FLY FISHERS, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSITITUTE FOR FISHERIES RESOURCES, SACRAMENTO RIVER PRESERVATION TRUST, SAN FRACISCO BAYKEEPER, THE BAY INSTITUTE, WINNEMEN WINTU TRIBE

Dated: December 11, 2009            By:  /s/ *[Doug Obegi]* (as authorized)
                                                        KATHERINE S. POOLE
                                                        DOUG OBEGI
                                                       Natural Resources Defense Council
                                                        111 Sutter Street, 20th Floor
                                                        San Francisco, CA  94104
                                                        Tel: 415-875-6100/Fax: 415-875-6151

                                                        Attorneys for Defendant-Intervenor NRDC

## **ORDER**

Pursuant to the parties' stipulation above and for good cause shown,

IT IS HEREBY ORDERED that the date for filing of Motions to Augment/Challenge the Administrative Record shall be extended from December 14, 2009, to a date to be determined following the aforementioned meet and confer process, along with an according briefing and hearing schedule.

## **SO ORDERED**

Dated: December 14, 2009            /s/ OLIVER W. WANGER
                                                        Honorable Oliver W. Wanger
                                                        United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com