1  COUNSEL IDENTIFICATION AT END

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

CONSOLIDATED SALMON CASES

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. GARY F. LOCKE et al. (Case No. 1:09-cv-1053) | Case Nos.:<br><br>1:09-cv-01053-OWW-DLB<br>1:09-cv-01090-OWW-DLB<br>1:09-cv-01378-OWW-DLB<br>1:09-cv-01520-OWW-DLB<br>1:09-cv-02452-OWW-DLB<br>1:09-cv-01625-OWW-DLB |
| STOCKTON EAST WATER DISTRICT v. NOAA et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE et al. (Case No. 1:09-cv-1378) | **FURTHER STIPULATION AND ORDER RE: BRIEFING SCHEDULE**<br><br>Judge: Honorable Oliver W. Wanger |
| KERN COUNTY WATER AGENCY et al. v. U.S. DEPARTMENT OF COMMERCE et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT et al. v. U.S. DEPARTMENT OF COMMERCE et al. (Case No. 1:09-cv-2452) | |
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES, et al. (Case No. 1:09-cv-1625) | |

{00207444; 1}
930434.1 10355.25

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

FURTHER STIPULATION RE: BRIEFING SCHEDULE; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

The undersigned parties, through their respective counsel indicated below, agree and stipulate as follows:

WHEREAS, pursuant to the Amendment to Joint Scheduling Conference Order (Doc. 52), Motions to Augment/Challenge the Administrative Record were originally due by December 14, 2009; and

WHEREAS, the parties have been engaged in a meet-and-confer process regarding the Administrative Record pursuant to which, among other things, Federal Defendants have produced additional documents and have agreed to produce a further version of the National Marine Fisheries Service's administrative record in searchable format by January 8, 2010; and

WHEREAS, the parties entered into a Stipulation and Order re: Briefing Schedule (Doc. 111) on December 11, 2009, pursuant to which the parties stipulated to extend the due date for Motions to Augment/Challenge the Administrative Record from December 14, 2009, to a date to be determined, along with a briefing and hearing schedule; and

WHEREAS, the Court entered an Order (Doc. 112) on December 14, 2009, in accordance with the parties' Stipulation and Order re Briefing Schedule (Doc. 111); and

WHEREAS, the parties have further met and conferred and have reached agreement regarding an appropriate schedule for Motions to Augment/Challenge the Administrative Record,

NOW, THEREFORE, the parties stipulate to the following schedule for Motions to Augment/Challenge the Administrative Record:

- Motions to Augment/Challenge Administrative Record are due by January 15, 2010.
- Oppositions are due by February 10, 2010.
- Replies are due by February 19, 2010.
- The hearing on these motions will be conducted on March 1, 2010, at 11:00 a.m. in Courtroom 3 (OWW) before Judge Oliver W. Wanger, concurrently with the previously set Further Scheduling Conference.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  December 22, 2009 | DIEPENBROCK HARRISON. |
| 2 | | A Professional Corporation |
| | | KRONICK, MOSKOVITZ, TIEDEMANN & |
| 3 | | GIRARD, A Law Corporation |
| 4 | | By:  /s/ [*Daniel J. O'Hanlon*] |
| | | EILEEN M. DIEPENBROCK |
| 5 | | DANIEL J. O'HANLON |
| | | Attorneys for Plaintiffs |
| 6 | | SAN LUIS & DELTA-MENDOTA WATER |
| | | AUTHORITY; WESTLANDS WATER DISTRICT |

Dated:  December 22, 2009          BEST BEST & KRIEGER LLP

By: /s/ *[Gregory K. Wilkinson]* (as authorized)
   GREGORY K. WILKINSON
   STEVEN M. ANDERSON
   PAETER E. GARCIA
   MELISSA R. CUSHMAN
Attorneys for Plaintiff
STATE WATER CONTRACTORS

Dated:  December 22, 2009          NOSSAMAN LLP

By: /s/ *[Paul S. Weiland]* (as authorized)
   ROBERT D. THORNTON
   PAUL S. WEILAND
   AUDREY HUANG
Attorneys for Plaintiffs KERN COUNTY WATER AGENCY and COALITION FOR A SUSTAINABLE DELTA

Dated: December 22, 2009          HERUM CRABTREE
                                  A Professional Corporation

By: /s/ *[Jennifer L. Spaletta]* (as authorized)
   JENNIFER L. SPALETTA
Attorneys to Plaintiff
STOCKTON EAST WATER DISTRICT

Dated: December 22, 2009          O'LAUGHLIN & PARIS LLP

By: /s/ *[William C. Paris III]* (as authorized)
   WILLIAM C. PARIS III
Attorney for Plaintiffs
OAKDALE IRRIGATION DISTRICT AND
SOUTH SAN JOAQUIN IRRIGATION DISTRICT

{00207444; 1}
930434.1 10355.25

- 2 -

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

FURTHER STIPULATION RE: BRIEFING SCHEDULE; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  December 22, 2009 | MORRISON & FOERSTER, LLP |
| 2 | | |
| 3 | | THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA |

By: /s/ *[Christopher J. Carr]* (as authorized)
       EDGAR B. WASHBURN
       CHRISTOPHER J. CARR
       WILLIAM M. SLOAN
       KAREN L. TACHIKI
       LINUS MASOUREDIS
Attorneys for Plaintiff
THE METROPOLITAN WATER DISTRICT
OF SOUTHERN CALIFORNIA

Dated: December 22, 2009     EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/  *[Daniel S. Harris]*  (as authorized)
       DANIEL S. HARRIS
       Deputy Attorney General
Attorneys for Real Parties in Interest
CALIFORNIA DEPARTMENT OF WATER
 RESOURCES AND ITS DIRECTOR, LESTER SNOW

Dated: December 22, 2009     JOHN C. CRUDEN, Acting Assistant Attorney General
                             JEAN E. WILLIAMS, Section Chief
                             SETH M. BARSKY, Assistant Section Chief
                             BRIDGET KENNEDY McNEIL, Trial Attorney

By: /s/ *[Bridget Kennedy McNeil]* (as authorized)
       BRIDGET KENNEDY McNEIL
(CO State Bar 034299)
U.S. Department of Justice
Environmental and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney
(CO State Bar 030929)
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/ Fax: 916-930-2010
william.shapiro@usdoj.gov
Attorneys for the Federal Defendants

{00207444; 1}
930434.1 10355.25

- 3 -

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

FURTHER STIPULATION RE: BRIEFING SCHEDULE; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  December 22, 2009        By: /s/ *[Erin M. Tobin]* (as authorized)
                                                      MICHAEL R. SHERWOOD
                                                      ERIN M. TOBIN
                                             Earthjustice

                                             Attorneys for Defendant-Intervenors CALIFORNIA TROUT, FRIENDS OF THE RIVER, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN CALIFORNIA COUNCIL OF THE FEDERATION OF FLY FISHERS, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSITITUTE FOR FISHERIES RESOURCES, SACRAMENTO RIVER PRESERVATION TRUST, SAN FRACISCO BAYKEEPER, THE BAY INSTITUTE, WINNEMEN WINTU TRIBE

Dated: December 22, 2009        By: /s/ *[Katherine S. Poole]* (as authorized)
                                                     KATHERINE S. POOLE
                                                     DOUG OBEGI
                                             Natural Resources Defense Council
                                             111 Sutter Street, 20th Floor
                                             San Francisco, CA  94104
                                             Tel: 415-875-6100/Fax:  415-875-6151

                                             Attorneys for Defendant-Intervenor NRDC

{00207444; 1}
930434.1 10355.25

- 4 -

DIEPENBROCK HARRISON
A PROFESSIONAL CORPORATION

FURTHER STIPULATION RE: BRIEFING SCHEDULE; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Pursuant to the parties' stipulation above and for good cause shown,

IT IS HEREBY ORDERED that Motions to Augment/Challenge the Administrative Record shall be conducted in accordance with the following schedule.

- Motions to Augment/Challenge Administrative Record are due by January 15, 2010.
- Oppositions are due by February 10, 2010.
- Replies are due by February 19, 2010.
- The hearing on these motions will be conducted on March 1, 2010, at 11:00 a.m. in Courtroom 3 (OWW) before Judge Oliver W. Wanger, concurrently with the previously set Further Scheduling Conference.

**SO ORDERED**

Dated: December 23, 2009          /s/ OLIVER W. WANGER
                                  United States Senior District Court Judge

{00207444; 1}
930434.1 10355.25
- 5 -
DIEPENBROCK HARRISON
A PROFESSIONAL CORPORATION

FURTHER STIPULATION RE: BRIEFING SCHEDULE; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com