1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  JOHN DAVIDSON, State Bar No. 50364
   Supervising Deputy Attorney General
3  CLIFFORD T. LEE, State Bar No. 74687
   Deputy Attorney General
4  MICHAEL EDSON, State Bar No. 177858
   Deputy Attorney General
5  DANIEL S. HARRIS, State Bar No. 157433
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5530
    Fax:  (415) 703-5480
8   E-mail:  Daniel.Harris@doj.ca.gov
   *Attorneys for Real Parties in Interest*
9  *California Department of Water Resources (DWR)*
   *and Lester Snow, Director of DWR*
10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| **SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT v. GARY F. LOCKE, as Secretary of the United States Department of Commerce; et al.** | 1:09-cv-1053 OWW-DLB<br>1:09-cv-1090 OWW-DLB<br>1:09-cv-1378 OWW-DLB<br>1:09-cv-1520 OWW-SMS<br>1:09-cv-1580 OWW-DLB<br>1:09-cv-1625 OWW-SMS |
| **STOCKTON EAST WATER DISTRICT, et al. v. NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, et al.** | STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING |
| **STATE WATER CONTRACTORS v. GARY F. LOCKE, Secretary, etc., et al.** | Judge:  Honorable Oliver W. Wanger |
| **KERN COUNTY WATER AGENCY, et al. v. UNITED STATES DEPARTMENT OF COMMERCE, et al.** | |
| **OAKDALE IRRIGATION DISTRICT, et al. v. UNITED STATES DEPARTMENT OF COMMERCE, et al.** | |
| **THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES SERVICE, et al.** | |

1

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     This Stipulation and Order to Extend Time to File Responsive Pleading is entered into by and between plaintiff State Water Contractors (SWC) and State Real Parties in Interest California Department of Water Resources (DWR) and DWR's Director, Lester Snow (collectively, DWR).

     The parties to this Stipulation hereby stipulate, by and through their respective counsel, as follows:

     WHEREAS, on or about December 10, 2009, SWC filed and served an Amended Complaint for Declaratory and Injunctive Relief (the Amended Complaint);

     WHEREAS, the Amended Complaint contains no new allegations relating to DWR as compared to SWC's original Complaint for Declaratory and Injunctive Relief, filed on or about August 6, 2009.  DWR responded to the original SWC Complaint by Answer filed and served on September 16, 2009;

     WHEREAS, in response to this Court's comments in the Delta Smelt Cases pending in this Court, DWR is in the process of obtaining approval to file a complaint in intervention, which DWR  intends to file by the end of January 2010.  It is DWR's position that a response to the Amended Complaint will be unnecessary once DWR files a complaint in intervention; and

     WHEREAS, for protective purposes, the parties to this Stipulation would like to extend DWR's time to file a response to the Amended Complaint to February 5, 2010, by which time a complaint in intervention should be filed.

     THEREFORE, it is hereby stipulated that:

     In consideration of DWR's intent to file a complaint in intervention, DWR's time to file a responsive pleading to the Amended Complaint shall be extended so that DWR's responsive pleadings, if any, may be filed and served by no later than February 5, 2010.

    / / /

    / / /

    / / /

    / / /

    / / /

2

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING
(1:09-CV-1053 OWW DLB)

PDF created with pdfFactory trial version www.pdffactory.com

1

2        This Stipulation may be executed by facsimile or electronic signature and in counterparts,

3    all of which, taken together, shall constitute a single stipulation.

4    Dated:  December 23, 2009                    EDMUND  G. BROWN JR.
                                                   ATTORNEY GENERAL OF THE STATE OF
5                                                  CALIFORNIA

6                                                  /s/DANIEL S. HARRIS

7                                                  DANIEL S. HARRIS
                                                   Deputy Attorney General
8                                                  *Attorneys for Real Parties in Interest*
                                                   *California Department of Water Resources*
9                                                  *and Lester Snow*

10   Dated:  December 23, 2009                    BEST, BEST & KREIGER LLP

11                                                 /s/GREGORY K. WILKINSON

12
                                                   GREGORY K. WILKINSON
13                                                 *Attorneys for Plaintiff State Water Contractors*

14

15

16

17                                   **ORDER**

18        Based upon the foregoing Stipulation and good cause appearing therefor,

19        **IT IS SO ORDERED** that in consideration of DWR's intent to file a complaint in

20   intervention, DWR's time to file a responsive pleading to the Amended Complaint shall be

21   extended so that DWR's responsive pleadings, if any, may be filed and served by no later than

22   February 5, 2010.

23   Dated: December 23, 2009                    /s/ OLIVER W. WANGER
24                                                 United States Senior District Court Judge

25

26

27

28
                                         3
─────────────────────────────────────────────────────
STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING
 (1:09-CV-1053 OWW DLB)