MICHAEL R. SHERWOOD, State Bar No. 63702
ERIN M. TOBIN, State Bar No. 234943
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
msherwood@earthjustice.org; etobin@earthjustice.org
Tel: 510-550-6725 / Fax: 510-550-6749

Attorneys for Defendant-Intervenors

KATHERINE S. POOLE, State Bar No. 195010
DOUG OBEGI, State Bar No. 246127
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA  94104
kpoole@nrdc.org; dobegi@nrdc.org
Tel: 415-875-6100 / Fax: 415-875-6161

Attorneys for Defendant-Intervenor NRDC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CONSOLIDATED SALMON CASES<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.* v. LOCKE, *et al.*<br><br>STOCKTON EAST WATER DISTRICT v. NOAA, *et al.*<br><br>STATE WATER CONTRACTORS v. LOCKE, *et al.*<br><br>KERN COUNTY WATER AGENCY, *et al.* v. U.S. DEPARTMENT OF COMMERCE, *et al.*<br><br>OAKDALE IRRIGATION DISTRICT, *et al.* v. U.S. DEPARTMENT OF COMMERCE, *et al.*<br><br>THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES SERVICE, *et al.* | **Lead Case No.**<br>**1:09-cv-01053-OWW-DLB**<br>Consolidated Cases:<br>1:09-cv-01090-OWW-DLB<br>1:09-cv-01378-OWW-DLB<br>1:09-cv-01520-OWW-SMS<br>1:09-cv-01580-OWW-DLB<br>1:09-cv-01625-OWW-SMS<br><br>**ORDER REQUIRING DEPARTMENT OF WATER RESOURCES TO FILE COMPLAINT IN INTERVENTION ON OR BEFORE JANUARY 30, 2010** |

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court has read and considered the memoranda of points and authorities and other documents pertaining to Defendant-Intervenors' Motion for Order Requiring Department of Water Resources ("DWR") To Join Litigation, and has heard and considered the arguments of counsel at the hearing on this matter held on January 11, 2010.  At the hearing, counsel for DWR represented that DWR intends to file a complaint in intervention on or before January 30, 2010.

NOW THEREFORE, good cause appearing, the Court hereby GRANTS Defendant-Intervenors' Motion and ORDERS that DWR file a complaint in intervention on or before January 30, 2010.

DATED: January 22, 2010          /s/ OLIVER W. WANGER
                                 HON. OLIVER W. WANGER
                                 UNITED STATES DISTRICT JUDGE

ORDER – CASE NO. 09-1053 OWW-DLB

2

PDF created with pdfFactory trial version www.pdffactory.com