EILEEN M. DIEPENBROCK, State Bar No. 119254
JON D. RUBIN, State Bar No. 196944
DAVID A. DIEPENBROCK, State Bar No. 215679
JONATHAN R. MARZ, State Bar No. 221188
DIEPENBROCK HARRISON
400 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

DANIEL J. O'HANLON, State Bar No. 122380
K. ERIC ADAIR, State Bar No. 150650
HANSPETER WALTER, State Bar No. 244847
REBECCA R. AKROYD, State Bar No. 267305
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiffs SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | CASE NOS. |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1053) | 1:09-cv-1053-OWW-DLB<br>1:09-cv-1090-OWW-DLB<br>1:09-cv-1378-OWW-DLB<br>1:09-cv-1520-OWW-DLB<br>1:09-cv-2452-OWW-DLB<br>1:09-cv-1625-OWW-SMS |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | **ORDER FOLLOWING JANUARY 26, 2010 STATUS CONFERENCE** |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-2452) | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625) | |

PDF created with pdfFactory trial version www.pdffactory.com

The Court held a scheduling conference in this consolidated actions on January 26, 2010. Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District were represented by Daniel J. O'Hanlon, Kronick, Moskovitz, Tiedemann & Girard; plaintiffs Coalition for a Sustainable Delta and Kern County Water Agency were represented by Paul S. Weiland, Nossaman LLP; plaintiff Metropolitan Water District of Southern California was represented by Christopher J. Carr, Morrison & Forester LLP; plaintiff State Water Contractors was represented by Gregory K. Wilkinson, Best Best & Krieger LLP; plaintiff Stockton East Water District was represented by Jennifer L. Spaletta, Herum Crabtree; plaintiffs Oakdale Irrigation District et al. were represented by William C. Paris, O'Laughlin & Paris, LLP; real parties in interest California Department of Water Resources and its Director, Lester Snow, were represented by Deputy Attorney General Clifford Lee of the California Attorney General's Office; the Federal Defendants were represented by Bridget Kennedy McNeil, United States Department of Justice; defendant-intervenors were represented by Michael R. Sherwood and Erin M. Tobin, Earthjustice; and defendant-intervenor Natural Resources Defense Council was represented by Katherine Poole.

The purpose of the conference was to address the procedure related to whether to engage FRE 706 experts for these cases. In the Joint Scheduling Conference Order and Order Consolidating Cases filed September 25, 2009 ("Scheduling Order"; Doc. 51), the Court stated its intention "to provide notice to counsel concerning its decision whether a 706 expert is required in this case and the proposed terms on which the expert would serve on or before December 21, 2009." Doc. 51, pp. 22-24. However, as a result of various schedule changes and other developments, the Court has not yet done so.

In addition, counsel for plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District confirmed that they had provided the other parties with notice of an intention to seek a temporary restraining order against implementation of Action IV.2.3 of the biological opinion challenged in this action. The parties and the Court discussed the timing for briefing and a hearing regarding the anticipated motion for a temporary restraining order.

After discussion with the parties, the Court HEREBY ORDERS THAT:

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

PDF created with pdfFactory trial version www.pdffactory.com

1. The San Luis & Delta-Mendota Water Authority and Westlands Water District plaintiffs' application for a temporary restraining order shall be heard on February 2, 2010 beginning at 1:00 p.m. Their papers filed in support of the application shall be filed by 10:00 a.m. on January 27, 2010, and copies shall promptly be provided electronically to counsel for the defendants and the intervenor-defendants. Any papers filed by other parties who wish to join in support of the application shall be filed by 10:00 a.m. on January 28, 2010, and copies shall promptly be provided electronically to counsel for the Federal Defendants and the intervenor-defendants. Any papers filed in opposition to the application shall be filed by noon on February 1, 2010, and copies shall promptly be provided electronically to counsel for the plaintiffs.

2. The Court will provide parties with its tentative view regarding whether to retain one or more FRE 706 experts for these consolidated cases and the proposed terms on which the expert or experts would serve, and anticipates that it will do so by February 5, 2010. The parties may provide their response by February 16, 2010.

3. The further scheduling of these consolidated cases will be addressed in the upcoming status conferences set for February 4, 2010 at 1 p.m. and March 1, 2010 at 11:00 a.m.

DATED: January 29, 2010_____

/s/ OLIVER W. WANGER
United States Senior District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com