UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMONID CASES | 1:09-CV-01053 OWW DLB |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.* v. LOCKE, *et al.* | ORDER RE PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |
| STOCKTON EAST WATER DISTRICT, *et al.* v. NOAA, *et al.* | |
| STATE WATER CONTRACTORS v. LOCKE, *et al.* | |
| KERN COUNTY WATER AGENCY, *et al.* v. UNITED STATES DEPARTMENT OF COMMERCE, *et al.* | |
| OAKDALE IRRIGATION DISTRICT, *et al.* v. UNITED STATES DEPARTMENT OF COMMERCE, *et al.* | |
| METROPOLITAN WATER DISTRICT OF CALIFORNIA v. NATIONAL MARINE FISHERIES SERVICE, *et al.* | |

This matter came on for hearing on February 2, 2010. Plaintiffs San Luis & Delta-Mendota Water Authority ("Authority") and Westlands Water District ("Westlands") (collectively "San Luis Plaintiffs") were represented by

1

Kronick, Moskovitz, Tiedemann & Girard by Daniel J. O'Hanlon, Esq., K. Eric Adair, Esq., and Hanspeter Walter, Esq. and Diepenbrock Harrison by Eileen M. Diepenbrock, Esq. and Jon D. Rubin, Esq.  Federal Defendants, including the Secretary of the United States Department of Commerce, Gary F. Locke, the United States Department of Commerce, National Oceanic and Atmospheric Administration's ("NOAA") National Marine Fisheries Service ("NMFS), Acting Assistant Administrator James W. Balsiger, Administrator for the Southwest Region Rodney R. McInnis, the United States Department of the Interior, Untied States Bureau of Reclamation ("Reclamation"), Commissioner of Reclamation Michael L. Connor, and Donald R. Glaser, as Director of Reclamation, Mid-Pacific Region were represented by Bridget Kennedy McNeil, Trial Attorney, Wildlife and Marine Section, and William J. Shapiro, Trial Attorney, Natural Resources Section, U.S. Department of Justice.  Defendant-Intervenors California Trout, Friends of the River, Northern California Council of the Federation of Fishermen's Associations/Institute for Fisheries Resources, Sacramento River Preservation Trust, San Francisco Baykeeper, The Bay Institute, and Winnemen Wintu Tribe were represented by Earthjustice, Erin M. Tobin and Michael R. Sherwood.  Defendant-

Intervenor Natural Resources Defense Council was represented by Katherine S. Poole and Doug A. Obegi, Natural Resources Defense Council.

The Court has fully considered the briefs and evidence filed in support of the Motion for Temporary Restraining Order filed by San Luis Plaintiffs, and the oral arguments, testimony and documents admitted in evidence. Accordingly, the Court now enters the following order:

IT IS HEREBY ORDERED that the Motion for Temporary Restraining Order is GRANTED. The Court further ORDERS as follows:

1. The United States Department of the Interior and its Bureau of Reclamation and the National Marine Fisheries Service, and all those acting for, under or in concert with them, shall be and are hereby restrained and enjoined from implementing Action IV.2.3 of the 2009 Salmonid Biological Opinion RPA. This Temporary Restraining Order shall initially remain in place through February 19, 2010, subject to a renewal by Plaintiffs upon an affirmative showing that neither the species nor their critical habitat will be jeopardized by continued injunction of RPA Action IV.2.3.

2. Plaintiffs shall post a bond in the amount of $5,000.00.

3. This Temporary Restraining Order is issued without prejudice to Defendants showing changed conditions that threaten jeopardy to the species and their critical habitat.

SO ORDERED
Dated: February 5, 2010

/s/ Oliver W. Wanger
Oliver W. Wanger
United States District Judge

4