1  COUNSEL IDENTIFICATION AT END

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CONSOLIDATED SALMON CASES | CASE NOS. |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1053) | 1:09-cv-1053-OWW-DLB<br>1:09-cv-1090-OWW-DLB<br>1:09-cv-1378-OWW-DLB<br>1:09-cv-1520-OWW-DLB<br>1:09-cv-2452-OWW-DLB<br>1:09-cv-1625-OWW-SMS |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | **ORDER GRANTING IN PART MOTION FOR SUMMARY JUDGMENT ON NEPA ISSUES** |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-2452) | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625) | |

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The cross-motions for summary judgment on National Environmental Policy Act ("NEPA"; 42 U.S.C. § 4321, *et seq.*) issues filed by Plaintiffs San Luis & Delta-Mendota Water Authority, Westlands Water District, State Water Contractors, Metropolitan Water District of Southern California, Kern County Water Agency, Coalition for a Sustainable Delta, Oakdale Irrigation District, South San Joaquin Irrigation District, and Stockton East Water District (collectively, "Plaintiffs") on the one hand, and Defendant-Intervenors Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, The Bay Institute, California Trout, Friends of the River, Natural Resources Defense Council, Northern California Council of the Federation of Fly Fishers, San Francisco Baykeeper, Sacramento River Preservation Trust, and the Winnemem Wintu Tribe on the other, came on regularly for hearing on February 9, 2010. San Luis & Delta-Mendota Water Authority and Westlands Water District were represented by Kronick, Moskovitz, Tiedemann & Girard by Daniel J. O'Hanlon, Esq. Plaintiff Westlands Water District also was represented by Thomas W. Birmingham. State Water Contractors were represented by Best, Best & Krieger, by Gregory K. Wilkinson, Esq. Metropolitan Water District of Southern California was represented by Morrison & Foerster, by Christopher J. Carr, Esq. Kern County Water Agency and Coalition for a Sustainable Delta were represented by Nossaman LLP, by Paul Weiland Esq. Oakdale Irrigation District and South San Joaquin Irrigation District were represented by O'Laughlin & Paris LLP, by William C. Paris, Esq. Stockton East Water District was represented by Herum Crabtree by Jennifer L. Spaletta, Esq. Federal Defendants, including the Secretary of the United States Department of Commerce, Gary F. Locke, the United States Department of Commerce, National Oceanic and Atmospheric Administration's ("NOAA") National Marine Fisheries Service ("NMFS), Acting Assistant Administrator James W. Balsiger, Administrator for the Southwest Region Rodney R. McInnis, the United States Department of the Interior, Untied States Bureau of Reclamation ("Reclamation"), Commissioner of Reclamation Michael L. Connor, and Donald R. Glaser, as Director of Reclamation, Mid-Pacific Region were represented by Bridget Kennedy McNeil, Trial Attorney, Wildlife and Marine Section, and William J. Shapiro, Trial Attorney, Natural Resources Section, U.S.

DIEPENBROCK HARRISON
A PROFESSIONAL CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

Department of Justice. Defendant-Intervenors California Trout, Friends of the River, Northern California Council of the Federation of Fishermen's Associations/Institute for Fisheries Resources, Sacramento River Preservation Trust, San Francisco Baykeeper, The Bay Institute, and Winnemen Wintu Tribe were represented by Earthjustice, by Erin M. Tobin and Michael R. Sherwood. Defendant-Intervenor Natural Resources Defense Council was represented by Katherine S. Poole and Doug A. Obegi, Natural Resources Defense Council.

The cross-motions for summary judgment at issue relate to the June 4, 2009 biological opinion issued by the NMFS regarding the Long-Term Operations of the Central Valley Project and State Water Project ("2009 NMFS BiOp"). The Court has fully considered the briefs and evidence filed in support of Plaintiffs' Motion for Summary Adjudication on NEPA Issues ("Plaintiffs' NEPA MSJ"), as well as the briefs and evidence filed in support of Defendant-Intervenors' Motion for Summary Judgment on Plaintiffs' NEPA Claims against NMFS ("Defendant-Intervenors' NEPA MSJ"). The Court also has fully considered the briefs and evidence filed in opposition to these motions filed by Plaintiffs, Federal Defendants, and Defendant-Intervenors. The Court heard oral argument on the motions on February 9, 2010, and took the matter under submission at the conclusion of the hearing. The Court additionally, solicited and received supplemental briefings from the parties, and the Court has also fully considered those briefs.

On March 5, 2010, the Court filed its "Memorandum Decision Re Cross-Motions for Summary Judgment on NEPA Issues" ("Memorandum Decision"; Doc. 266). The March 5, 2010, Memorandum Decision constitutes the statement of reasons for the Court's ruling.

Accordingly, and as stated more fully in its March 5, 2010, Memorandum Decision, the Court now enters the following order:

IT IS HEREBY ORDERED that Plaintiffs are entitled to summary judgment on their claim against Federal Defendants that the United States Bureau of Reclamation's ("Reclamation") provisional adoption and NMFS' and Reclamation's implementation of the 2009 NMFS BiOp and its RPA without preparing any NEPA documentation violated NEPA.

DIEPENBROCK HARRISON
A PROFESSIONAL CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

1  Therefore, IT IS ORDERED that Plaintiffs' NEPA MSJ is hereby GRANTED in part.

3  Dated: _March 17, 2010          /s/ OLIVERW. WANGER_____
                                   HONORABLE OLIVER W. WANGER
4                                  UNITED STATES DISTRICT JUDGE