1  COUNSEL IDENTIFICATION AT END

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CONSOLIDATED SALMON CASES | CASE NOS. |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1053) | 1:09-cv-1053-OWW-DLB<br>1:09-cv-1090-OWW-DLB<br>1:09-cv-1378-OWW-DLB<br>1:09-cv-1520-OWW-DLB<br>1:09-cv-2452-OWW-DLB<br>1:09-cv-1625-OWW-SMS |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | **STIPULATION FOR ORDER OF WITNESSES FOR COORDINATED HEARINGS ON TEMPORARY RESTARAINING ORDER/PRELIMINARY INJUNCTION/INTERIM REMEDIES MOTIONS** |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-2452) | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625) | |

Pursuant to the Scheduling and Status Telephone Conferences held with the Court on March 16, 2010, the parties in the Consolidated Delta Smelt Cases and the Consolidated Salmonid Cases have agreed to the following as the schedule for presentation of witnesses and argument in the coordinated hearings on the pending Motions for Temporary Restraining Order, Preliminary Injunction and Interim Remedies:

1. Evidence and arguments in the Consolidated Salmonid Cases will proceed first.

2. The proposed order of live witnesses and argument is as set forth below. In setting this schedule, and based on input from the Court, the Parties have estimated that the total number of court hours for the coordinated hearings is approximately 44 hours. Based on this estimate, the Parties have agreed to allocate the hours to each of the Cases as follows:

- TRO/PI Motion in Salmonid Cases re RPA Action IV.2.1 (Doc Nos. 236, 242, 230, 245): NTE 10 court hours total

- Balance of Salmonid Issues: NTE 10 court hours total

- Delta Smelt Cases: Balance of Available court hours, estimated to be 24 hours total

The Parties further have agreed to divide the allocated hours set forth above equally per side, to be used by each side in its discretion among opening statements, closing arguments, direct examinations and cross-examinations, subject to (1) the witness availability issues that are included in the order of witnesses below and (2) not exceeding the total hours per side per case. For purposes of these time allocations, the Plaintiffs and Plaintiff-in-Intervention, State of California, Department of Water Resources, shall be considered one side, and the Federal Defendants and Defendant-Intervenors shall be considered one side. The schedule set forth below has been based on the parties' best estimates of time, as well as the availability and time constraints of the witnesses. In the event any witness finishes early, the next scheduled witness will begin.

**March 30, 9:00 a.m. – March 31: Noon**
- Opening Statements on TRO/PI Motion in Salmonid Cases re RPA Action IV.2.1 (Doc. Nos. 236, 242, 230, 245).

- Steven P. Cramer Re TRO/PI Motion in Salmonid Cases re RPA Action IV.2.1.

{00224273; 1}                                    -1-

**STIPULATION FOR ORDER OF WITNESSES FOR COORDINATED HEARINGS**

- Jeffrey Stuart Re TRO/PI Motion in Salmonid Cases re RPA Action IV.2.1.
- Ronald Milligan for all purposes in both consolidated sets of cases
- Closing Arguments on TRO/PI Motion in Salmonid Cases re RPA Action IV.2.1
- Ruling on TRO in Salmonid Cases re RPA Action IV.2.1

**March 31, 1:00 p.m. – April 1, End of Day**

- Bradley Cavallo re PI Motion in Salmonid Cases Re RPA Action IV.2.3 (Doc. Nos. 161, 164, 230, 245)
- Steven P. Cramer re RPA Action IV.2.3 (possible, if not cumulative of Bradley Cavallo re why lifting the restriction will not harm the species)
- Jeffrey Stuart Re RPA Action IV.2.3
- Terry Erlewine for both consolidated sets of cases and transition to Consolidated Delta Smelt Cases
- Closing Arguments, if any, in Salmonid Cases
- Begin Opening Statements, if any, in Delta Smelt Cases, time permitting

**April 2**

- Complete Opening Statements in Delta Smelt Cases
- Aaron Miller (Must complete by close of business April 2)
- Frederick Feyrer

**April 5**

- Ken Newman (Must complete by close of business April 5)
- Ray Hilborn (Must complete by close of business April 6)

**April 6**

- Richard Deriso (Must complete by close of business April 6)
- Bryan Manly begins

**April 7**

- Complete Bryan Manly
- Lenny Grimaldo
- Derek Hilts
- Cay Goude

1    • Possible short rebuttal of Aaron Miller

2    • Closing Arguments

3    

4    3.   Regarding Mr. Milligan, it is further stipulated that, in exchange for Federal Defendants calling him in their case and his being called to the stand only once, Plaintiffs' cross-examination shall not be limited to the scope of his direct examination.  In so stipulating, the Parties do not waive any other valid objections to the examination of Mr. Milligan.

    4.   In addition to the foregoing live testimony, the parties further stipulate that the following witnesses may testify via their previously submitted declarations and that the hearsay objection will not be asserted against the admissibility of such declarations: Todd Allen, Joe Del Bosque, Russ Freeman, Chris Hurd, Daniel G. Nelson, Dana Wilkie, William "Zeke" Grader, Jeffrey Michael, and Gary Hayward Slaughter Mulcahy.  In so stipulating, the parties against whom the declarations have been offered do not stipulate that the facts stated within the declarations are undisputed.

Dated:  March 19, 2010           DIEPENBROCK HARRISON.
                                 A Professional Corporation
                                 KRONICK, MOSKOVITZ, TIEDEMANN &
                                 GIRARD, A Law Corporation

                                 By:  /s/ [Eileen M. Diepenbrock]
                                      EILEEN M. DIEPENBROCK
                                      DANIEL J. O'HANLON
                                 Attorneys for Plaintiffs
                                 SAN LUIS & DELTA-MENDOTA WATER
                                 AUTHORITY; WESTLANDS WATER DISTRICT


Dated: March 19, 2010            WESTLANDS WATER DISTRICT



                                 By: :  /s/ [Thomas W. Birmingham] (as authorized)
                                         THOMAS W. BIRMINGHAM
                                 Attorneys for Plaintiff
                                 WESTLANDS WATER DISTRICT

| | | |
|---|---|---|
| 1 | Dated: March 19, 2010 | BEST BEST & KRIEGER LLP |
| 2 | | By: /s/ *[Gregory K. Wilkinson]* (as authorized) |
| 3 | | GREGORY K. WILKINSON<br>STEVEN M. ANDERSON |
| 4 | | PAETER E. GARCIA<br>MELISSA R. CUSHMAN |
| 5 | | Attorneys for Plaintiff<br>STATE WATER CONTRACTORS |
| 6 | Dated: March 19, 2010 | NOSSAMAN LLP |
| 7 | | By: /s/ *[Paul S. WeilandI]* (as authorized) |
| | | ROBERT D. THORNTON |
| 8 | | PAUL S. WEILAND<br>AUDREY HUANG |
| 9 | | Attorneys for Plaintiffs' KERN COUNTY WATER |
| 10 | | AGENCY and COALITION FOR A SUSTAINABLE DELTA |
| 11 | | |
| | Dated: March 19, 2010 | HERRUM CRABTREE |
| 12 | | A Professional Corporation |
| 13 | | |
| | | By: /s/ *[Jennifer L. Spaletta]* (as authorized) |
| 14 | | JENNIFER L. SPALETTA |
| | | Attorneys to Plaintiff |
| 15 | | STOCKTON EAST WATER DISTRICT |
| 16 | Dated: March 19, 2010 | O'LAUGHLIN & PARIS LLP |
| 17 | | By: /s/ *[William C. Paris III]* (as authorized) |
| 18 | | WILLIAM C. PARIS III |
| | | Attorney for Plaintiffs |
| 19 | | OAKDALE IRRIGATION DISTRICT AND<br>SOUTH SAN JOAQUIN IRRIGATION DISTRICT |
| 20 | | |
| 21 | Dated: March 19, 2010 | MORRISON & FOERSTER, LLP |
| 22 | | THE METROPOLITAN WATER DISTRICT<br>OF SOUTHERN CALIFORNIA |
| 23 | | |
| | | By: /s/ *[Christopher J. Carr]* (as authorized) |
| 24 | | EDGAR B. WASHBURN<br>CHRISTOPHER J. CARR |
| 25 | | WILLIAM M. SLOAN<br>KAREN L. TACHIKI |
| 26 | | LINUS MASOUREDIS |
| | | Attorneys for Plaintiff |
| 27 | | THE METROPOLITAN WATER DISTRICT<br>OF SOUTHERN CALIFORNIA |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: March 19, 2010 | EDMUND G. BROWN JR., ATTORNEY GENERAL OF THE STATE OF CALIFORNIA |

By: /s/ *[Cecilia L. Dennis]*  (as authorized)
    CLIFFORD T. LEE
    CECILIA L. DENNIS
    MICHAEL M. EDSON
    ALLISON GOLDSMITH
    Deputys Attorney General

Attorneys for Real Parties in Interest
CALIFORNIA DEPARTMENT OF WATER RESOURCES

Dated: March 19, 2010

JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Assistant Section Chief
BRIDGET KENNEDY McNEIL, Trial Attorney
BRADLEY H. OLIPHANT, Trial Attorney

By: /s/ *[Bradley H. Oliphant]* (as authorized)
    BRADLEY H. OLIPHANT
(CA Bar No. 216468 )
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369
Washington D.C.  20044-7369
Ph:  202.305.0500 / Fax:  202.305.0275
bradley.oliphant@usdoj.gov

BRIDGET KENNEDY McNEIL, Trial Attorney
(CO State Bar 034299)
U.S. Department of Justice
Environmental and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney
(CO State Bar 030929)
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/ Fax: 916-930-2010
william.shapiro@usdoj.gov

Attorneys for the Federal Defendants

| | | |
|---|---|---|
| 1 | Dated: March 19, 2010 | EARTHJUSTICE |
| 2 | | By: /s/ *[Erin M. Tobin]* (as authorized) |
| 3 | |     MICHAEL R. SHERWOOD<br>    ERIN M. TOBIN |

Attorneys for Defendant-Intervenors CALIFORNIA TROUT, FRIENDS OF THE RIVER, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN CALIFORNIA COUNCIL OF THE FEDERATION OF FLY FISHERS, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSITIUTE FOR FISHERIES RESOURCES, SACRAMENTO RIVER PRESERVATION TRUST, SAN FRACISCO BAYKEEPER, THE BAY INSTITUTE, WINNEMEN WINTU TRIBE

Dated: March 19, 2010     NATURAL RESOURCES DEFENSE COUNCIL

By: /s/ *[Katherine S. Poole]* (as authorized)
    KATHERINE S. POOLE
    DOUG OBEGI
Natural Resources Defense Council

Attorneys for Defendant-Intervenor NRDC


**IT IS SO ORDERED.**

**DATED:  March 22, 2010**     **/s/ OLIVER W. WANGER**
    **UNITED STATES DISTRICT JUDGE**

**IDENTIFICATION OF COUNSEL**

| | |
|---|---|
| EILEEN M. DIEPENBROCK (SBN 119254)<br>JON D. RUBIN (SBN 196944)<br>DAVID A. DIEPENBROCK (SBN 215679)<br>JONATHAN R. MARZ (SBN 221188)<br>DIEPENBROCK HARRISON<br>400 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 492-5000<br>Facsimile: (916) 446-4535<br><br>DANIEL J. O'HANLON (SBN 122380)<br>K. ERIC ADAIR (SBN 150650)<br>HANSPETER WALTER (SBN 244847)<br>REBECCA R. AKROYD (SBN 267305)<br>KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD<br>400 Capitol Mall, 27th Floor<br>Sacramento, CA 95814<br>Telephone:   (916) 321-4500<br>Facsimile:   (916) 321-4555<br><br>**Attorneys for Plaintiffs**<br>**SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT** | GREGORY K. WILKINSON (SBN 054809)<br>STEVEN M. ANDERSON (SBN 186700)<br>PAETER E. GARCIA (SBN 199580)<br>MELISSA R. CUSHMAN (SBN 246398)<br>BEST BEST & KRIEGER LLP<br>3750 University Avenue, Suite 400<br>P. O. Box 1028<br>Riverside, CA 92502<br>Telephone: (951) 686-1450<br>Facsimile: (951) 686-3083<br><br>**Attorneys for Plaintiff**<br>**STATE WATER CONTRACTORS** |
| ROBERT D. THORNTON (SBN 72934)<br>PAUL S. WEILAND (SBN 237058)<br>AUDREY M. HUANG (SBN 217622)<br>NOSSAMAN LLP<br>18101 Von Karman Avenue, Suite 1800<br>Irvine, CA 92612<br>Telephone: (949) 833-7800<br>Facsimile: (949) 833-7878<br><br>**Attorneys for Plaintiffs**<br>**COALITION FOR A SUSTAINABLE DELTA and KERN COUNTY WATER AGENCY** | JENNIFER L. SPALETTA (SBN 200032)<br>HERUM CRABTREE<br>2291 West March Lane, suite B-100<br>Stockton, CA 95207<br>Telephone: (209) 472-7700<br>Facsimile:   (209) 472-7986<br><br>**Attorneys for Plaintiff**<br>**STOCKTON EAST WATER DISTRICT** |

| | |
|---|---|
| WILLIAM C. PARIS III (SBN 168712)<br>O'LAUGHLIN & PARIS LLP<br>Post Office Box 9259<br>117 Meyers Street, Suite 110<br>Chico, CA  95927<br>Telephone:  (530) 899-9755<br>Facsimile:   (530) 899-1367<br><br>**Attorney for Plaintiffs**<br>**OAKDALE IRRIGATION DISTRICT AND SOUTH SAN JOAQUIN IRRIGATION DISTRICT** | BRIDGET KENNEDY McNEIL<br>(CO State Bar 034299)<br>U.S. Department of Justice<br>Environmental and Natural Resources Division<br>Wildlife & Marine Resources Section<br>1961 Stout St., 8th Floor<br>Denver, CO 80294<br>Ph: 303-844-1484/Fax: 303-844-1350<br>bridget.mcneil@usdoj.gov<br><br>WILLIAM J. SHAPIRO, Trial Attorney<br>(CO State Bar 030929)<br>U.S. Department of Justice<br>Environmental and Natural Resources Division<br>Natural Resources Section<br>501 I Street, Suite 9-700<br>Sacramento, CA 95814<br>Ph: 916-930-2207/ Fax: 916-930-2010<br>william.shapiro@usdoj.gov<br><br>BRADLEY H. OLIPHANT, Trial Attorney<br>(CA Bar No. 216468 )<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Wildlife & Marine Resources Section<br>P.O. Box 7369<br>Washington D.C.  20044-7369<br>Ph: 202.305.0500 / Fax:  202.305.0275<br>bradley.oliphant@usdoj.gov<br><br>**Attorneys for the Federal Defendants**<br>**NATIONAL MARINE FISHERIES SERVICE, NATIONAL OCEANIC AND ATMOPHERIC ADMISSION** |

| | |
|---|---|
| EDMUND G. BROWN, JR. (SBN 37100)<br>Attorney General of California<br>JOHN DAVIDSON (SBN 50364)<br>Supervising Deputy Attorney General<br>CLIFFORD T. LEE (SBN 74687)<br>Deputy Attorney General<br>MICAHEL EDSON (SBN 177858)<br>Deputy Attorney General<br>DANIEL S. HARRIS (SBN 157433)<br>Deputy Attorney General<br>CECILIA L. DENNIS (SBN 201997)<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5511<br>Facsimile: (415) 703-5480<br><br>**Attorneys for Plaintiff-Intervenor**<br>**CALIFORNIA DEPARTMENT OF**<br>**WATER RESOURCES** | EDGAR B. WASHBURN (SBN 34038)<br>CHRISTOPHER J. CARR (SBN 184076)<br>WILLIAM M. SLOAN (SBN 203583)<br>MORRISON & FOERSTER, LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br><br>KAREN L. TACHIKI (SBN 91539)<br>LINUS MASOUREDIS (SBN 77322)<br>THE METROPOLITAN WATER DISTRICT<br>OF SOUTHERN CALIFORNIA<br>1121 L Street, Suite 900<br>Sacramento, CA  95914-3974<br>Telephone:  (916) 650-2600<br><br>Attorneys for Plaintiff<br>**THE METROPOLITAN WATER DISTR**<br>**OF SOUTHERN CALIFORNIA** |
| KATHERINE POOLE (SBN 195010)<br>DOUG OBEGI (SBN 246127)<br>Natural Resources Defense Council<br>111 Sutter St., 20th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 845-6100<br>Facsimile: (415) 875-6161<br><br>**Attorneys for Defendant-Intervenor**<br>**NATURAL RESOURCES DEFENSE**<br>**COUNCIL** | MICHAEL RAMSEY SHERWOOD<br>(SBN 63702)<br>ERIN MARIE TOBIN (SBN 234943)<br>EARTHJUSTICE<br>426 17th Street, 5th Floor<br>Oakland, CA 94612<br>Telephone: (510) 550-6725<br>Facsimile: (510) 550-6749<br><br>**Attorneys for Defendant-Intervenors**<br>**CALIFORNIA TROUT, FRIENDS OF**<br>**THE RIVER, NATURAL RESOURCES**<br>**DEFENSE COUNCIL, NORTHERN**<br>**CALIFORNIA COUNCIL OF THE**<br>**FEDERATION OF FLY FISHERS,**<br>**PACIFIC COAST FEDERATION OF**<br>**FISHERMEN'S**<br>**ASSOCIATIONS/INSITITUTE FOR**<br>**FISHERIES RESOURCES,**<br>**SACRAMENTO RIVER PRESERVATION**<br>**TRUST, SAN FRACISCO BAYKEEPER,**<br>**THE BAY INSTITUTE, WINNEMEN**<br>**WINTU TRIBE** |

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

{00224273; 1}                                           -9-

**STIPULATION FOR ORDER OF WITNESSES FOR COORDINATED HEARINGS**

THOMAS W. BIRMINGHAM (SBN 110898)
General Manager/General Counsel
Westlands Water District
3130 N. Fresno Street
Fresno, CA  93703
Telephone:  (559) 224-1523
Facsimile:  (559) 241-6277

**Attorney for Plaintiff**
**WESTLANDS WATER DISTRICT**