1  EILEEN M. DIEPENBROCK, State Bar No. 119254
   JON D. RUBIN, State Bar No. 196944
2  DAVID A. DIEPENBROCK, State Bar No. 215679
   JONATHAN R. MARZ, State Bar No. 221188
3  DIEPENBROCK HARRISON
   400 Capitol Mall, 18th Floor
4  Sacramento, CA  95814
   Telephone:  (916) 492-5000
5  Facsimile:  (916) 446-4535

6  DANIEL J. O'HANLON, State Bar No. 122380
   K. ERIC ADAIR, State Bar No. 150650
7  HANSPETER WALTER, State Bar No. 244847
   REBECCA R. AKROYD, State Bar No. 267305
8  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
9  400 Capitol Mall, 27th Floor
   Sacramento, CA  95814-4416
10 Telephone: (916) 321-4500
   Facsimile: (916) 321-4555
11 Attorneys for Plaintiffs SAN LUIS & DELTA-
   MENDOTA WATER AUTHORITY and
12 WESTLANDS WATER DISTRICT

13 *Additional Counsel Listed on Signature Page*

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | CASE NOS. |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1053) | 1:09-cv-1053-OWW-DLB<br>1:09-cv-1090-OWW-DLB<br>1:09-cv-1378-OWW-DLB<br>1:09-cv-1520-OWW-DLB<br>1:09-cv-2452-OWW-DLB<br>1:09-cv-1625-OWW-SMS |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | **STIPULATED ORDER GRANTING LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTIONS** |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-2452) | DATE:          March 30, 2010<br>TIME:           1:00 p.m.<br>COURTROOM: 3<br>JUDGE:         Hon. Oliver W. Wanger |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625) | |

28

936150.1

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

**STIPULATED ORDER GRANTING LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTIONS**

On January 27, 2010, Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District ("San Luis Plaintiffs") filed a motion for preliminary injunction, supported by a memorandum 24 pages in length and numerous declarations. Several parties joined in that motion and filed additional declarations. On February 22, 2010, San Luis Plaintiffs filed a supplemental motion for preliminary injunction supported by an additional memorandum 25 pages in length plus additional declarations. Several parties joined in that motion as well and at least one party filed an additional declaration. In addition, San Luis Plaintiffs filed a 10-page memorandum in support of their second motion for a temporary restraining order.

On March 5, 2010, the parties stipulated to allow Federal Defendants and Defendant-Intervenors to file consolidated overlong memoranda in opposition to the pending motions, not to exceed 45 pages. (Doc. 262.) On March 15, 2010, Federal Defendants filed a 45-page memorandum, with three supporting declarations, and Defendant-Intervenors filed a 45-page memorandum, with four supporting declarations.

San Luis Plaintiffs' reply memoranda must be filed by March 22, 2010. Rather than file three separate reply memoranda, each of which would be subject to a 15-page limit, San Luis Plaintiffs prefer to file a single consolidated reply memorandum, not to exceed 25 pages.

Accordingly, San Luis Plaintiffs seek leave to file an overlength brief on March 22, 2010, of not more than 25 pages.

San Luis Plaintiffs have contacted all counsel who represent that they do not oppose this request. In light of the non-opposition, San Luis Plaintiffs hereby submit this request in the form of a stipulated order, as follows:

For good cause, including the reasons stated above, it is ordered that San Luis Plaintiffs may file a consolidated reply memorandum on the pending motions for temporary restraining order and for preliminary injunctions not to exceed 25 pages.

-1-

936150.1

**STIPULATED ORDER GRANTING LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTIONS**

Dated: March 18, 2010

Respectfully submitted,
DIEPENBROCK HARRISON
A Professional Corporation
KRONICK, MOSKOVITZ, TIEDEMANN &
GIRARD, A Law Corporation


By: ___/s/ [*Daniel J. O'Hanlon*]_____
Daniel J. O'Hanlon
Eileen M. Diepenbrock

Attorneys for Plaintiffs SAN LUIS & DELTA
MENDOTA WATER AUTHORITY and
WESTLANDS WATER DISTRICT

Dated: March 18, 2010

BEST BEST & KRIEGER LLP


By: __/s/ [*Gregory K. Wilkinson*]_____
GREGORY K. WILKINSON
STEVEN M. ANDERSON
PAETER E. GARCIA
MELISSA R. CUSHMAN
Attorneys for Plaintiff
STATE WATER CONTRACTORS

Dated: March 18, 2010

MORRISON & FOERSTER LLP


By: __/s/ [*Christopher J. Carr*]_____
CHRISTOPHER J. CARR
WILLIAM M. SLOAN
Attorneys for Plaintiff
THE METROPOLITAN WATER
DISTRICT OF SOUTHERN CALIFORNIA

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

936150.1

-2-

**STIPULATED ORDER GRANTING LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT
OF MOTIONS FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTIONS**

| | |
|---|---|
| Dated: March 18, 2010 | NOSSAMAN LLP |
| | By: /s/ [*Paul S. Weiland*]_____ |
| | ROBERT D. THORNTON |
| | PAUL S. WEILAND |
| | AUDREY HUANG |
| | Attorneys for Plaintiffs |
| | KERN COUNTY WATER AGENCY and |
| | COALITION FOR A SUSTAINABLE DELTA |
| Dated: March 18, 2010 | O'LAUGHLIN & PARIS LLP |
| | By: /s/ [*William C. Paris III*] |
| | TIM O'LAUGHLIN |
| | WILLIAM C. PARIS III |
| | KENNETH PETRUZZELLI |
| | KATIE J. SHEA |
| | Attorneys for Plaintiffs |
| | OAKDALE IRRIGATION DISTRICT and |
| | SOUTH SAN JOAQUIN IRRIGATION |
| | DISTRICT |
| Dated: March 18, 2010 | HERUM/CRABTREE |
| | A Professional Corporation |
| | By: /s/ [*Jennifer L. Spaletta*]_____ |
| | JEANNE M. ZOLEZZI |
| | KARNA E. HARRIGFELD |
| | JENNIFER L. SPALETTA |
| | ALEXIS GALBRAITH |
| | Attorneys for Plaintiff |
| | STOCKTON EAST WATER DISTRICT |
| Dated: March 18, 2010 | ATTORNEY GENERAL OF CALIFORNIA |
| | By: /s/ [*Daniel S. Harris*]_____ |
| | DANIEL S. HARRIS |
| | Deputy Attorney General |
| | Attorneys for Real Parties in Interest |
| | CALIFORNIA DEPARTMENT OF WATER |
| | RESOURCES AND ITS DIRECTOR, |
| | LESTER SNOW |

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

936150.1

-3-

**STIPULATED ORDER GRANTING LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTIONS**

| | | |
|---|---|---|
| 1 | Dated: March 18, 2010 | U.S. DEPARTMENT OF JUSTICE |
| 2 | | Environment and Natural Resources Division |
| | | Wildlife & Marine Resources Section |

By: */s/* [*Bridget Kennedy McNeil*]
    BRIDGET KENNEDY McNEIL, Trial Attorney
    IGNACIA S. MORENO, Asst. Attorney General
    JEAN E. WILLIAMS, Section Chief
    SETH M. BARSKY, Assistant Section Chief
    Attorneys For Federal Defendants

WILILAM J. SHAPIRO
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Telephone: (916) 930-2207
Facsimile: (916) 930-2010
Attorneys For Federal Defendants

Dated: March 18, 2010

MICHAEL R. SHERWOOD
ERIN M. TOBIN

By: */s/* [*Erin M. Tobin*]

Attorneys for Defendant-Intervenors

KATHERINE S. POOLE
DOUG OBEGI

Attorneys for Defendant-Intervenor NRDC

**IT IS SO ORDERED.**

**March _19, 2010**                    **/s/ OLIVER W. WANGER**
                                        **The Honorable Oliver W. Wanger**

-4-

936150.1

**STIPULATED ORDER GRANTING LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTIONS**

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

# IDENTIFICATION OF COUNSEL

| | |
|---|---|
| EILEEN M. DIEPENBROCK (SBN 119254) <br> JON D. RUBIN (SBN 196944) <br> JONATHAN R. MARZ (SBN 221188) <br> DIEPENBROCK HARRISON, A Professional Corporation <br> 400 Capitol Mall, Suite 1800 <br> Sacramento, CA 95814 <br> Telephone: (916) 492-5000 <br> Facsimile: (916) 446-4535 <br><br> Attorneys for Plaintiffs <br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT | GREGORY K. WILKINSON (SBN 054809) <br> STEVEN M. ANDERSON (SBN 186700) <br> PAETER E. GARCIA (SBN 199580) <br> MELISSA R. CUSHMAN (SBN 246398) <br> BEST BEST & KRIEGER LLP <br> 3750 University Avenue, Suite 400 <br> P. O. Box 1028 <br> Riverside, CA 92502 <br> Telephone: (951) 686-1450 <br> Facsimile: (951) 686-3083 <br><br> Attorneys for Plaintiff <br> STATE WATER CONTRACTORS |
| DANIEL J. O'HANLON (SBN 122380) <br> K. ERIC ADAIR (SBN 150650) <br> HANSPETER WALTER (SBN 244847) <br> REBECCA R. AKROYD (SBN 267305) <br> KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD <br> 400 Capitol Mall, 27th Floor <br> Sacramento, CA 95814 <br> Telephone: (916) 321-4500 <br> Facsimile: (916) 321-4555 <br><br> Attorneys for Plaintiffs <br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT | ROBERT D. THORNTON (SBN 72934) <br> PAUL S. WEILAND (SBN 237058) <br> AUDREY M. HUANG (SBN 217622) <br> NOSSAMAN LLP <br> 18101 Von Karman Avenue, Suite 1800 <br> Irvine, CA 92612 <br> Telephone: (949) 833-7800 <br> Facsimile: (949) 833-7878 <br><br> Attorneys for Plaintiffs <br> KERN COUNTY WATER AGENCY and COALITION FOR A SUSTAINABLE DELTA |
| THOMAS W. BIRMINGHAM, (SBN 110898) <br> General Manager/General Counsel <br> WESTLANDS WATER DISTRICT <br> 3130 N. Fresno Street <br> P. O. Box 6056 <br> Fresno, CA 93703 <br> Telephone: (559) 224-1523 <br> Facsimile: (559) 241-6277 <br><br> Attorney for Plaintiff <br> WESTLANDS WATER DISTRICT | |

-5-

936150.1

**STIPULATED ORDER GRANTING LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTIONS**

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

| | |
|---|---|
| CHRISTOPHER J. CARR (SBN 184076)<br>WILLIAM M. SLOAN (SBN 203583)<br>MORRISON & FOERSTER, LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiff<br>THE METROPOLITAN WATER DISTRICT<br>OF SOUTHERN CALIFORNIA | TIM O'LAUGHLIN (SBN 116807)<br>WILLIAM C. PARIS III (SBN 168712)<br>KENNETH PETRUZZELLI (SBN 227192)<br>KATIE J. SHEA (SBN 261638)<br>O'LAUGHLIN & PARIS LLP<br>2571 California Park Drive, Suite 210<br>Chico, CA 95928<br>Telephone: (530) 899-9755<br>Facsimile: (530) 899-1367<br><br>Attorneys for Plaintiffs<br>OAKDALE IRRIGATION DISTRICT and<br>SOUTH SAN JOAQUIN IRRIGATION<br>DISTRICT |
| JEANNE M. ZOLEZZI, SBN: 121282<br>KARNA E. HARRIGFELD, SBN: 162824<br>JENNIFER L. SPALETTA, SBN: 200032<br>ALEXIS GALBRAITH, SBN: 260756<br>HERUM/CRABTREE<br>2291 West March Lane, Suite B-100<br>Stockton, CA 95207<br>Telephone: (209) 472-7700<br>Facsimile: (209) 472-7986<br><br>Attorneys for Plaintiff<br>STOCKTON EAST WATER DISTRICT | EDMUND G. BROWN JR., SBN: 37100<br>Attorney General of California<br>JOHN DAVIDSON, SBN 50364<br>Supervising Deputy Attorney General<br>CLIFFORD T. LEE, SBN 74687<br>Deputy Attorney General<br>MICHAEL EDSON<br>Deputy Attorney General<br>DANIEL S. HARRIS, State Bar No. 157433<br>Deputy Attorney General<br>455 Golden Gate Avenue, Ste. 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5530<br>Facsimile: (415) 703-5480<br><br>Attorneys for Real Parties in Interest<br>CALIFORNIA DEPARTMENT OF WATER<br>RESOURCES AND ITS DIRECTOR,<br>LESTER SNOW |
| IGNACIA S. MORENO, Assistant Attorney General<br>JEAN E. WILLIAMS, Section Chief<br>SETH M. BARSKY, Assistant Section Chief<br>BRIDGET KENNEDY McNEIL, CO SBN: 034299<br>BRADLEY OLIPHANT, CA SBN: 216468<br>U.S. DEPARTMENT OF JUSTICE<br>Environment and Natural Resources Division<br>Wildlife & Marine Resources Section<br>1961 Stout Street, 8th Floor<br>Denver, CO 80294<br>Telephone: (303) 844-1484<br>Facsimile: (303) 844-1350<br><br>ATTORNEYS FOR FEDERAL<br>DEFENDANTS | WILILAM J. SHAPIRO, CO SBN 030929<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>501 I Street, Suite 9-700<br>Sacramento, CA 95814<br>Telephone: (916) 930-2207<br>Facsimile: (916) 930-2010<br><br>ATTORNEYS FOR FEDERAL<br>DEFENDANTS |

-6-

936150.1

**STIPULATED ORDER GRANTING LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTIONS**

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

| | |
|---|---|
| MICHAEL R. SHERWOOD, SBN 63702<br>ERIN M. TOBIN, SBN 234943<br>Earthjustice<br>426 17th Steret, 5th Floor<br>Oakland, CA 94612<br>Telephone: (510) 550-6725<br>Facsimile:  (510) 550-6749<br><br>ATTORNEYS FOR DEFENDANT-INTERVENORS | KATHERINE S. POOLE, SBN 195010<br>DOUG OBEGI, SBN 246127<br>NATURAL RESOURCES DEFENSE COUNCIL<br>111 Sutter Street, 20th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-6100<br>Facsimile:  (415) 875-6161<br><br>ATTORNEYS FOR DEFENDANT-INTERVENORS NRDC |

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

936150.1

-7-

**STIPULATED ORDER GRANTING LEAVE TO FILE OVERLENGTH REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTIONS**