1  COUNSEL IDENTIFICATION AT END

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | CASE NOS. |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1053) | 1:09-cv-1053-OWW-DLB<br>CONSOLIDATED SALMONID CASES |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090) | **ORDER DENYING MOTION TO STRIKE** |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-2452) | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625) | |

## **ORDER**

Federal Defendants' and Defendant-Intervenors' (collectively "Defendants") motion to strike Plaintiffs' and Plaintiff Intervenor California Department of Water Resources' ("DWR") Notices of Disapproval of Defendants' Proposed Findings of Fact and Conclusions of Law came on for hearing by telephonic conference on May 4, 2010. All parties were represented by counsel, as stated on the record.

The Court, having considered the written and oral arguments, hereby orders:

1. Defendants' Motion to Strike is DENIED.
2. Defendants' request to submit their own Notice of Disapproval of Plaintiffs' and DWR's Proposed Findings of Fact and Conclusions of Law is GRANTED. Any such Notice of Disapproval shall be filed no later than 5 p.m. PST Friday, May 7, 2010.

IT IS SO ORDERED.

Dated:   **May 10, 2010**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

{00233084; 1}                          - 1 -

Order Denying Motion to Strike

DIEPENBROCK HARRISON
A PROFESSIONAL CORPORATION