1  COUNSEL IDENTIFICATION AT END

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CONSOLIDATED SALMON CASES | CASE NOS. |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1053) | 1:09-cv-1053-OWW-DLB<br>1:09-cv-1090-OWW-DLB<br>1:09-cv-1378-OWW-DLB<br>1:09-cv-1520-OWW-DLB<br>1:09-cv-2452-OWW-DLB<br>1:09-cv-1625-OWW-SMS |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | **STIPULATION AND ORDER AMENDING SUMMARY JUDGMENT SCHEDULE**<br><br>Judge: Honorable Oliver W. Wanger |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-2452) | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625) | |

WHEREAS the Hearing in the Consolidated Delta Smelt Cases on Plaintiffs' Motion for Summary Judgment is continued to July 8 and 9, 2010, all parties in this action, by and through their respective counsel of record, as identified below, hereby stipulate to amend the briefing and hearing schedule on the cross-motions for summary judgment as follows:

1. Plaintiffs and Plaintiff-in-Intervention California Department of Water Resources ("DWR") shall file any motions regarding party experts by **June 4, 2010**.

2. Federal Defendants and Defendant Intervenors shall file any opposition to motions regarding party experts by **June 18, 2010**.

3. Plaintiffs and DWR shall file any reply to motions regarding party experts by **June 25, 2010**.

4. The hearing on the parties' motion for party experts shall be held on **July 8, 2010**, commencing at 9:00 a.m.

5. Plaintiffs and DWR shall file their motions for summary judgment by **August 6, 2010**.

6. Federal Defendants and Defendant Intervenors shall file any opposition to motions for summary judgment and any cross-motions for summary judgment by **September 13, 2010**.

7. Plaintiffs and DWR shall file any reply to motions for summary judgment and oppositions to cross-motions for summary judgment by **October 4, 2010**.

8. Federal Defendants and Defendant Intervenors shall file replies to cross-motions for summary judgment by **October 25, 2010**.

9. The hearing on the parties' motions for summary judgment is continued to **November 18-19, 2010,** commencing at 9:00 a.m. Extended time has been reserved on the Court's calendar for the hearing.

Federal Defendants and Defendant Intervenors do not oppose, in principal, the extensions of the briefing and hearing schedule set forth above, but are concerned that the proposed adjustments could delay resolution of the merits to the point that a second round of preliminary injunctive relief may be sought. In the event such motions are filed, Federal Defendants and Defendant Intervenors would oppose the appropriateness of those motions based on scheduling

1 concerns and reserve the right to seek relief from the briefing schedule presented in this
2 stipulation. Plaintiffs and DWR acknowledge this reservation, but do not agree that any such
3 opposition or relief from the above briefing schedule would be necessary or appropriate.

**SO STIPULATED**

Dated:  June 3, 2010                DIEPENBROCK HARRISON
                                    A Professional Corporation
                                    KRONICK, MOSKOVITZ, TIEDEMANN &
                                    GIRARD, A Law Corporation

                                    By: /s/ [*Eileen M. Diepenbrock*]
                                         EILEEN M. DIEPENBROCK
                                         DANIEL J. O'HANLON
                                    Attorneys for Plaintiffs
                                    SAN LUIS & DELTA-MENDOTA WATER
                                    AUTHORITY; WESTLANDS WATER DISTRICT

Dated: June 3, 2010                 WESTLANDS WATER DISTRICT


                                    By: : /s/ [*Thomas W. Birmingham*] (as authorized)
                                         THOMAS W. BIRMINHAM
                                    Attorneys for Plaintiff
                                    WESTLANDS WATER DISTRICT

Dated: June 3, 2010                 EDMUND G. BROWN JR., ATTORNEY
                                    GENERAL OF THE STATE OF CALIFORNIA


                                    By: /s/ [*Cecilia L. Dennis*] (as authorized)
                                         CLIFFORD T. LEE
                                         CECILIA L. DENNIS
                                         ALLISON GOLDSMITH
                                         Deputies Attorney General
                                    Attorneys for Plaintiff in Intervention
                                    CALIFORNIA DEPARTMENT OF WATER
                                    RESOURCES

Dated: June 3, 2010                 BEST BEST & KRIEGER, LLP


                                    By: : /s/ [*Steven M. Anderson*] (as authorized)
                                         GREGORY K. WILKINGSON
                                         STEVEN M. ANDERSON
                                    Attorneys for Plaintiff STATE WATER CONTRACTORS

| | | |
|---|---|---|
| 1 | Dated: June 3, 2010 | O'LAUGHLIN & PARIS, LLP |

By:  /s/ *[William C. Paris] (as authorized)*
WILLIAM C. PARIS
Attorneys for Plaintiff OAKDALE IRRIGATION DISTRICT and SOUTH SAN JOAQUIN IRRIGATION DISTRICT

Dated: June 3, 2010    MORRISON & FOERSTER, LLP

By:  /s/ *[Christopher J. Carr] (as authorized)*
CHRISTOPHER J. CARR
WILLIAM M. SLOAN
Attorneys for Plaintiff METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

Dated: June 3, 2010    HERUM CRABTREE

By:  /s/ *[Jennifer Spaletta] (as authorized)*
JENNIFER SPALETTA
Attorneys for Plaintiff STOCKTON EAST WATER DISTRICT

Dated:  June 3, 2010    NOSSAMAN LLP

By:  /s/ *[Paul S. WeilandI]*  (as authorized)
PAUL S. WEILAND
AUDREY HUANG
Attorneys for Plaintiffs' KERN COUNTY WATER AGENCY and COALITION FOR A SUSTAINABLE DELTA

| | | |
|---|---|---|
| 1 | Dated: June 3, 2010 | BRIDGET KENNEDY McNEIL, Trial Attorney |
| 2 | | BRADLEY H. OLIPHANT, Trial Attorney |
| | | WILLIAM SHAPIRO, Trial Attorney |

By: /s/ *[Bridget Kennedy McNeil]* (as authorized)
　　　BRIDGET KENNEDY McNEIL, Trial Attorney
(CO State Bar 034299)
U.S. Department of Justice
Environmental and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor, Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

BRADLEY H. OLIPHANT
 (CA Bar No. 216468 )
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369
Washington D.C.  20044-7369
Ph:  202.305.0500 / Fax:  202.305.0275
bradley.oliphant@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney
(CO State Bar 030929)
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/ Fax: 916-930-2010
william.shapiro@usdoj.gov

Attorneys for the Federal Defendants

Dated:  June 3, 2010　　　　　　　EARTHJUSTICE


By: /s/  *[Erin M. Tobin]* (as authorized)
　　　MICHAEL R. SHERWOOD
　　　ERIN M. TOBIN
Attorneys for Defendant-Intervenors CALIFORNIA TROUT, FRIENDS OF THE RIVER, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN CALIFORNIA COUNCIL OF THE FEDERATION OF FLY FISHERS, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSITITUTE FOR FISHERIES RESOURCES, SACRAMENTO RIVER PRESERVATION TRUST, SAN FRANCISCO BAYKEEPER, THE BAY INSTITUTE, WINNEMEM WINTU TRIBE

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

{00237286; 1}　　　　　- 4 -

STIPULATION AND ORDER  AMENDING SUMMARY JUDGMENT SCHEDULE

Dated: June 3, 2010                    NATURAL RESOURCES DEFENSE COUNCIL

By: /s/ *[Katherine S. Poole]* (as authorized)
KATHERINE S. POOLE
DOUG OBEGI
Natural Resources Defense Council
Attorneys for Defendant-Intervenor NRDC

IT IS SO ORDERED.

Dated:   **June 7, 2010**                    **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

{00237286; 1}                    - 5 -

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

STIPULATION AND ORDER AMENDING SUMMARY JUDGMENT SCHEDULE