1  COUNSEL IDENTIFICATION AT END

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | CASE NOS. |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1053) | 1:09-cv-1053-OWW-DLB<br>1:09-cv-1090-OWW-DLB<br>1:09-cv-1378-OWW-DLB<br>1:09-cv-1520-OWW-DLB<br>1:09-cv-2452-OWW-DLB<br>1:09-cv-1625-OWW-SMS |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | **STIPULATION AND ORDER TO ALLOW FILINGS IN EXCESS OF PAGE LIMITS**<br><br>Judge: Honorable Oliver W. Wanger |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-2452) | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625) | |

{00237286; 1}

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

STIPULATION AND ORDER TO ALLOW FILINGS IN EXCESS OF PAGE LIMITS

WHEREAS, Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District, State Water Contractors, Metropolitan Water District of Southern California, Kern County Water Agency and the Coalition for a Sustainable Delta (collectively "Joint Plaintiffs") have opted to jointly file a Memorandum in Support of Plaintiffs' Motion for Admission of Expert Testimony (Memorandum).

WHEREAS, the page limit for the Memorandum is twenty-five (25) pages, pursuant to a Standing Order of the Court (Doc. # 7-3), and the Joint Plaintiffs have collaborated in an effort to reduce the burden on the Court, but will need to exceed the page limitations to present their respective positions to the Court.

WHEREAS, the Stanislaus River Plaintiffs have already filed a twelve (12) page memorandum.

WHEREAS, the Department of Water Resources also have filed a six (6) page memorandum.

THEREFORE, all parties in this action, by and through their respective counsel of record, as identified below, hereby stipulate as follows:

1. Joint Plaintiffs may file their Memorandum in excess of twenty-five (25) pages but not to exceed forty-five (45) pages.

2. Federal Defendants and Defendant-Intervenors may file response briefs, separately or jointly, up to and including sixty-three (63) pages total.

3. Joint Plaintiffs may file opposing memoranda, separately or jointly, in excess of twenty-five (25) pages but not to exceed forty-five (45) pages.

**SO STIPULATED**

Dated: June 4, 2010        DIEPENBROCK HARRISON
                           A Professional Corporation
                           KRONICK, MOSKOVITZ, TIEDEMANN &
                           GIRARD, A Law Corporation

                           By: _/s/ [Eileen M. Diepenbrock]_
                               EILEEN M. DIEPENBROCK
                               DANIEL J. O'HANLON
                           Attorneys for Plaintiffs
                           SAN LUIS & DELTA-MENDOTA WATER
                           AUTHORITY; WESTLANDS WATER DISTRICT

| | | |
|---|---|---|
| 1 | Dated: June 4, 2010 | WESTLANDS WATER DISTRICT |
| 2 | | |
| 3 | | By: :  /s/ *[Thomas W. Birmingham] (as authorized)* |
| 4 | | THOMAS W. BIRMINHAM<br>Attorneys for Plaintiff |
| 5 | | WESTLANDS WATER DISTRICT |
| 6 | Dated: June 4, 2010 | EDMUND G. BROWN JR., ATTORNEY |
| 7 | | GENERAL OF THE STATE OF CALIFORNIA |
| 8 | | By: /s/ *[Cecilia L. Dennis]*  (as authorized) |
| 9 | | CLIFFORD T. LEE<br>CECILIA L. DENNIS |
| 10 | | ALLISON GOLDSMITH<br>Deputies Attorney General |
| 11 | | Attorneys for Plaintiff in Intervention<br>CALIFORNIA DEPARTMENT OF WATER |
| 12 | | RESOURCES |
| 13 | | |
| | Dated: June 4, 2010 | BEST BEST & KRIEGER, LLP |
| 14 | | |
| 15 | | |
| 16 | | By: :  /s/ *[Steven M. Anderson] (as authorized)*<br>GREGORY K. WILKINGSON |
| 17 | | STEVEN M. ANDERSON<br>Attorneys for Plaintiff STATE WATER CONTRACTORS |
| 18 | Dated: June 4, 2010 | O'LAUGHLIN & PARIS, LLP |
| 19 | | |
| 20 | | |
| 21 | | By: :  /s/ *[William C. Paris] (as authorized)*<br>WILLIAM C. PARIS |
| 22 | | Attorneys for Plaintiff OAKDALE IRRIGATION<br>DISTRICT and SOUTH SAN JOAQUIN IRRIGATION |
| 23 | | DISTRICT |
| 24 | Dated: June 4, 2010 | MORRISON & FOERSTER, LLP |
| 25 | | |
| 26 | | By: :  /s/ *[Christopher J. Carr] (as authorized)* |
| 27 | | CHRISTOPHER J. CARR<br>WILLIAM M. SLOAN |
| 28 | | Attorneys for Plaintiff METROPOLITAN WATER<br>DISTRICT OF SOUTHERN CALIFORNIA |

DIEPENBROCK
HARRISON
A PROFESSIONAL
CORPORATION

{00237286; 1}   - 2 -

STIPULATION AND ORDER  TO ALLOW FILINGS IN EXCESS OF PAGE LIMITS

| | | |
|---|---|---|
| 1 | Dated: June 4, 2010 | HERUM CRABTREE |

By: :  /s/ *[Jennifer Spaletta] (as authorized)*
              JENNIFER SPALETTA
Attorneys for Plaintiff STOCKTON EAST WATER DISTRICT

Dated:  June 4, 2010          NOSSAMAN LLP

By:  /s/ *[Paul S. Weiland]*  (as authorized)
              PAUL S. WEILAND
              AUDREY HUANG
Attorneys for Plaintiffs' KERN COUNTY WATER AGENCY and COALITION FOR A SUSTAINABLE DELTA

Dated: June 4, 2010          BRIDGET KENNEDY McNEIL, Trial Attorney
                             BRADLEY H. OLIPHANT, Trial Attorney
                             WILLIAM SHAPIRO, Trial Attorney

By:  /s/ *[Bridget Kennedy McNeil]* (as authorized)
              BRIDGET KENNEDY McNEIL, Trial Attorney
(CO State Bar 034299)
U.S. Department of Justice
Environmental and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor, Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

BRADLEY H. OLIPHANT
(CA Bar No. 216468 )
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369
Washington D.C.  20044-7369
Ph:  202.305.0500 / Fax:  202.305.0275
bradley.oliphant@usdoj.gov

```
                                WILLIAM J. SHAPIRO, Trial Attorney
                                (CO State Bar 030929)
                                U.S. Department of Justice
                                Environmental and Natural Resources Division
                                Natural Resources Section
                                501 I Street, Suite 9-700
                                Sacramento, CA 95814
                                Ph: 916-930-2207/ Fax: 916-930-2010
                                william.shapiro@usdoj.gov

                                Attorneys for the Federal Defendants
```

Dated: June 4, 2010              EARTHJUSTICE

                                 By: /s/ *[Erin M. Tobin]* (as authorized)
                                     MICHAEL R. SHERWOOD
                                     ERIN M. TOBIN
                                 Attorneys for Defendant-Intervenors CALIFORNIA TROUT, FRIENDS OF THE RIVER, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN CALIFORNIA COUNCIL OF THE FEDERATION OF FLY FISHERS, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSITITUTE FOR FISHERIES RESOURCES, SACRAMENTO RIVER PRESERVATION TRUST, SAN FRANCISCO BAYKEEPER, THE BAY INSTITUTE, WINNEMEM WINTU TRIBE

Dated: June 4, 2010              NATURAL RESOURCES DEFENSE COUNCIL

                                 By: /s/ *[Katherine S. Poole]* (as authorized)
                                     KATHERINE S. POOLE
                                     DOUG OBEGI
                                 Natural Resources Defense Council
                                 Attorneys for Defendant-Intervenor NRDC


IT IS SO ORDERED.

   Dated:  **June 7, 2010**                **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE