UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **The Consolidated Salmonid Cases** | 1:09-cv-1053 OWW DLB<br>1:09-cv-1090-OWW-DLB<br>1:09-cv-1378-OWW-DLB<br>1:09-cv-1520-OWW-DLB<br>1:09-cv-1580-OWW-DLB<br>1:09-cv-1625-OWW-SMS |
| **SAN LUIS & DELTA-MENDOTA WATER AUTHORITY,** *et al.* v. **GARY F. LOCKE,** *et al.* | |
| **STOCKTON EAST WATER DISTRICT v. NOAA,** *et al.* | **ORDER TO CLERK OF COURT TO HOLD BOND** |
| **STATE WATER CONTRACTORS v. GARY F. LOCKE,** *et al.* | |
| **KERN COUNTY WATER AGENCY,** *et al.* v. **U.S. DEPARTMENT OF COMMERCE,** *et al.* | |
| **OAKDALE IRRIGATION DISTRICT,** *et al.* v. **U.S. DEPARTMENT OF COMMERCE,** et al. | |
| **METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS,** *et al.* | |

The Clerk of Court is ordered to hold the $5,000 cash bond

previously posted by the San Luis & Delta-Mendota Water

Association and Westlands Water District Plaintiffs and that cash

1

bond shall be posted to secure the Order Issuing Preliminary Injunction dated May 27, 2010, pending further order of the Court.

**IT IS SO ORDERED.**

    **Dated:**   **June 7, 2010**                  **/s/ Oliver W. Wanger**
                                                **UNITED STATES DISTRICT JUDGE**