1 | COUNSEL IDENTIFICATION AT END

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | LEAD CASE NO:   1:09-cv-1053 OWW-DLB |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. LOCKE, et al. | Consolidated Cases:   1:09-cv-1090 OWW-DLB<br>1:09-cv-1378 OWW-DLB<br>1:09-cv-1520 OWW-SMS |
| STOCKTON EAST WATER DISTRICT v. NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, et al. | 1:09-cv-1580 OWW-DLB<br>1:09-cv-1625 OWW-SMS<br><br>**STIPULATION AND ORDER REGARDING ADDITION OF CRAMER FISH SCIENCES DOCUMENT TO ADMINISTRATIVE RECORD** |
| STATE WATER CONTRACTORS v. LOCKE, et al., | |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. | Judge;   Hon. Oliver W. Wanger |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. | |
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES, et al. | |

Stanislaus River Plaintiffs and Federal Defendants hereby enter into this Stipulation and [Proposed] Order regarding Addition of Cramer Fish Sciences Document to the Administrative Record as follows:

1. Stanislaus River Plaintiffs requested Federal Defendants to add the document cited as



1
**STIPULATION AND ORDER REGARDING ADDITION OF CRAMER FISH SCIENCES DOCUMENT TO ADMINISTRATIVE RECORD**

1  "Cramer Fish Sciences. 2009. Flow and temperature effects on life history diversity of *Onchorynchus mykiss* in the Yakima River basin" ("Cramer Fish Sciences") to the Administrative Record in the Consolidated Salmon Cases ("AR").

2. Cramer Fish Sciences was cited in the May 31, 2009 Memo from Rhonda Reed to Maria Rea (NMFS AR at 00105883).

3. Stanislaus River Plaintiffs were unable to locate the document in the AR and inadvertently omitted the document from their motion to augment the record.

4. Federal Defendants have agreed to add Cramer Fish Sciences to the AR.

5. The bates range for Cramer Fish Sciences is 00223493 – 00223538.

6. A copy of Cramer Fish Sciences is attached hereto as Exhibit A.

Dated:  August 6, 2010                    Respectfully submitted,

HERUM CRABTREE
*A California Professional Corporation*

By:   /s/ Jennifer L. Spaletta
JENNIFER L. SPALETTA
Attorneys for Plaintiff
STOCKTON EAST WATER DISTRICT


O'LAUGHLIN & PARIS LLP

By:   /s/ William C. Paris, III
WILLIAM C. PARIS III
Attorneys for Plaintiffs
OAKDALE IRRIGATION DISTRICT and
SOUTH SAN JOAQUIN IRRIGATION DISTRICT


U.S. DEPARTMENT OF JUSTICE
IGNACIA S. MORENO, Asst. Attorney General
Environment and Natural Resources Division


By:   /s/ Bridget Kennedy McNeil
BRIDGET KENNEDY MCNEIL, Trial Attorney
BRADLEY OLIPHANT, Trial Attorney
Wildlife & Marine Resources Section

2



**STIPULATION AND ORDER REGARDING ADDITION OF CRAMER FISH SCIENCES DOCUMENT TO ADMINISTRATIVE RECORD**

|   |   |
|---|---|
|   | WILLIAM J, SHAPIRO, Trial Attorney<br>Natural Resources Section |
|   | Attorneys for Federal Defendants |
|   | MICHAEL R. SHERWOOD<br>ERIN M. TOBIN |
| By: | /s/ Erin M. Tobin |
|   | Attorneys for Defendant-Intervenors |
|   | KATHERINE S. POOLE<br>DOUG OBEGI |
|   | Attorneys for Defendant-Intervenor NRDC |

IT IS SO ORDERED.

Dated: **August 6, 2010**              **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE

---

3

**STIPULATION AND ORDER REGARDING ADDITION OF CRAMER FISH SCIENCES DOCUMENT TO ADMINISTRATIVE RECORD**