UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | 1:09-cv-01053 OWW DLB |
| | 1:09-cv-01090 OWW DLB |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.* v. LOCKE, *et al.* | 1:09-cv-01378 OWW SMS |
| | 1:09-cv-01520 OWW SMS |
| | 1:09-cv-01580 OWW DLB |
| STOCKTON EAST WATER DISTRICT, *et al.* v. NOAA, *et al.* | 1:09-cv-01625 OWW SMS |
| | ORDER RE 706 EXPERT |
| STATE WATER CONTRACTORS v. LOCKE, *et al.* | |
| KERN COUNTY WATER AGENCY, *et al.* v. UNITED STATES DEPARTMENT OF COMMERCE, *et al.* | |
| OAKDALE IRRIGATION DISTRICT, *et al.* v. UNITED STATES DEPARTMENT OF COMMERCE, *et al.* | |
| METROPOLITAN WATER DISTRICT OF CALIFORNIA v. NATIONAL MARINE FISHERIES SERVICE, *et al.* | |

The Court does not at this time intend to appoint an expert under Federal Rule of Evidence 706 for the upcoming cross motions for summary judgment.

SO ORDERED
Dated:  August 10, 2010

                                       /s/ Oliver W. Wanger
                                             Oliver W. Wanger
                                   United States District Judge