UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONSOLIDATED SALMON CASES: | **LEAD CASE NO:** <br> **1:09-cv-1053-OWW-DLB** |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.* v. LOCKE, *et al.* | Consolidated With: <br> 1:09-cv-1090-OWW-DLB <br> 1:09-cv-1378-OWW-DLB |
| STOCKTON EAST WATER DISTRICT v. NOAA, *et al.* | 1:09-cv-1520-OWW-SMS <br> 1:09-cv-1580-OWW-DLB <br> 1:09-cv-1624-OWW-SMS |
| STATE WATER CONTRACTORS v. LOCKE, *et al.* | **ORDER RE ADMISSION OF EXTRA-RECORD TESTIMONY OF METROPOLITAN WATER DISTRICT'S EXPERT WITNESSES** |
| KERN COUNTY WATER AGENCY, *et al.* v. U.S. DEPARTMENT OF COMMERCE, *et al.* | |
| OAKDALE IRRIGATION DISTRICT, *et al.* v. U.S. DEPARTMENT OF COMMERCE, *et al.* | Judge:   Oliver W. Wanger |
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES SERVICE, *et al.* | |

# **ORDER**

On July 19 and 20, 2010, the Court heard a motion by Plaintiff Metropolitan Water District of Southern California ("MWD"), amongst others, to submit extra-record expert witness testimony in support of plaintiffs' motions for summary judgment.  (Doc. 386.)

The Court has fully considered the briefs, evidence, and oral argument submitted by MWD and good cause appearing therefore, THE COURT HEREBY ORDERS:

MWD's request to submit the testimony of Dr. Kenneth P. Burnham, Dr. Richard B. Deriso, and Dr. Daniel E. Schindler, as described in the motion, is GRANTED to the extent the filed declarations are determined to meet the legal standards for admissibility and without prejudice to further objections and motions to strike based on the content of the respective experts' declarations.  MWD is to avoid unnecessary duplication and ensure coordination with the other plaintiff experts.

IT IS SO ORDERED.

Dated:  **August 13, 2010**         **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE