IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE CONSOLIDATED SALMON CASES** _____ **SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT v. GARY F. LOCKE, as Secretary of the United States Department of Commerce; et al.** _____ **STOCKTON EAST WATER DISTRICT, et al. v. NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, et al.** _____ **STATE WATER CONTRACTORS v. GARY F. LOCKE, Secretary, etc., et al.** _____ **KERN COUNTY WATER AGENCY, et al. v. UNITED STATES DEPARTMENT OF COMMERCE, et al.** _____ **OAKDALE IRRIGATION DISTRICT, et al. v. UNITED STATES DEPARTMENT OF COMMERCE, et al.** _____ **THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES SERVICE, et al.** | Lead Case No. 1:09-CV-1053 OWW DLB  Consolidated Cases: 1:09-CV-1090 OWW-DLB 1:09-CV-1378 OWW-DLB 1:09-CV-1520 OWW-SMS 1:09-CV-1580 OWW-DLB 1:09-CV-1625 OWW-SMS  **ORDER ON CALIFORNIA DEPARTMENT OF WATER RESOURCES' MOTION TO ADMIT EXPERT TESTIMONY** |

The California Department of Water Resources' Motion to Admit Expert Testimony came on for hearing on July 19, 2010. All parties were represented by counsel, as stated on the record. Having fully considered the briefs and evidence submitted in support of and in opposition to the motion, the Court finds Federal Defendants made a judicial admission that Reasonable and Prudent Alternative Action IV.4.2 is not based on either the statement in the DWR 2008 draft study, "When survival is low (< 25 %) due to predation by high numbers of predators, a reduction in predator numbers (> 50 %) can yield a doubling in survival rate (Ricker, 1952). Predator removals along with other steps should be explored as part of the [Management Action Plan]." (Administrative Record 113817), or on W. E. Ricker, *Numerical Relations Between Abundance of Predators and Survival of Prey*, The Canadian Fish Culturist. No. 13 (1952). The Court therefore

finds expert testimony is not necessary to explain technical or complex matters with regards to the Ricker study and the sentences restated above.

IT IS HEREBY ORDERED:

The California Department of Water Resources' motion to admit expert testimony for the purpose of furnishing the Court with an explanation of the sentences: "When survival is low (< 25 %) due to predation by high numbers of predators, a reduction in predator numbers (> 50 %) can yield a doubling in survival rate (Ricker, 1952). Predator removals along with other steps should be explored as part of the [Management Action Plan]" (Administrative Record 113817), and of W. E. Ricker, *Numerical Relations Between Abundance of Predators and Survival of Prey*, The Canadian Fish Culturist. No. 13 (1952) is therefore DENIED.

It is further ordered that the California Department of Water Resources will file the Declaration of Bradley Cavallo and supplemental briefing in support of the motion to supplement the administrative record with expert declarations on August 6, 2010. The supplemental briefing will set forth the extra record evidence that is proposed to supplement the record, and the legal grounds for supplementation of the record. Any responses to this supplemental briefing by Federal Defendants and Defendant-Intervenors to this supplemental briefing will be due on the same deadline currently set for Federal Defendants and Defendants-Intervenors' cross-motions for summary judgment. The California Department of Water Resources may file an additional response brief to be due on the same deadline currently set for Plaintiffs' replies in support of Plaintiffs' motions for summary judgment. Oral argument regarding record supplementation will be scheduled to occur in the opening session of the arguments on the summary judgment motions, currently set for November 18 and 19, 2010.

IT IS SO ORDERED.

Dated:   **August 13, 2010**            /s/ **Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE