UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | Lead Case No. 1:09-CV-1053 OWW DLB |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. LOCKE, et al.<br>(Case No. 1:09-CV-1053) | Consolidated Cases:<br>1:09-CV-1090 OWW-DLB<br>1:09-CV-1378 OWW-DLB<br>1:09-CV-1520 OWW-SMS<br>1:09-CV-1580 OWW-DLB<br>1:09-CV-1625 OWW-SMS |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al.<br>(Case No. 1:09-CV-1090) | |
| | Judge: Hon. Oliver W. Wanger |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al.<br>(Case No. 1:09-CV-1378) | **ORDER RE ADMISSION OF EXTRA-RECORD TESTIMONY OF DR. CHARLES HANSON** |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al.<br>(Case No. 1:09-CV-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al.<br>(Case No. 1:09-CV-2452) | |
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES, et al.<br>(Case No. 1:09-CV-1625) | |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
RIVERSIDE

# ORDER

On July 19 and 20, 2010, the Court heard a motion by Plaintiff State Water Contractors ("State Contractors"), among others, to submit extra-record, expert witness testimony in support of Plaintiffs' motions for summary judgment. (Doc. 386.)

The Court has fully considered the briefs, evidence, and oral argument submitted by the State Contractors, and good cause appearing therefore, THE COURT HEREBY ORDERS:

1. The State Contractors' request for admission of the testimony of Dr. Charles Hanson is GRANTED in part. Dr. Hanson will be permitted to provide expert explanation of technical and complex matter in the record related to Reasonable and Prudent Alternative Action IV.2.1. In particular, Dr. Hanson will be permitted to provide explanation of the materials in the record serving as the basis for the 4:1 inflow-export ratio. Dr. Hanson will be permitted to provide explanation regarding the origins and purposes of the Vernalis Adaptive Management Plan (VAMP) and the annual VAMP studies published before the BiOp was issued.

2. Dr. Hanson will also be permitted to provide expert explanation of record materials related to "bubble barriers" and, in particular, the background and data derived from the bubble barrier project installed in spring 2009 at the Head of Old River at its confluence with the San Joaquin River contained within the administrative record or otherwise available to the agency prior to the issuance of the biological opinion. Dr. Hanson will also be permitted to testify as to whether a competent scientist using due care would have properly disregarded the available preliminary data collected as part of the spring 2009 bubble barrier project.

3. The Court reserves its ruling on the final admissibility of any testimony provided by Dr. Hanson until it has reviewed his declaration for admissibility on relevance grounds or for failure to meet one of the established exceptions to record review.

IT IS SO ORDERED.

Dated:  **August 13, 2010**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

ORDER RE EXTRA-RECORD TESTIMONY OF DR. CHARLES HANSON