1  IGNACIA S. MORENO, Assistant Attorney General
   United States Department of Justice
2  Environment & Natural Resources Division
3  JACK K. HAUGRUD, Chief
   WILLIAM J. SHAPIRO, Trial Attorney (CO Bar No. 30929)
4  Natural Resources Section
   SETH M. BARSKY, Acting Section Chief
5  BRIDGET KENNEDY McNEIL, Trial Attorney (CO Bar No. 034299)
   BRADLEY H. OLIPHANT, Trial Attorney (CA. Bar No. 216468)
6  Wildlife and Marine Resources Section
7  Benjamin Franklin Station, P.O. Box 7369
   Washington, D.C. 20044-7369
8  Telephone: (202) 305-0500 / Facsimile: (202) 305-0275

9  Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

|  |  |
|---|---|
| THE CONSOLIDATED SALMONID CASES | Case No. 1:09-cv-1053-OWW (Lead Case)<br><br>STIPULATION AND ORDER RE: SUMMARY JUDGMENT BRIEFING PAGE LIMITS AND MODIFICATION OF BRIEFING SCHEDULE AND ORAL ARGUMENT DATES |

1    WHEREAS on July 30, 2010, the Court approved plaintiffs' requests for relief from the 25-page limitation for opening briefs and requested that following the submission of opening briefs in support of summary judgment, the parties confer and attempt to agree on appropriate page limitations for Federal Defendants' and Defendant-Intervenors' responsive briefs, as well as page limitations for Plaintiffs' and DWR's reply briefs.  If an agreement on page limitations for those subsequent briefs could not be reached before August 20, 2010, the Court would conduct a hearing on the matter on August 20, 2010 at 9:00 a.m.

WHEREAS on August 6, 2010, Plaintiffs filed an opening brief of 120 pages, DWR filed an opening brief of 27 pages, and the Stanislaus River Plaintiffs filed on opening brief of 39 pages.  See Docket Nos. 431, 446-1, and 454.

In satisfaction of their duties to meet and confer on subsequent page limitations, the parties now hereby stipulate to the following:

1. The parties will be limited to a maximum of 275 pages of briefing, per side, for the entire set of briefs, inclusive of the opening briefs already filed.  Plaintiffs' "side" is defined for this purpose to include Plaintiff-Intervenor DWR and all other Plaintiffs except for the Stanislaus River Plaintiffs[1]; Defendants' "side" is defined to include both the Federal Defendants and the Defendant-Intervenors.  The parties will continue to use all efforts to minimize the number of pages actually expended.

2. The Stanislaus River Plaintiffs, Federal Defendants, and Defendant-Intervenors, will be allowed 75 pages per side, for the entire set of briefs, inclusive of opening briefs already filed relating to Stanislaus River issues.  Federal Defendants and Defendant-Intervenors are defined as one "side" for purposes of briefing Stanislaus River Plaintiffs' issues.  See Docket No. 422.

3. The remaining summary judgment briefing deadlines will be extended as follows:

---

[1] The Stanislaus River Plaintiffs include Plaintiffs Stockton East Water District, Oakdale Irrigation District, and South San Joaquin Irrigation District.

Stipulation and Order Re: Summary Judgment
Page Limits and Schedule                   1                   Case No. 1:09-cv-1053

  a. The deadline for both Federal Defendants and Defendant-Intervenors' cross-motions for summary judgment and supporting materials will be extended from September 13, 2010, to September 30, 2010.

  b. The deadline for Plaintiffs and Plaintiff-Intervenors' opposition/reply briefs will be extended from October 4, 2010, to October 28, 2010.

  c. The deadline for Federal Defendants and Defendant-Intervenors' reply briefs will be extended from October 25, 2010, to November 18, 2010.

  d. The oral argument on the cross-motions for summary judgment currently set for November 18-19, 2010, will be extended to December 16-17, 2010, or any other dates established by the Court.

4. If the Plaintiffs file a motion for temporary restraining order and/or preliminary injunction, the moving party will request a status conference within two court days to establish a briefing schedule and, if necessary, modification of the schedule above.

For good cause, the above extensions of the page limitations are granted and the modifications to the summary judgment schedule shall be made.

IT IS SO ORDERED.

Dated:   **August 20, 2010**      /s/ Oliver W. Wanger
                  UNITED STATES DISTRICT JUDGE