THOMAS W. BIRMINGHAM (SBN 110898)
**WESTLANDS WATER DISTRICT**
3130 N. Fresno Street
Fresno, CA 93703
Telephone: (559) 224-1523
Facsimile: (559) 241-6277

Attorney for Plaintiff
WESTLANDS WATER DISTRICT

(*Additional counsel listed on last page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | Lead Case No. 1:09-CV-1053 OWW DLB |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1053) | Consolidated Cases:<br>1:09-CV-1090 OWW-DLB<br>1:09-CV-1378 OWW-DLB |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090) | 1:09-CV-1520 OWW-SMS<br>1:09-CV-1580 OWW-DLB<br>1:09-CV-1625 OWW-SMS |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | **ORDER APPROVING WITHDRAWAL OF THOMAS W. BIRMINGHAM AS COUNSEL FOR PLAINTIFF WESTLANDS WATER DISTRICT** |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-2452) | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625) | |

On August 9, 2010, THOMAS W. BIRMINGHAM gave notice of his intent and request to withdraw as counsel of record for plaintiff Westlands Water District and to no longer represent Westlands Water District in this case. (Doc. #458.) Mr. Birmingham indicated Plaintiff Westlands Water District will continue to be represented by the other attorneys of record appearing for it in this case, and his notice does not affect the appearance of any of those other

PDF created with pdfFactory trial version www.pdffactory.com

counsel.

The request to withdraw is APPROVED.  Mr. Birmingham shall be removed from the ECF service list.

**IT IS SO ORDERED.**

Dated:  August 20, 2010_____

          /s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com