UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE CONSOLIDATED SALMON CASES: | **LEAD CASE NO.  1:09-CV-1053-OWW-DLB** |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. LOCKE, et al. | Consolidated Cases:<br>1:09-CV-1090-OWW-DLB<br>1:09-CV-1378-OWW-DLB<br>1:09-CV-1520-OWW-SMS<br>1:09-CV-1580-OWW-DLB<br>1:09-CV-1625-OWW-SMS |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. | |
| STATE WATER CONTRACTORS v. LOCKE, et al. | **ORDER RE ADMISSION OF EXTRA-RECORD TESTIMONY OF DR. KENNETH CUMMINS** |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. | |
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA V. NATIONAL MARINE FISHERIES SERVICE, et al. | |

On July 19 and 20, 2010, Plaintiffs Kern County Water Agency ("KCWA") and the Coalition for a Sustainable Delta's ("Coalition") motion to submit extra-record expert testimony in support of Plaintiffs' motion for summary judgment came for hearing before the Court.  Having fully considered the briefs, evidence and oral arguments submitted in support of and in opposition to the motion, THE COURT HEREBY ORDERS:

1. KCWA and the Coalition's motion for admission of extra-record testimony by Dr. Kenneth Cummins is GRANTED.  Dr. Cummins is permitted to provide expert testimony related to the use of surrogates in the biological opinion.  Dr. Cummins may provide testimony regarding the use of Chinook as a surrogate for steelhead and the use of hatchery Chinook as a surrogate for wild Chinook.

2. The Court reserves its ruling on the final admissibility of any testimony provided by Dr. Cummins until it has reviewed his declaration for admissibility on relevance grounds or for failure to meet one of the established exceptions to record review.

IT IS SO ORDERED.

Dated:   **September 2, 2010**           **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE