1 **COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | CASE NOS. |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1053) | 1:09-cv-1053-OWW-DLB<br>1:09-cv-1090-OWW-DLB<br>1:09-cv-1378-OWW-DLB<br>1:09-cv-1520-OWW-DLB<br>1:09-cv-2452-OWW-DLB<br>1:09-cv-1625-OWW-SMS |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | **STIPULATION AND ORDER RE: REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | Judge: Honorable Oliver W. Wanger |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-2452) | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625) | |

All parties in this action, by and through their respective counsel of record, as identified below, hereby stipulate as follows:

///

///

///

Plaintiffs will be allowed to file a single reply brief not to exceed twenty (20) pages, in lieu of separate reply briefs to the separate oppositions filed by Federal Defendants and Defendant-Intervenors to the Motion for Preliminary Injunction.

**<u>SO STIPULATED</u>**

Dated: February 25, 2011        H. CRAIG MANSON
                                                Westlands Water District
                                                DIEPENBROCK HARRISON
                                                A Professional Corporation
                                                KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                                A Professional Corporation

                                                By  */s/ [Daniel J. O'Hanlon]*
                                                         DANIEL J. O'HANLON
                                                         EILEEN M. DIEPENBROCK
                                                         Attorneys for Plaintiffs SAN LUIS & DELTA-
                                                         MENDOTA WATER AUTHORITY and
                                                         WESTLANDS WATER DISTRICT

Dated: February 25, 2011        BROWNSTEIN HYATT FARBER SCHRECK LLP

                                                By  */s/ [Steven O. Sims] [as authorized]*
                                                         STEVEN O. SIMS
                                                         MICHELLE C. KALES
                                                         Attorneys for Plaintiffs WESTLANDS WATER
                                                         DISTRICT

Dated: February 25, 2011        KAMALA D. HARRIS
                                                Attorney General of the State of California

                                                By  */s/ [Clifford T. Lee] [as authorized]*
                                                         CLIFFORD T. LEE
                                                         CECILIA L. DENNIS
                                                         ALLISON GOLDSMITH
                                                         Deputies Attorney General
                                                         Attorneys for Plaintiff in Intervention
                                                         CALIFORNIA DEPARTMENT OF WATER
                                                         RESOURCES

| | | |
|---|---|---|
| 1 | Dated: February 25, 2011 | IGNACIA S. MORENO, Assistant Attorney General |
| 2 | | United States Department of Justice<br>Environment & Natural Resources Division |
| 3 | | SETH M. BARSKY, Section Chief |

By   */s/_[Bridget Kennedy McNeil] [as authorized]*
    BRIDGET KENNEDY McNEIL, Trial Attorney
    Wildlife and Marine Resources Section
    Attorneys for FEDERAL DEFENDANTS

Dated: February 25, 2011        NATURAL RESOURCES DEFENSE COUNCIL

By   */s/_[Katherine S. Poole] [as authorized]*
    KATHERINE S. POOLE
    DOUG OBEGI
    Attorneys for Defendant-Intervenor NATURAL
    RESOURCES DEFENSE COUNSEL

Dated: February 25, 2011        BEST BEST & KRIEGER, LLP

By   */s/_[Gregory K. Wilkinson] [as authorized]*
    GREGORY K. WILKINSON
    STEVEN M. ANDERSON
    Attorneys for Plaintiff STATE WATER
    CONTRACTORS

Dated: February 25, 2011        MORRISON & FOERSTER, LLP

By   */s/_[Christopher J. Carr] [as authorized]*
    CHRISTOPHER J. CARR
    WILLIAM M. SLOAN
    Attorneys for Plaintiff METROPOLITAN WATER
    DISTRICT OF SOUTHERN CALIFORNIA

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

964283.2                                -3-

Stipulation and Order Re:  Reply Brief in Support of Motion for Preliminary Injunction

| | |
|---|---|
| Dated: February 25, 2011 | NOSSAMAN LLP |

By  */s/ [Paul S. Weiland] [as authorized]*
PAUL S. WEILAND
AUDREY HUANG
Attorneys for Plaintiffs KERN COUNTY WATER AGENCY and COALITION FOR A SUSTAINABLE DELTA

Dated: February 25, 2011        EARTHJUSTICE

By  */s/ [Erin M. Tobin] [as authorized]*
MICHAEL R. SHERWOOD
ERIN M. TOBIN
Attorneys for Defendant-Intervenors CALIFORNIA TROUT, FRIENDS OF THE RIVER, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN CALIFORNIA COUNCIL OF THE FEDERATION OF FLY FISHERS, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, SACRAMENTO RIVER PRESERVATION TRUST, SAN FRANCISCO BAYKEEPER, THE BAY INSTITUTE, WINNEMEM WINTU TRIBE

IT IS SO ORDERED.

Dated:  **February 28, 2011**              **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

ATTORNEYS AT LAW
SACRAMENTO

964283.2                                -4-

Stipulation and Order Re:  Reply Brief in Support of Motion for Preliminary Injunction