1 | COUNSEL IDENTIFICATION AT END

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| CONSOLIDATED SALMON CASES | Lead Case No. 1:09-CV-1053 OWW DLB |
| | Consolidated Cases:<br>1:09-CV-1090 OWW-DLB<br>1:09-CV-1378 OWW-DLB<br>1:09-CV-1520 OWW-SMS<br>1:09-CV-1580 OWW-DLB<br>1:09-CV-1625 OWW-SMS |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. LOCKE, et al.<br>(Case No. 1:09-CV-1053) | |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al.<br>(Case No. 1:09-CV-1090) | Judge:   Hon. Oliver W. Wanger |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al.<br>(Case No. 1:09-CV-1378) | **ORDER SETTING HEARING AND BRIEFING SCHEDULE REGARDING TEMPORARY RESTRAINING ORDER**<br><br>DATE:           March 23, 2011<br>TIME:            9 a.m.<br>COURTROOM: 3<br>JUDGE:         Hon. Oliver W. Wanger |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al.<br>(Case No. 1:09-CV-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al.<br>(Case No. 1:09-CV-2452) | |
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES, et al.<br>(Case No. 1:09-CV-1625) | |

27881.00005\5877412.2

**ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER**

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
RIVERSIDE

IT IS HEREBY ORDERED that a hearing on the motion for a temporary restraining order by Plaintiffs State Water Contractors, the Metropolitan Water District of Southern California, Kern County Water Agency, Coalition for a Sustainable Delta, San Luis & Delta-Mendota Water Authority, and Westlands Water District (collectively, "Plaintiffs") and a briefing schedule is hereby set as follows: Any opposition papers shall be filed and served on or before March 21, 2011, and Plaintiffs' motion for temporary restraining order shall be heard concurrently with the hearing related to Plaintiffs' motion for preliminary injunction, currently scheduled March 23, 2011 through March 25, 2011.

IT IS SO ORDERED.

Dated:  **March 18, 2011**          **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

-1-

27881.00005\5877412.2

**ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER**