UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONSOLIDATED SALMONID CASES | 1:09-CV-01053 OWW DLB<br>1:09-CV-01090 OWW DLB<br>1:09-CV-01373 OWW DLB<br>1:09-CV-01520 OWW SMS<br>1:09-CV-01580 OWW DLB<br>1:09-CV-01625 OWW SMS |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT v. GARY F. LOCKE, *et al.* (1:09-cv-01053-OWW-DLB) | |
| STOCKTON EAST WATER DISTRICT, *et al.* v. NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, *et al.* (1:09-cv-01090-OWW-DLB) | ORDER DEEMING PENDING MOTIONS FOR INJUNCTIVE RELIEF (DOCS. 538 & 590) AND RELATED MOTION TO STRIKE (DOC. 559) WITHDRAWN WITHOUT PREJUDICE |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, Secretary, *et al.* (1:09-cv-01378-OWW-SMS) | |
| KERN COUNTY WATER AGENCY, *et al.* v. UNITED STATES DEPARTMENT OF COMMERCE, *et al.* (1:09-cv-01520-OWW-SMS) | |
| OAKDALE IRRIGATION DISTRICT, *et al.* v. UNITED STATES DEPARTMENT OF COMMERCE, *et al.* (1:09-cv-01580-OWW-DLB) | |
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES SERVICE, et al. (1:09-cv-01625-OWW-SMS) | |

Based on the parties' filings related to the Bureau of Reclamation's projection that, due to hydrologic conditions, Action IV.2.1 will not control operations this water year, all moving parties agree that the pending motions for temporary restraining order and preliminary injunction, Docs. 538 & 590,

1

and related motion to strike, Doc. 559, are moot.  *See* Docs. 617 & 619-624.  Those motions have been WITHDRAWN WITHOUT PREJUDICE.  If Reclamation's projections change, Plaintiffs may renew the motions for injunctive relief on shortened time.

SO ORDERED
Dated: March 30, 2011

                                                                                   /s/ Oliver W. Wanger
                                                                        United States District Judge