UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| CONSOLIDATED SALMON CASES | CASE NOS. |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1053) | 1:09-cv-1053-OWW-DLB<br>1:09-cv-1090-OWW-DLB<br>1:09-cv-1378-OWW-DLB<br>1:09-cv-1520-OWW-DLB<br>1:09-cv-1580-OWW-DLB<br>1:09-cv-1625-OWW-SMS |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | **ORDER ALLOWING 30 DAYS FOR FURTHER DEVELOPMENT OF PROPOSED SCHEDULE FOR COMPLETION OF REMAND AND REQUIRING JOINT STATUS REPORT** |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1580) | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625) | |

Federal Defendants have proposed two alternative schedules for the completion of remand. Under the first alternative, Federal Defendants would complete a draft biological opinion by October 2013, a final biological opinion by April 2014, and any NEPA documentation by April 2016. According to Federal Defendants, this schedule would not permit sufficient time to incorporate the results of ongoing life-cycle modeling efforts. The September 20, 2011 Memorandum Decision Re Cross Motions for Summary Judgment specifically declined to remand the 2009 Salmonid BiOp for failure to use a quantitative life-cycle model. Nevertheless, Federal Defendants concede that the results of such a model "should be integrated into the remand efforts," and have entered into an agreement with the NMFS-Southwest Fisheries Science Center ("SWFSC") to complete a life-cycle model for Chinook salmon by 2014. In order to incorporate the results of any model developed by SWFSC, Federal Defendants maintain a draft biological opinion could be issued by March 2015, a final biological opinion by September 2015, and any NEPA documentation by September 2017.

All Plaintiffs agree that incorporation of a life cycle model is necessary, but Plaintiffs and Plaintiff-Intervenor, the California Department of Water Resources ("DWR"), would prefer a shorter period of remand and suggest it would be more appropriate to pursue concurrent compliance with NEPA and the ESA. For example, in the Delta Smelt Consolidated Cases, 1:09-cv-00407 OWW DLB, Doc. 884, NEPA documentation is to be completed twenty-five (25) months after issuance of the <u>draft</u> biological opinion, with a final biological opinion issuing within one month following completion of NEPA documentation. Such a schedule would be preferable, as it ensures

no legal mandate in the form of a biological opinion will issue without concurrent or prior compliance with NEPA.

DWR has suggested that the Court permit the parties 30 days to confer to develop a mutually agreeable schedule for the completion of a new biological opinion and compliance with NEPA. Federal Defendants do not oppose. This request is GRANTED.

The parties are directed to endeavor to reach a mutually agreeable schedule that achieves simultaneous NEPA and ESA compliance. If agreement can be reached, the parties shall submit a proposed form of judgment reflecting the schedule within thirty (30) days of electronic filing of this order. Alternatively, if agreement cannot be reached, the parties shall submit: (1) a single, joint status report articulating those issues on which the parties agree and the parties' separate positions regarding matters on which they disagree; and (2) proposed judgments, clearly identifying language on which the parties agree and disagree. Unless the Court separately notifies the parties, the matter will be decided on the papers.

Due to the pending retirement of the assigned district judge, the parties will shortly receive notice of reassignment of this case. That notice shall not alter the deadline set forth above.

SO ORDERED
Dated: September 29, 2011

/s/ Oliver W. Wanger
United States District Judge