UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | CASE NOS. |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1053) | 1:09-cv-1053-LJO-DLB<br>1:09-cv-1090-LJO-DLB<br>1:09-cv-1378-LJO-DLB<br>1:09-cv-1520-LJO-DLB |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090) | 1:09-cv-2452-LJO-DLB<br>1:09-cv-1625-LJO-SMS |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | **JOINT STIPULATION AND ORDER REGARDING SCHEDULE FOR COMPLETION OF REMAND** |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | Judge: Honorable Lawrence J. O'Neill |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-2452) | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625) | |

## RECITALS

1. On September 20, 2011, the Court entered its Memorandum Decision re Cross Motions for Summary Judgment (Doc. 633) in these *Consolidated Salmonid Cases* regarding the 2009 Salmonid Biological Opinion ("2009 Salmonid BiOp"). This decision found the 2009 Salmonid BiOp and its RPA arbitrary, capricious, and unlawful, and remands the 2009 Salmonid BiOp to the National Marine Fisheries Service ("NMFS") for further consideration in accordance with the Court's decision and the requirements of law.

2. On September 29, 2011, the Court entered its Order Allowing 30 Days for Further Development of Proposed Schedule for Completion of Remand and Requiring Joint Status Report (Doc. 642). This order granted the parties 30 days to confer to develop a mutually agreeable schedule for the simultaneous National Environmental Policy Act ("NEPA") and Endangered Species Act ("ESA") compliance on remand, and to submit a proposed form of judgment reflecting such agreement. If parties did not reach agreement, the order directed the parties to submit: (1) a single, joint status report articulating those issues on which the parties agree and the parties' separate positions on matters on which they disagree; and (2) proposed judgments, clearly identifying language on which the parties agree and disagree. The 30 day deadline set by the order will run on October 31, 2011.

3. Since the Court's order, the parties have participated in discussions regarding a schedule for simultaneous NEPA and ESA compliance on remand, but have not yet reached agreement. However, these parties would like to continue these discussions, and agree they need more time than the 30 days previously allowed to complete discussions and potentially reach agreement.

Good cause exists for granting the parties more time to discuss and potentially reach agreement on a process and schedule for completion of the remand, and the parties respectfully request that the deadline previously set by this Court be modified as shown below.

## STIPULATION

Plaintiffs San Luis & Delta-Mendota Water Authority, Westlands Water District, State Water Contractors, Metropolitan Water District of Southern California, Coalition for a Sustainable Delta, and Kern County Water Agency ("Plaintiffs"), Oakdale Irrigation District, South San Joaquin Irrigation District, and Stockton East Water District ("Stanislaus River Plaintiffs"), Plaintiff-Intervenor California Department of Water Resources ("DWR"), Federal Defendants, and Defendant-Intervenors Natural Resources Defense Council, California Trout, Friends of the River, Northern California Council of the Federation of Fly Fishers, Pacific Coast Federation of Fishermen's Associations / Institute for Fisheries Resources, Sacramento River Preservation Trust, San Francisco Baykeeper, The Bay Institute, and Winnemem Wintu Tribe, by and through their respective counsel, hereby stipulate and agree as follows:

1. The October 31, 2011 deadline in the Court's previous order (Doc. 642), should be vacated to allow for further discussions between now and December 2, 2011.

2. The parties will continue discussions between now and December 2 regarding a schedule for NEPA and ESA compliance on remand.

3. If there is not agreement by December 2, 2011 among all parties regarding these items, then the parties will submit to the Court: (1) a single, joint status report regarding a schedule for completing NEPA and ESA compliance on remand articulating those issues on which the parties agree and the parties' separate positions regarding matters on which they disagree; and (2) proposed judgments, clearly identifying language on which the parties agree and disagree.

**SO STIPULATED.**

Dated:  October 31, 2011          NOSSAMAN LLP


                         By    /s/ Paul S. Weiland_____
                               PAUL S. WEILAND
                               AUDREY HUANG

-3-

```
                                    Attorneys for Plaintiffs KERN COUNTY WATER
                                    AGENCY and COALITION FOR A
                                    SUSTAINABLE DELTA
```

Dated: October 31, 2011        H. CRAIG MANSON
                               Westlands Water District
                               DIEPENBROCK HARRISON
                               A Professional Corporation
                               KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                               A Professional Corporation


                               By   /s/ Daniel J. O'Hanlon
                                    DANIEL J. O'HANLON
                                    EILEEN M. DIEPENBROCK
                                    Attorneys for Plaintiffs SAN LUIS & DELTA-
                                    MENDOTA WATER AUTHORITY and
                                    WESTLANDS WATER DISTRICT

Dated: October 31, 2011        BROWNSTEIN HYATT FARBER SCHRECK LLP


                               By   /s/ Steven O. Sims
                                    STEVEN O. SIMS
                                    MICHELLE C. KALES
                                    Attorneys for Plaintiffs WESTLANDS WATER
                                    DISTRICT

Dated: October 31, 2011        BEST BEST & KRIEGER, LLP


                               By   /s/ Gregory K. Wilkinson
                                    GREGORY K. WILKINSON
                                    STEVEN M. ANDERSON
                                    Attorneys for Plaintiff STATE WATER
                                    CONTRACTORS

Dated: October 31, 2011        MORRISON & FOERSTER, LLP


                               By   /s/ Christopher J. Carr
                                    CHRISTOPHER J. CARR
                                    WILLIAM M. SLOAN
                                    Attorneys for Plaintiff METROPOLITAN WATER
                                    DISTRICT OF SOUTHERN CALIFORNIA

-4-

Dated: October 31, 2011          HERUM CRABTREE


                                 By    /s/ Jennifer L. Spaletta_____
                                       JENNIFER L. SPALETTA
                                       Attorneys for Plaintiff
                                       STOCKTON EAST WATER DISTRICT


Dated: October 31, 2011          O'LAUGHLIN & PARIS LLP


                                 By    /s/ William C. Paris_____
                                       WILLIAM C. PARIS III
                                       Attorneys for Plaintiffs
                                       OAKDALE IRRIGATION DISTRICT and SOUTH
                                       SAN JOAQUIN IRRIGATION DISTRICT


Dated: October 31, 2011          KAMALA D. HARRIS
                                 Attorney General of the State of California


                                 By    /s/ Clifford T. Lee_____
                                       CLIFFORD T. LEE
                                       CECILIA L. DENNIS
                                       ALLISON GOLDSMITH
                                       Deputies Attorney General
                                       Attorneys for Plaintiff in Intervention
                                       CALIFORNIA DEPARTMENT OF WATER
                                       RESOURCES


Dated: October 31, 2011          IGNACIA S. MORENO, Assistant Attorney General
                                 United States Department of Justice
                                 Environment & Natural Resources Division
                                 SETH M. BARSKY, Section Chief


                                 By    /s/ Bridget Kennedy McNeil_____
                                       BRIDGET KENNEDY McNEIL, Trial Attorney
                                       Wildlife and Marine Resources Section
                                       Attorneys for FEDERAL DEFENDANTS

Joint Stipulation and Order Regarding Schedule for Completion of Remand

Dated:  October 31, 2011             NATURAL RESOURCES DEFENSE COUNCIL


By    /s/ Katherine S. Poole_____
    KATHERINE S. POOLE
    DOUG OBEGI
    Attorneys for Defendant-Intervenor NATURAL
    RESOURCES DEFENSE COUNSEL

Dated:  October 31, 2011             EARTHJUSTICE


By    /s/ Erin M. Tobin_____
    MICHAEL R. SHERWOOD
    ERIN M. TOBIN
    Attorneys for Defendant-Intervenors CALIFORNIA
    TROUT, FRIENDS OF THE RIVER, NATURAL
    RESOURCES DEFENSE COUNCIL, NORTHERN
    CALIFORNIA COUNCIL OF THE FEDERATION
    OF FLY FISHERS, PACIFIC COAST
    FEDERATION OF FISHERMEN'S
    ASSOCIATIONS/INSTITUTE FOR FISHERIES
    RESOURCES, SACRAMENTO RIVER
    PRESERVATION TRUST, SAN FRANCISCO
    BAYKEEPER, THE BAY INSTITUTE,
    WINNEMEM WINTU TRIBE

## ORDER

Good cause appearing, and based on the stipulation of the parties, the court hereby orders as follows:

1. The October 31, 2011 deadline in the Court's previous order (Doc. 642) is vacated.

2. The parties shall continue to endeavor to develop a mutually agreeable schedule that achieves simultaneous ESA and NEPA compliance on remand. If the parties reach agreement by December 2, 2011, then the parties shall submit a proposed form of Judgment to the Court by December 2, 2011.

3. If there is not agreement by December 2, 2011 among all parties then the parties shall by December 2, 2011 submit to the Court: (1) a single, joint status report regarding a schedule for completing NEPA and ESA compliance on remand and articulating those issues on which the parties agree and the parties' separate positions regarding matters on which they disagree; and (2) proposed judgments, clearly identifying language on which the parties agree and disagree.

IT IS SO ORDERED.

Dated:   **November 1, 2011**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

Joint Stipulation and Order Regarding Schedule for Completion of Remand