IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Section Chief
BRIDGET KENNEDY McNEIL, Trial Attorney (CO State Bar 34299)
BRADLEY H. OLIPHANT, Trial Attorney (CA State Bar 216468)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D. St. NW, Third Floor
Washington, D.C.  20004
Ph:  202-305-0500/ Fax:  202-305-0275
bradley.oliphant@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney (Co. Bar No. 30929)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 I St., Suite 9-700
Sacramento, CA  95814
Ph: 916-930-2207/Fax:  916-930-2010

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMONID CASES | LEAD CASE NO: 1:09-cv-1053-OWW-DLB  Consolidated Cases: |
| STOCKTON EAST WATER DISTRICT v. NOAA, *et al.* | 1:09-cv-01090-OWW-DLB  1:09-cv-01378-OWW-DLB  1:09-cv-01520-OWW-DLB  1:09-cv-01580-OWW-DLB |
| STATE WATER CONTRACTORS v. LOCKE, *et al.* | 1:09-cv-01625-OWW-SMS |
| KERN COUNTY WATER AGENCY, *et al.* v. U.S. DEPARTMENT OF COMMERCE, *et al.* | **FEDERAL DEFENDANTS' NOTICE OF APPEAL**  **and** |
| OAKDALE IRRIGATION DISTRICT, *et al.* v. U.S. DEPARTMENT OF COMMERCE, *et al.* | **REPRESENTATION STATEMENT** |
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES SERVICE, *et al.* | |

# NOTICE OF APPEAL

Notice is hereby given that all Federal Defendants in the above named case, namely, Federal Defendants Eric C. Schwaab, Assistant Administrator for Fisheries, National Marine Fisheries Service, National Oceanic and Atmospheric Administration; Michael L. Connor as Commissioner of the United States Bureau of Reclamation, United States Department of Interior; Donald R. Glaser as Director of the United States Bureau of Reclamation, Mid-Pacific Region, United States Department of the Interior; John Bryson as Secretary of the United States Department of Commerce; Jane Lubchenco, NOAA Administrator; Rodney R. McInnis as Administrator, Southwest Region, National Marine Fisheries Service, National Oceanic and Atmospheric Administration; National Marine Fisheries Service, National Oceanic and Atmospheric Administration; Ken Salazar, Secretary, U.S. Department of the Interior; United States Department of Commerce; United States Department of the Interior; and United States Bureau of Reclamation, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Final Judgment filed December 12, 2011 (Doc. 655), and all interlocutory orders and decisions contributing to that final judgment, including, but not limited to, Docket Nos. 266 (March 5, 2010), 288 (March 18, 2010), 347 (May 18, 2010), 373 (May 27, 2010), 633 (September 20, 2011), and 643 (September 29, 2011).

Respectfully submitted this 10th day of February, 2012.

IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Section Chief

_/s/ Bradley H. Oliphant_
BRADLEY H. OLIPHANT, Trial Attorney
BRIDGET KENNEDY McNEIL, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D. St. NW, Third Floor
Washington, D.C.  20004
Ph:  202-305-0500/ Fax:  202-305-0275
bradley.oliphant@usdoj.gov

WILLIAM J. SHAPIRO, Trial Attorney United States Department of Justice

1
2
3
4

Environment & Natural Resources Division
Natural Resources Section
501 I St., Suite 9-700
Sacramento, CA 95814
Ph: 916-930-2207/Fax: 916-930-2010
william.shapiro@usdoj.gov

5

Attorneys for Federal Defendants

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FED. DEFS' NOTICE OF APPEAL & REP. STMT.
NO. 1:09-CV-1053-OWW-DLB

2

# REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b), as modified by Circuit Rule 3-2, Federal Defendants/Appellants state that the parties are represented by counsel whose names, addresses, telephone numbers and facsimile numbers appear below:

Federal Defendants Eric C. Schwaab, Assistant Administrator for Fisheries, National Marine Fisheries Service, National Oceanic and Atmospheric Administration; Michael L. Connor as Commissioner of the United States Bureau of Reclamation, United States Department of Interior; Donald R. Glaser as Director of the United States Bureau of Reclamation, Mid-Pacific Region, United States Department of the Interior; John Bryson as Secretary of the United States Department of Commerce; Jane Lubchenco, NOAA Administrator; Rodney R. McInnis as Administrator, Southwest Region, National Marine Fisheries Service, National Oceanic and Atmospheric Administration; National Marine Fisheries Service, National Oceanic and Atmospheric Administration; Ken Salazar, Secretary, U.S. Department of the Interior; United States Department of Commerce; United States Department of the Interior; and United States Bureau of Reclamation are represented by:

**Andrew Mergen**
andy.mergen@usdoj.gov
**Ellen J. Durkee**
ellen.durkee@usdoj.gov
U.S. Department of Justice
Environment & Natural Resources Division
Appellate Section
P.O. Box 23795, L'Enfant Plaza Station
Washington, DC  20026
Tel:  (202) 514-4426

**Bradley H. Oliphant**
bradley.oliphant@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044
202-305-0500 / 202-305-0275 (fax)

**Bridget Kennedy McNeil**

1  bridget.mcneil@usdoj.gov
United States Department of Justice
2  Environment & Natural Resources Division
Wildlife & Marine Resources
3  1961 Stout St., 8th Floor
Denver, CO 80294
4  303-844-1484 / 303-844-1350 (fax)
5
**William James Shapiro**
6  william.shapiro@usdoj.gov
**Charles Ray Shockey**
7  charles.shockey@usdoj.gov
United States Department of Justice
8  501 I Street, Suite 9-700
Sacramento, CA 95814
9  916-930-2207 / 916-930-2010 (fax)
10

11
Defendant-Intervenors/Appellants Pacific Coast Federation of Fishermen's Associations/
12
Institute for Fisheries Research, The Bay Institute, California Trout, Friends of the River, Natural
13
Resources Defense Council, Northern California Council of the Federation of Fly Fishers, San
14
Francisco Baykeeper, Sacramento River Preservation Trust, and the Winnemem Wintu Tribe are
15
represented by:
16

17  **Michael R. Sherwood**
msherwood@earthjustice.org
18  **Erin M. Tobin**
etobin@earthjustice.org
19  Earthjustice
426 17th Street, 5th Floor
20  Oakland, CA 94612
Tel: 415-217-2000 / Fax: 415-217-2040
21

22
Defendant-Intervenor/Appellant Natural Resources Defense Council is represented by:
23

24  **Katherine S. Poole**
kpoole@nrdc.org
25  **Doug Obegi**
dobegi@nrdc.org
26
Natural Resources Defense Council
27  111 Sutter Street, 20th Floor
San Francisco, CA 94104
28  Tel: 415-875-6100 / Fax: 415-875-6161

Plaintiff Coalition for a Sustainable Delta is represented by:

**Robert D. Thornton**
rthornton@nossaman.com
**Audrey M. Huang**
ahuang@nossaman.com
**Paul S. Weiland**
pweiland@nossaman.com

Nossaman LLP
18101 Von Karman, #1800
Irvine, CA 92612
949-833-7800 / 949-833-7878 (fax)

Plaintiff Kern County Water Agency is represented by:

**Robert D. Thornton**
rthornton@nossaman.com
**Audrey M. Huang**
ahuang@nossaman.com
**Paul S. Weiland**
pweiland@nossaman.com
Nossaman LLP
18101 Von Karman, #1800
Irvine, CA 92612
949-833-7800 / 949-833-7878 (fax)

**Amelia Minaberrigarai**
ameliam@kcwa.com
Kern County Water Agency
P.O. Box 58
Bakersfield, CA 93302
661-634-1400

Plaintiff Metropolitan Water District of Southern California is represented by:

**Linus Serafeim Masouredis**
LMasouredis@mwdh2o.com
Metropolitan Water District of Southern California
1121 L Street, Suite 900
Sacramento, CA 95814-3974
916-650-2670 / 916-576-5313 (fax)

FED. DEFS' NOTICE OF APPEAL & REP. STMT.
NO. 1:09-CV-1053-OWW-DLB

5

**Christopher J. Carr**
ccarr@mofo.com
**William M. Sloan**
wsloan@mofo.com
**Edgar B Washburn**
ewashburn@mofo.com
Morrison and Foerster LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105
415-268-7000 / 415-268-7522 (fax)


Plaintiff Oakdale Irrigation District is represented by:


**Tim P. O'Laughlin**
tbrooks@olaughlinparis.com
O'laughlin & Paris, LLP
P.O. Box 9259
Chico, CA 95927
530-899-9755 / 530-899-1367 (fax)

**William C Paris, III**
bparis@olaughlinparis.com
O'Laughlin & Paris LLP
2571 California Park Drive, Suite 210
Chico, CA 95928
530-899-9755 / 530-899-1367 (fax)


Plaintiff San Luis & Delta-Mendota Water Authority is represented by:


**David A. Diepenbrock**
ddiepenbrock@diepenbrock.com
**Eileen M. Diepenbrock**
emd@diepenbrock.com
**Jonathan R. Marz**
jmarz@diepenbrock.com
**Jon David Rubin**
jrubin@diepenbrock.com
Diepenbrock Harrison
400 Capitol Mall, Suite 1800
Sacramento, CA 95814
916-492-5000 / 916-446-4535 (fax)

**Daniel Joseph O'Hanlon**
dohanlon@kmtg.com

FED. DEFS' NOTICE OF APPEAL & REP. STMT.
NO. 1:09-CV-1053-OWW-DLB

6

**Hanspeter Walter**
hwalter@kmtg.com
**Rebecca Dell Sheehan**
bsheehan@kmtg.com
**Rebecca Rose Ackroyd**
rackroyd@kmtg.com
**K. Eric Adair**
eadair@kmtg.com
Kronick, Moskovitz, Tiedemann & Girard
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
916-321-4500 / 916-321-4555 (fax)


Plaintiff South San Joaquin Irrigation District is represented by:


**Tim P O'Laughlin**
tbrooks@olaughlinparis.com
**William C Paris, III**
bparis@olaughlinparis.com
O'laughlin & Paris, LLP
P.O. Box 9259
Chico, CA 95927
530-899-9755 / 530-899-1367 (fax)

**Jennifer L. Spaletta**
jspaletta@herumcrabtree.com
Herum Crabtree
5757 Pacific Avenue, Ste. 222
Stockton, CA 95207
209-472-7700 / 209-472-7986 (fax)


Plaintiff State Water Contractors are represented by:


**Steven M. Anderson**
steve.anderson@bbklaw.com
**Gregory K Wilkinson**
Gregory.Wilkinson@bbklaw.com
**Paeter E. Garcia**
paeter.garcia@bbklaw.com
**Melissa R. Cushman**
melissa.cushman@bbklaw.com
Best Best & Krieger, LLP
3750 University Avenue, Suite 400
Riverside, CA 92501

FED. DEFS' NOTICE OF APPEAL & REP. STMT.
NO. 1:09-CV-1053-OWW-DLB

7

1 | 951-686-1450 / 951-686-3083 (fax)

2 | Plaintiff Stockton East Water District is represented by:

**Alexis Keane Galbraith**
agalbraith@herumcrabtree.com
**Karna E. Harrigfeld**
kharrigfeld@herumcrabtree.com
**Jennifer L. Spaletta**
jspaletta@herumcrabtree.com
**Jeanne M. Zolezzi**
jzolezzi@herumcrabtree.com
Herum Crabtree
5757 Pacific Avenue, Ste. 222
Stockton, CA 95207
209-472-7700 / 209-472-7986 (fax)

Plaintiff Westlands Water District is represented by:

**Harold Craig Manson**
cmanson@westlandswater.org
Westlands Water District
3130 N. Fresno Street
Fresno, CA 93703
559-213-9976

**Daniel Joseph O'Hanlon**
dohanlon@kmtg.com
**Hanspeter Walter**
hwalter@kmtg.com
**Rebecca Rose Ackroyd**
rackroyd@kmtg.com
**K. Eric Adair**
eadair@kmtg.com
Kronick, Moskovitz, Tiedemann & Girard
400 Capitol Mall, 27th Floor
Sacramento, CA 95814-4416
916-321-4500 / 916-321-4555 (fax)

**David A. Diepenbrock**
ddiepenbrock@diepenbrock.com
**Eileen M. Diepenbrock**
emd@diepenbrock.com
**Jonathan R. Marz**
jmarz@diepenbrock.com

FED. DEFS' NOTICE OF APPEAL & REP. STMT.
NO. 1:09-CV-1053-OWW-DLB

8

**Jon David Rubin**
jrubin@diepenbrock.com
Diepenbrock Harrison
400 Capitol Mall. Suite 1800
Sacramento, CA 95814
916-492-5000 / 916-446-4535 (fax)

**Martha F. Bauer**
mbauer@bhfs.com
**Michelle C. Kales**
mkales@bhfs.com
**Mark J. Mathews**
mmathews@bhfs.com
**Steve O. Sims**
ssims@bhfs.com
**Charles Wesley Strickland**
wstrickland@bhfs.com
**Geoffrey M. Williamson**
gwilliamson@bhfs.com
Brownstein Hyatt Farber Schreck LLP
410 17th Street
22nd Floor
Denver, CO 80202-4437
303-223-1100 / 303-223-1111 (fax)

Plaintiff-Intervenor California Department of Water Resources is represented by:

**Daniel S Harris**
daniel.harris@doj.ca.gov
**Clifford Thomas Lee**
Cliff.Lee@doj.ca.gov
**Michael M. Edson**
michael.edson@doj.ca.gov
**Cecilia Louise Dennis**
cecilia.dennis@doj.ca.gov
**Allison Ernestine Goldsmith**
allison.goldsmith@doj.ca.gov
Office Of The Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-703-5500 / 415-703-5480 (fax)

**Kathleen A. Meehan**
kathleen.meehan@doj.ca.gov
Office Of The Attorney General

2550 Mariposa Mall, Rm. 5090
Fresno, CA 93721
559-477-1679 / 559-455-5106 (fax)

Amici Curiae Arroyo Farms, LLC, City of Coalinga, King Pistachio Grove, Perez Farms, Stewart & Jasper Orchards, and Pacific Legal Foundation are represented by:

**M. Reed Hopper**
mrh@pacificlegal.org
**Brandon Murray Middleton**
bmm@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
916-419-7111 / 916-419-7747 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2012, I filed a true and correct copy of the foregoing document with the Court's CM/ECF system, which will generate a Notice of Filing on the following:

Alexis Keane Galbraith   agalbraith@herumcrabtree.com, alexis.galbraith@gmail.com

Allison Ernestine Goldsmith   allison.goldsmith@doj.ca.gov

Amelia Minaberrigarai   ameliam@kcwa.com

Audrey M. Huang   ahuang@nossaman.com, sdrysdale@nossaman.com

Brandon Murray Middleton   bmm@pacificlegal.org, incominglit@pacificlegal.org, lew@pacificlegal.org

Cecilia Louise Dennis cecilia.dennis@doj.ca.gov

Charles Wesley Strickland   wstrickland@bhfs.com

Christopher J. Carr   ccarr@mofo.com, jdoctor@mofo.com

Clifford Thomas Lee   Cliff.Lee@doj.ca.gov, inez.crawford@doj.ca.gov

Daniel Joseph O'Hanlon   dohanlon@kmtg.com, calendar8@kmtg.com, dgentry@kmtg.com

Daniel S Harris   daniel.harris@doj.ca.gov, jake.fernandez@doj.ca.gov

David A. Diepenbrock   ddiepenbrock@diepenbrock.com

Doug Andrew Obegi   dobegi@nrdc.org, andygupta@nrdc.org

Edgar B Washburn   amcafee@mofo.com, cberte@mofo.com, ewashburn@mofo.com

Eileen M. Diepenbrock   emd@diepenbrock.com, gcastro@diepenbrock.com, lbauer@diepenbrock.com, skh@diepenbrock.com

Erin Marie Tobin   etobin@earthjustice.org, jbaird@earthjustice.org, jwall@earthjustice.org

Geoffrey M. Williamson   gwilliamson@bhfs.com

Gregory K Wilkinson   Gregory.Wilkinson@bbklaw.com, Barbara.Stroud@bbklaw.com, Linda.Peabody@bbklaw.com

Hanspeter Walter   hwalter@kmtg.com, dgentry@kmtg.com, smorris@kmtg.com

Harold Craig Manson   cmanson@westlandswater.org

Jeanne M. Zolezzi   jzolezzi@herumcrabtree.com, mdalrymple@herumcrabtree.com

Jennifer L. Spaletta   jspaletta@herumcrabtree.com, jhassell@herumcrabtree.com

FED. DEFS' NOTICE OF APPEAL & REP. STMT.
NO. 1:09-CV-1053-OWW-DLB

11

Jon David Rubin    jrubin@diepenbrock.com, jonishi@diepenbrock.com

Jonathan R. Marz    jmarz@diepenbrock.com, sphillips@diepenbrock.com

K. Eric Adair eadair@kmtg.com

Karna E. Harrigfeld    kharrigfeld@herumcrabtree.com

Katherine Scott Poole    kpoole@nrdc.org, amacaux@nrdc.org, andygupta@nrdc.org, dobegi@nrdc.org

Kathleen A. Meehan    kathleen.meehan@doj.ca.gov

Linus Serafeim Masouredis    LMasouredis@mwdh2o.com, tkirkland@mwdh2o.com

M. Reed Hopper    mrh@pacificlegal.org, incominglit@pacificlegal.org

Mark J. Mathews    mmathews@bhfs.com

Martha F. Bauer    mbauer@bhfs.com

Michael M Edson    louise.denish@doj.ca.gov, michael.edson@doj.ca.gov

Michael Ramsey Sherwood    msherwood@earthjustice.org, jwall@earthjustice.org

Michelle C. Kales    mkales@bhfs.com

Paul S. Weiland    pweiland@nossaman.com, sdrysdale@nossaman.com

Steven M. Anderson    steve.anderson@bbklaw.com, lynda.kocis@bbklaw.com

mailto:t.birmingham@sbcglobal.net

Steve O. Sims    ssims@bhfs.com

Tim P O'Laughlin    cchaplin@olaughlinparis.com, towater@olaughlinparis.com

William C Paris , III    bparis@olaughlinandparis.com

William M. Sloan    wsloan@mofo.com

                                                            */s/ Bradley H. Oliphant*