1 | **COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | CASE NOS. |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1053) | 1:09-cv-1053-LJO-DLB<br>1:09-cv-1090-LJO-DLB<br>1:09-cv-1378-LJO-DLB<br>1:09-cv-1520-LJO-DLB<br>1:09-cv-1580-LJO-DLB<br>1:09-cv-1625-LJO-SMS |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | **STIPULATION AND ORDER RE MOTION FOR ATTORNEYS' FEES AND/OR COSTS**<br><br>Judge: Honorable Lawrence J. O'Neill |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1580) | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625) | |

**RECITALS**

A. On December 12, 2011, the Court entered its "Final Judgment (Including Schedule for Remand)" (Doc. 655) ("Final Judgment") in the above-captioned *Consolidated Salmon Cases*. Paragraph (B) of the Final Judgment provides as follows:

> "The parties shall meet and confer regarding any request by Plaintiffs, or any of them, and/or DWR for recovery of attorneys' fees and/or costs.  Any motion for recovery of attorneys' fees and/or costs shall be filed on or before March 1, 2012."

(Final Judgment at 3:11-13.) The Final Judgment remains in effect except as modified by this stipulation and [proposed] order.

B. On January 19, 2012, the Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Research, The Bay Institute, California Trout, Friends of the River, Natural Resources Defense Council, Northern California Council of the Federation of Fly Fishers, San Francisco Baykeeper, Sacramento River Preservation Trust, and the Winnemem Wintu Tribe, Defendant-Intervenors in the above-captioned *Consolidated Salmon Cases*, appealed to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered in the action, and all interlocutory orders and decisions contributing to that Final Judgment. (Doc. 661.) On February 10, 2012, Federal Defendants James W. Balsiger, Michael L. Connor, Donald R. Glaser, Gary Locke, Jane Lubchenco, Rodney R. McInnis, National Marine Fisheries Service, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, National Oceanic and Atmospheric Administration, Ken Salazar, Lester Snow, United States Bureau of Reclamation, United States Department of Commerce, United States Department of the Interior filed a notice of appeal (Doc. 676). On February 9, 2012, notices of cross-appeal were filed by Plaintiffs San Luis & Delta-Mendota Water Authority and Westlands Water District (Doc. 667), State Water Contractors (Doc. 669), Coalition for a Sustainable Delta and Kern County Water Agency (Doc. 671), and Metropolitan Water District of Southern California (Doc. 672).

/ / /

C. The parties, by and through their respective counsel of record, as identified below, have met and conferred and hereby seek to continue the deadline for any motion for recovery of attorneys' fees and/or costs.

## STIPULATION

The parties hereby stipulate as follows regarding any motion for recovery of attorneys' fees and/or costs:

1. Plaintiffs San Luis & Delta-Mendota Water Authority, Westlands Water District, State Water Contractors, Metropolitan Water District of Southern California, Coalition for a Sustainable Delta, Kern County Water Agency, Stockton East Water District, Oakdale Irrigation District, and South San Joaquin Irrigation District ("Plaintiffs"), or any of them, and/or Plaintiff-Intervenor California Department of Water Resources ("DWR") shall be entitled to file any motion for recovery of attorneys' fees and/or costs ("Fee Motion") beyond the date specified in paragraph (B) of the Final Judgment.

2. Any Fee Motion shall be filed by Plaintiffs, or by any of them, and/or by DWR no later than 90 days following the entry of a final order disposing of all appeals and cross-appeals in the above-captioned *Consolidated Salmon Cases*.

Dated: February 21, 2012      H. CRAIG MANSON
                              Westlands Water District
                              DIEPENBROCK ELKIN, LLP
                              A Professional Corporation
                              KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                              A Professional Corporation


                              By    */s/  [Daniel J. O'Hanlon]*
                                    DANIEL J. O'HANLON
                                    EILEEN M. DIEPENBROCK
                                    Attorneys for Plaintiffs SAN LUIS & DELTA-
                                    MENDOTA WATER AUTHORITY and
                                    WESTLANDS WATER DISTRICT

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

992407.1

-3-

**STIPULATION AND [PROPOSED] ORDER RE MOTION FOR ATTORNEYS' FEES AND/OR COSTS**

| | | |
|---|---|---|
| Dated: February 21, 2012 | | BROWNSTEIN HYATT FARBER SCHRECK LLP |

By    */s/ [Steven O. Sims]*
STEVEN O. SIMS
MICHELLE C. KALES
Attorneys for Plaintiffs WESTLANDS WATER DISTRICT

Dated: February 21, 2012    BEST BEST & KRIEGER, LLP

By    */s/ [Gregory K. Wilkinson]*
GREGORY K. WILKINSON
STEVEN M. ANDERSON
Attorneys for Plaintiff STATE WATER CONTRACTORS

Dated: February 21, 2012    MORRISON & FOERSTER, LLP

By    */s/ [Christopher J. Carr]*
CHRISTOPHER J. CARR
WILLIAM M. SLOAN
Attorneys for Plaintiff METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA

Dated: February 21, 2012    NOSSAMAN LLP

By    */s/ [Paul S. Weiland]*
PAUL S. WEILAND
AUDREY HUANG
Attorneys for Plaintiffs KERN COUNTY WATER AGENCY and COALITION FOR A SUSTAINABLE DELTA

Dated: February 21, 2012    HERUM CRABTREE

By    */s/ [Jennifer L. Spaletta]*
JENNIFER L. SPALETTA
Attorneys for Plaintiff
STOCKTON EAST WATER DISTRICT

Dated:  February 21, 2012			O'LAUGHLIN & PARIS LLP


						By   _/s/ [William C. Paris III]_____
						      WILLIAM C. PARIS III
						      Attorneys for Plaintiffs
						      OAKDALE IRRIGATION DISTRICT and SOUTH
						      SAN JOAQUIN IRRIGATION DISTRICT


Dated:  February 21, 2012			KAMALA D. HARRIS
						Attorney General of the State of California


						By   _/s/ [Clifford T. Lee]_____
						      CLIFFORD T. LEE
						      CECILIA L. DENNIS
						      ALLISON GOLDSMITH
						      Deputies Attorney General
						      Attorneys for Plaintiff in Intervention
						      CALIFORNIA DEPARTMENT OF WATER
						      RESOURCES


Dated:  February 21, 2012			IGNACIA S. MORENO, Assistant Attorney General
						United States Department of Justice
						Environment & Natural Resources Division
						SETH M. BARSKY, Section Chief


						By   _/s/ [Bridget Kennedy McNeil]_____
						      BRIDGET KENNEDY McNEIL, Trial Attorney
						      Wildlife and Marine Resources Section
						      Attorneys for FEDERAL DEFENDANTS


Dated:  February 21, 2012			NATURAL RESOURCES DEFENSE COUNCIL


						By   _/s/ [Katherine S. Poole]_____
						      KATHERINE S. POOLE
						      DOUG OBEGI
						      Attorneys for Defendant-Intervenor NATURAL
						      RESOURCES DEFENSE COUNSEL

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

992407.1

-5-

**STIPULATION AND [PROPOSED] ORDER RE MOTION FOR ATTORNEYS' FEES AND/OR COSTS**

Dated: February 21, 2012            EARTHJUSTICE


By  _/s/ [Michael R. Sherwood]_____
MICHAEL R. SHERWOOD
ERIN M. TOBIN
Attorneys for Defendant-Intervenors CALIFORNIA TROUT, FRIENDS OF THE RIVER, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN CALIFORNIA COUNCIL OF THE FEDERATION OF FLY FISHERS, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, SACRAMENTO RIVER PRESERVATION TRUST, SAN FRANCISCO BAYKEEPER, THE BAY INSTITUTE, WINNEMEM WINTU TRIBE

IT IS SO ORDERED.

Dated:  **February 21, 2012**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE