1  COUNSEL IDENTIFICATION ON FOLLOWING PAGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | CASE NOS. |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY. F. LOCKE, et al. (Case No. 1:09-cv-1053), | 1:09-cv-1053-LJO-BAM<br>1:09-cv-1090-LJO-DLB<br>1:09-cv-1378-LJO-DLB<br>1:09-cv-1520-LJO-DLB |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090), | 1:09-cv-1580-LJO-DLB<br>1:09-cv-1625-LJO-DLB |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | **JOINT STIPULATION AND ORDER REGARDING MOTIONS FOR ATTORNEYS' FEES AND OTHER EXPENSES** |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | Judge:   Hon. Lawrence J. O'Neill |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1580), | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625), | |

# IDENTIFICATION OF COUNSEL

| | |
|---|---|
| DANIEL J. O'HANLON (SBN 122380)<br>HANSPETER WALTER (SBN 244847)<br>REBECCA R. AKROYD (SBN 267305)<br>ELIZABETH L. LEEPER (SBN 280451)<br>KRONICK, MOSKOVITZ, TIEDEMANN<br>& GIRARD<br>400 Capitol Mall, 27th Floor<br>Sacramento, CA 95814<br>Telephone:     (916) 321-4500<br>Facsimile:      (916) 321-4555<br><br>EILEEN M. DIEPENBROCK (SBN 119254)<br>DAVID A. DIEPENBROCK (SBN 215679)<br>JONATHAN R. MARZ (SBN 221188)<br>DIEPENBROCK ELKIN, LLP<br>500 Capitol Mall, Suite 2200<br>Sacramento, CA 95814<br>Telephone:     (916) 492-5000<br>Facsimile:      (916) 446-2640<br><br>Attorneys for Plaintiffs<br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY | BRADLEY H. OLIPHANT (SBN 216468)<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Wildlife and Marine Resources Section<br>999 18th St., South Terrace, Ste. 370<br>Denver, CO  80211<br>Telephone:  (303) 844-1381<br>Facsimile:  (303) 844-1350<br><br>WILLIAM J. SHAPIRO (CO State Bar 030929)<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I Street, Ste. 9-700<br>Sacramento, CA 95814<br>Telephone:  (916) 930-2207<br>Facsimile:  (916) 930-2010<br><br>Attorneys for FEDERAL DEFENDANTS |
| STEVEN M. ANDERSON (SBN 186700)<br>STEVEN G. MARTIN (SBN 263394)<br>BEST BEST & KRIEGER LLP<br>3390 University Avenue, 5th Floor<br>P. O. Box 1028<br>Riverside, CA 92502<br>Telephone: (951) 686-1450<br>Facsimile: (951) 686-3083<br><br>Attorneys for Plaintiff<br>STATE WATER CONTRACTORS | WILLIAM C. PARIS, III (SBN 168712)<br>TIMOTHY P. O'LAUGHLIN (SBN 116807)<br>O'LAUGHLIN & PARIS LLP<br>P.O. Box 9259<br>Chico, CA 95927<br>Telephone:  (530) 899-9755<br>Facsimile:  (530) 899-1367<br><br>Attorneys for Plaintiffs<br>OAKDALE IRRIGATION DISTRICT and<br>SOUTH SAN JOAQUIN IRRIGATION DISTRICT |
| KARNA E. HARRIGFELD (SBN 162824)<br>JEANNE M. ZOLEZZI (SBN 121282)<br>ALEXIS KEANE STEVENS (SBN 260756)<br>HERUM\CRABTREE\SUNTAG<br>5757 Pacific Avenue, Suite 222<br>Stockton, CA 95207<br>Telephone:  (209) 472-7700<br>Facsimile: (209) 472-7986<br><br>Attorneys for Plaintiff<br>STOCKTON EAST WATER DISTRICT | |

To facilitate settlement discussions regarding claims for attorneys' fees and other expenses in this case by Plaintiffs San Luis & Delta-Mendota Water Authority, State Water Contractors, Stockton East Water District, Oakdale Irrigation District, and South San Joaquin Irrigation District (collectively, "Plaintiffs"), the Plaintiffs and Defendants Sally Jewell, Secretary of Interior, et al. ("Federal Defendants") jointly move this Court to stay briefing on the Plaintiffs' motions for recovery of attorneys' fees and other expenses for 180 days.  In support of this motion, the Plaintiffs and Federal Defendants stipulate as follows:

1. The Court entered Final Judgment in this consolidated action on December 12, 2011.  Doc. 655.  The Final Judgment ordered that the parties "meet and confer regarding any request by Plaintiffs, or any of them, and/or DWR for recovery of attorneys' fees and/or costs.  Any motion for recovery of attorneys' fees and/or costs shall be filed on or before March 1, 2012."  *Id*.  On February 22, 2012 a Stipulation and Order Re Motion For Attorneys' Fees and/or Costs was filed, which extended the time for filing any motion for recovery of attorneys' fees and/or costs ("Fee Motion") beyond the date specified in the Final Judgment.  Doc. 688.  The Stipulation and Order provides that "[a]ny Fee Motion shall be filed by Plaintiffs, or by any of them, and/or by DWR no later than 90 days following the entry of a final order disposing of all appeals and cross-appeals in the above-captioned *Consolidated Salmon Cases*."  *Id*.  The Ninth Circuit Court of Appeals issued its opinion on the appeals and cross-appeal for the *Consolidated Salmon Cases* on December 22, 2014.  Doc. 761; *San Luis & Delta-Mendota Water Auth. v. Locke*, No. 12-15144, 2014 WL 7240003 (9th Cir. Dec. 22, 2014).

2. Concurrently with this joint motion and stipulation, the Plaintiffs have filed separate motions for recovery of attorneys' fees and other expenses for this litigation, under the Equal Access to Justice Act, 28 U.S.C. § 2412, based on the Plaintiffs' successful National Environmental Policy Act claims.  Discussions regarding the Plaintiffs' requests are ongoing, and the Plaintiffs and Federal Defendants seek additional time to attempt to settle the Plaintiffs' claims without unnecessarily burdening the Court.  The Plaintiffs and Federal Defendants agree that briefing and argument on the Plaintiffs' claims for fees and other expenses may be unnecessary in light of the parties' intent to attempt to settle the Plaintiffs' claims.

3. Accordingly, the Plaintiffs and Federal Defendants agree that further proceedings on the Plaintiffs' motions for recovery of fees and other expenses, including the filing of further memoranda and evidentiary and other materials supporting those motions, and any oppositions thereafter, should be stayed for 180 days to allow for settlement discussions.

4. At the conclusion of 180 days, the Plaintiffs and Federal Defendants will apprise the Court of any settlement or further requested action, or jointly propose a briefing schedule to address the Plaintiffs' motions for fees and other expenses if there has been no complete settlement. That schedule will provide for the Plaintiffs to supplement their motions for recovery of attorneys' fees and other expenses with documentation of all time and expenses sought, including the additional time spent in seeking fees, opposition by the Federal Defendants, and reply by the Plaintiffs, with a hearing for each motion if the Court deems hearings necessary.

Based on the joint stipulation set forth above, the parties respectfully request that this Court stay briefing and argument on the Plaintiffs' concurrently filed motions for recovery of attorneys' fees and other expenses for 180 days from the date of the Court's order granting such stay, in the manner provided above.

Respectfully submitted this 19th day of March, 2015.

Dated: March 19, 2015

DIEPENBROCK ELKIN, LLP
A Professional Corporation
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By:     /s/ Daniel J. O'Hanlon
Daniel J. O'Hanlon
Eileen M. Diepenbrock
Attorneys for Plaintiffs,
SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT

| | |
|---|---|
| Dated:  March 19, 2015 | BEST BEST & KRIEGER, LLP |
| | By: _/s/ Steven M. Anderson_<br>Steven M. Anderson<br>Attorneys for Plaintiff,<br>STATE WATER CONTRACTORS |
| Dated:  March 19, 2015 | HERUM\CRABTREE\SUNTAG |
| | By: _/s/ Karna E. Harrigfeld_<br>Karna E. Harrigfeld<br>Attorneys for Plaintiff,<br>STOCKTON EAST WATER DISTRICT |
| Dated:  March 19, 2015 | O'LAUGHLIN & PARIS, LLP |
| | By: _/s/ William C. Paris, III_<br>William C. Paris, III<br>Attorneys for Plaintiffs,<br>OAKDALE IRRIGATION DISTRICT and<br>SOUTH SAN JOAQUIN IRRIGATION DISTRICT |
| Dated:  March 19, 2015 | U.S. DEPARTMENT OF JUSTICE<br>Environmental & Natural Resources Division |
| | By: _/s/ William Shapiro_<br>William Shapiro, Trial Attorney<br>Attorneys for FEDERAL DEFENDANTS |

**SO ORDERED**
**Dated: March 19, 2015**

　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　**United States District Judge**