STEVEN M. ANDERSON, Bar No. 186700
STEVEN G. MARTIN, Bar No. 263394
BEST BEST & KRIEGER LLP
3390 University Avenue, 5th Floor
P. O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Plaintiff
STATE WATER CONTRACTORS

BRADLEY H. OLIPHANT (SBN 216468)
UNITED STATES DEP'T OF JUSTICE
Wildlife and Marine Resources Section
999 18th St., South Terrace, Ste. 370
Denver, CO 80211
Telephone: (303) 844-1381
Facsimile: (303) 844-1350

WILLIAM J. SHAPIRO (CO SBN 030929)
UNITED STATES DEPARTMENT OF JUSTICE
501 I Street, Ste. 9-700
Sacramento, CA 95814
Telephone: (916) 930-2207
Facsimile: (916) 930-2010

Attorneys for FEDERAL DEFENDANTS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONSOLIDATED SALMONID CASES<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. LOCKE, et al. (Case No. 1:09-cv-1053)<br><br>STOCKTON EAST WATER DISTRICT, et al. v. NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, et al. (Case No. 1:09-cv-1090)<br><br>STATE WATER CONTRACTORS v. LOCKE, et al. (Case No. 1:09-cv-1378)<br><br>KERN COUNTY WATER AGENCY, et al. v. UNITED STATED DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520)<br><br>OAKDALE IRRIGATION DISTRICT, et al. v. UNITED STATES DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1580)<br><br>THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES SERVICE, et al. (Case No. 1:09-cv-1625) | Case No.<br>1:09-cv-01053-LJO-DLB<br><br>CONSOLIDATED WITH<br>1:09-cv-01090-OWW-DLB<br>1:09-cv-01378-OWW-SMS<br>1:09-cv-01520-OWW-SMS<br>1:09-cv-01580-OWW-DLB<br>1:09-cv-01625-OWW-SMS<br><br>**PLAINTIFF STATE WATER CONTACTORS' AND FEDERAL DEFENDANTS' JOINT STIPULATION AND ORDER EXTENDING STAY REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES**<br><br>Judge: Hon. Lawrence J. O'Neill<br>Date:<br>Time:<br>Courtroom: |

On March 19, 2015, to facilitate settlement discussions, this Court ordered a stay of the briefing related to the Plaintiff State Water Contractors' ("SWC") motion for an award of attorneys' fees and other expenses (Doc. 772) ("SWC Attorneys' Fees Motion") against Defendants Sally Jewell, Secretary of Interior, et al. ("Federal Defendants") for 180 days. Doc. 771. The Court also ordered the parties to apprise the Court by the end of the 180-day period regarding any settlement or further requested action. *Id*. On September 14, 2015, before the end of that 180-day period, the SWC and Federal Defendants informed the Court that an additional 14 days was necessary to complete pending settlement discussions. Doc. 776. The Court ordered a further stay of proceedings on the SWC Attorneys' Fees Motion until September 29, 2015, and required that the SWC and Federal Defendants apprise the Court by the end of the extension period of any settlement or further requested action. *Id*.

The SWC and Federal Defendants hereby inform the Court that these parties have now reached a recommended agreement in principle to settle the claims in the SWC Attorneys' Fees Motion, subject to review by the Department of Justice and the Department of Interior.

To allow these federal agencies adequate time to review the settlement in principle, the SWC and Federal Defendants jointly request that this Court grant a further extension of the stay of the SWC Attorneys' Fees Motion until December 15, 2015. For simplicity and consistency, this extension coincides with the deadline requested by Plaintiff San Luis & Delta-Mendota Water Authority for reviewing its settlement in principle with the Federal Defendants. *See* Doc. 777.

In support of this request, the SWC and Federal Defendants stipulate, as follows:

1. On March 20, 2015, the SWC filed a motion for an award of attorneys' fees and other expenses for this litigation. Doc. 772.

2. On March 19, 2015, the Court approved the parties' stipulation to stay further briefing and argument on the SWC Attorneys' Fees Motion until September 15, 2015, to allow for settlement discussions. Doc. 771. That order directed the parties to apprise the Court of any settlement or further requested action, or jointly propose a briefing schedule to address the SWC's motion for fees and other expenses if there was no settlement, upon expiration of the stay.

-1-

3. On September 14, 2015, the Court approved the SWC's and Federal Defendants' stipulation to further stay the briefing and argument on the SWC Attorneys' Fees Motion until September 29, 2015, to allow completion of pending settlement discussions. Doc. 776.

4. The SWC and Federal Defendants have reached a recommended agreement in principle to settle the SWC's claims in the SWC Attorneys' Fees Motion. Before any settlement can be concluded, the proposed settlement terms must be reviewed within and approved by the Department of Justice and the Department of Interior. If the recommended settlement agreement is eventually adopted, the SWC and Federal Defendants agree that further briefing and argument on the SWC Attorneys' Fees Motion, and a decision by this Court, will be unnecessary. A stay will therefore conserve the parties' and the Court's resources.

5. Based on the joint stipulation set forth above, the parties respectfully request that this Court extend the stay of briefing and argument on the SWC Attorneys' Fees Motion until December 15, 2015. By that date, the parties will either report that settlement has been completed and the SWC is withdrawing its motion for fees and expenses, or request other action by the Court in the absence of a completed settlement.

Respectfully submitted this 28th day of September 2015.

Dated: September 28, 2015        BEST BEST & KRIEGER LLP
                                 By:   /s/ Steven G. Martin
                                       Steven M. Anderson
                                       Steven G. Martin
                                       Attorneys for Plaintiff,
                                       STATE WATER CONTRACTORS

Dated: September 28, 2015        U.S. DEPARTMENT OF JUSTICE
                                 Environmental & Natural Resources Division
                                 By:   /s/ William Shapiro
                                       William Shapiro, Trial Attorney
                                       Attorneys for FEDERAL DEFENDANTS

**IT IS SO ORDERED**
**Dated: September 29, 2015**

                                       **/s/ Lawrence J. O'Neill**
                                       **United States District Judge**