FILED

OCT 30 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **The Consolidated Salmonid Cases** | **LEAD CASE NO.**<br>**1:09-cv-01053-LJO-DLB**<br><br>**CONSOLIDATED WITH:**<br>**1:09-cv-01090-OWW-DLB**<br>**1:09-cv-01378-OWW-SMS**<br>**1:09-cv-01520-OWW-SMS**<br>**1:09-cv-01580-OWW-DLB**<br>**1:09-cv-01625-OWW-SMS**<br><br>**ORDER DIRECTING CLERK OF COURT TO RETURN DEPOSITED FUNDS** |

During the course of a routine review of funds held in this Court's registry accounts, it has come to the Court's attention that $5,000.00 remains in the registry account for this case, deposited by Plaintiff Westlands Water District (a member agency of San Luis & Delta Mendota Water Authority) (Receipt Number CAE10009777), in connection with the issuance of a temporary restraining order (TRO) entered in February 2010, Docs. 207 & 223, as amended September 13, 2011, Doc. 1046. The TRO dissolved of its own accord, but another $5000.00 bond was required upon entry of a preliminary injunction on May 27, 2010, *see* Doc. 373, so the funds were not returned. However, the preliminary injunction order also expired of its own

1

accord. *See* Doc. 380. This case is closed and all appeals are complete. Therefore, the Clerk of Court is ordered to return the above-mentioned funds (and applicable interest) to the depositing party at the following address:

> Westlands Water District
> c/o Eileen Diepenbrock
> Diepenbrock Elkin LLP
> 500 Capitol Mall, Ste. 2200
> Sacramento, CA 95814

**IT IS SO ORDERED**

Dated: Oct 30, 2015

United States District Judge
Lawrence J. O'Neill