**COUNSEL IDENTIFICATION ON FOLLOWING PAGE**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSOLIDATED SALMON CASES | CASE NOS. |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. GARY. F. LOCKE, et al. (Case No. 1:09-cv-1053), | 1:09-cv-1053-LJO-BAM<br>1:09-cv-1090-LJO-DLB<br>1:09-cv-1378-LJO-DLB<br>1:09-cv-1520-LJO-DLB<br>1:09-cv-1580-LJO-DLB<br>1:09-cv-1625-LJO-DLB |
| STOCKTON EAST WATER DISTRICT v. NOAA, et al. (Case No. 1:09-cv-1090), | |
| STATE WATER CONTRACTORS v. GARY F. LOCKE, et al. (Case No. 1:09-cv-1378) | **THIRD STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES**<br><br>Judge:   Hon. Lawrence J. O'Neill |
| KERN COUNTY WATER AGENCY, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. U.S. DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1580), | |
| METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NMFS, et al. (Case No. 1:09-cv-1625), | |

**IDENTIFICATION OF COUNSEL**

| | |
|---|---|
| DANIEL J. O'HANLON (SBN 122380)<br>HANSPETER WALTER (SBN 244847)<br>REBECCA R. AKROYD (SBN 267305)<br>ELIZABETH L. LEEPER (SBN 280451)<br>KRONICK, MOSKOVITZ, TIEDEMANN<br>& GIRARD<br>400 Capitol Mall, 27th Floor<br>Sacramento, CA 95814<br>Telephone:   (916) 321-4500<br>Facsimile:   (916) 321-4555<br><br>EILEEN M. DIEPENBROCK (SBN 119254)<br>DAVID A. DIEPENBROCK (SBN 215679)<br>JONATHAN R. MARZ (SBN 221188)<br>DIEPENBROCK ELKIN GLEASON, LLP<br>500 Capitol Mall, Suite 2200<br>Sacramento, CA 95814<br>Telephone:   (916) 492-5000<br>Facsimile:   (916) 446-2640<br><br>Attorneys for Plaintiff<br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY | BRADLEY H. OLIPHANT (SBN 216468)<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Wildlife and Marine Resources Section<br>999 18th St., South Terrace, Ste. 370<br>Denver, CO  80211<br>Telephone:  (303) 844-1381<br>Facsimile:  (303) 844-1350<br><br>WILLIAM J. SHAPIRO (CO State Bar 030929)<br>UNITED STATES DEPARTMENT OF JUSTICE<br>501 I Street, Ste. 9-700<br>Sacramento, CA 95814<br>Telephone:  (916) 930-2207<br>Facsimile:  (916) 930-2010<br><br>Attorneys for FEDERAL DEFENDANTS |

1410627.1 10355-025

2

THIRD STIPULATION AND ORDER REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES

To facilitate settlement discussions regarding Plaintiff San Luis & Delta-Mendota Water Authority's ("Authority") claim for attorneys' fees and other expenses in this case, the Authority and Defendants Sally Jewell, Secretary of the Department of the Interior, et al. ("Federal Defendants") have previously stipulated to, and the Court has ordered, a stay on briefing and argument of the Authority's motion for attorneys' fees and other expenses.  Doc. 771, Doc. 778.  These parties have reached a recommended agreement in principle to settle the Authority's fees claim, subject to review within the Department of Justice and the Department of the Interior.  To allow additional time for the review of the proposed settlement, the Authority and Federal Defendants jointly request that this Court extend the stay on Authority's motion for attorneys' fees and other expenses for an additional 45 days, to January 29, 2016.  The parties are requesting the same extension of a stay on the Authority's pending motion for attorneys' fees in the *Delta Smelt Cases*, Case 1:09-cv-407-LJO-BAM, which these parties have likewise settled in principle.

In support of this request, the Authority and Federal Defendants stipulate as follows:

1. On March 19, 2015, the Authority filed a motion for an award of attorneys' fees and other expenses for this litigation.  Doc. 764.

2. On March 19, 2015, the Court approved the parties' stipulation to stay further briefing and argument on the Authority's motion for attorneys' fees and other expenses until September 15, 2015, to allow for settlement discussions.  Doc. 771.  That order directed the parties to apprise the Court of any settlement or further requested action, or jointly propose a briefing schedule to address the Authority's motion for fees and other expenses if there was no settlement, upon expiration of the stay.

3. On September 14, 2015, the Court approved the parties' stipulation regarding the motion for attorneys' fees and other expenses, under which the parties agreed to stay briefing and argument on the Authority's motion for attorneys' fees until December 15, 2015.  Doc. 778.

4. The Authority and Federal Defendants have reached a recommended agreement in principle to settle the Authority's claim for fees and expenses.  Before any settlement can be concluded however, the proposed settlement terms must be reviewed and approved within the Department of Justice and the Department of the Interior.  If the recommended agreement is

eventually adopted, the Authority and Federal Defendants agree that further briefing and argument on the Authority's claim for fees and other expenses, and a decision by the Court, will be unnecessary. A stay will therefore conserve the parties' and the Court's resources.

5. Based on the joint stipulation set forth above, the parties respectfully request that this Court extend the stay of briefing and argument on the Authority's motion for attorneys' fees and other expenses until January 29, 2016. By that date, the parties will either report that settlement has been completed and the Authority is withdrawing its motion for fees and expenses, or request other action by the Court in the absence of a completed settlement.

Respectfully submitted this 14th day of December, 2015.

Dated: December 14, 2015

DIEPENBROCK ELKIN GLEASON, LLP
A Professional Corporation

By: */s/ Eileen M. Diepenbrock*
Eileen M. Diepenbrock
Attorneys for Plaintiff, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

Dated: December 14, 2015

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: */s/ Daniel J. O'Hanlon*
Daniel J. O'Hanlon
Attorneys for Plaintiff, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

Dated: December 14, 2015

U.S. DEPARTMENT OF JUSTICE
Environmental & Natural Resources Division

By: */s/ William Shapiro*
William Shapiro, Trial Attorney
Attorneys for FEDERAL DEFENDANTS

IT IS SO ORDERED.

Dated: **December 15, 2015**      **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE