1  **COUNSEL IDENTIFICATION ON FOLLOWING PAGE**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONSOLIDATED SALMONID CASES | Case No. 1:09-cv-01053-LJO-DLB |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. LOCKE, et al. (Case No. 1:09-cv-1053) | CONSOLIDATED WITH 1:09-cv-01090-OWW-DLB 1:09-cv-01378-OWW-SMS 1:09-cv-01520-OWW-SMS 1:09-cv-01580-OWW-DLB 1:09-cv-01625-OWW-SMS |
| STOCKTON EAST WATER DISTRICT, et al. v. NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, et al. (Case No. 1:09-cv-1090) | |
| STATE WATER CONTRACTORS v. LOCKE, et al. (Case No. 1:09-cv-1378) | **PLAINTIFF STATE WATER CONTACTORS' AND FEDERAL DEFENDANTS' FOURTH JOINT STIPULATION AND ORDER EXTENDING STAY REGARDING MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES** |
| KERN COUNTY WATER AGENCY, et al. v. UNITED STATED DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1520) | |
| OAKDALE IRRIGATION DISTRICT, et al. v. UNITED STATES DEPARTMENT OF COMMERCE, et al. (Case No. 1:09-cv-1580) | Judge: Hon. Lawrence J. O'Neill Date: Time: Courtroom: |
| THE METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA v. NATIONAL MARINE FISHERIES SERVICE, et al. (Case No. 1:09-cv-1625) | |

STEVEN M. ANDERSON, Bar No. 186700
STEVEN G. MARTIN, Bar No. 263394
BEST BEST & KRIEGER LLP
3390 University Avenue, 5th Floor
P. O. Box 1028
Riverside, CA  92502
Telephone:  (951) 686-1450
Facsimile:  (951) 686-3083

Attorneys for Plaintiff
STATE WATER CONTRACTORS

BRADLEY H. OLIPHANT (SBN 216468)
UNITED STATES DEP'T OF JUSTICE
Wildlife and Marine Resources Section
999 18th St., South Terrace, Ste. 370
Denver, CO 80211
Telephone: (303) 844-1381
Facsimile: (303) 844-1350

WILLIAM J. SHAPIRO (CO SBN 030929)
UNITED STATES DEPARTMENT OF JUSTICE
501 I Street, Ste. 9-700
Sacramento, CA 95814
Telephone: (916) 930-2207
Facsimile: (916) 930-2010

Attorneys for FEDERAL DEFENDANTS

To facilitate settlement discussions, this Court has previously ordered a stay of the briefing related to the Plaintiff State Water Contractors' ("SWC") motion for an award of attorneys' fees and other expenses (Doc. 772) ("SWC Attorneys' Fees Motion") against Defendants Sally Jewell, Secretary of Interior, et al. ("Federal Defendants"), as stipulated to by these parties. *See* Docs. 771, 779, 781. Through these settlement discussions, these parties have reached a recommended agreement in principle to settle the SWC Attorneys' Fees Motion, subject to review within the Department of Justice and the Department of Interior.

To allow additional time for the review of the proposed settlement, the SWC and Federal Defendants jointly request that this Court extend the stay on the SWC Attorneys' Fees Motion for an additional 45 days, to January 29, 2016. This extension coincides with the deadline requested by Plaintiff San Luis & Delta-Mendota Water Authority and the Federal Defendants for reviewing their settlement in principle. *See* Doc. 784.

In support of this request, the SWC and Federal Defendants stipulate, as follows:

1. On March 20, 2015, the SWC filed a motion for an award of attorneys' fees and other expenses for this litigation. Doc. 772.

2. On March 19, 2015, these parties stipulated and the Court approved the parties' stipulation to stay further briefing and argument on the SWC Attorneys' Fees Motion until September 15, 2015, to allow for settlement discussions. Docs. 765, 771. That order directed the parties to apprise the Court of any settlement or further requested action, or jointly propose a briefing schedule to address the SWC's motion for fees and other expenses if there was no settlement, upon expiration of the stay.

3. On September 14, 2015, the SWC and Federal Defendants stipulated, and on September 16, 2015, the Court approved the SWC's and Federal Defendants' stipulation, to further stay the briefing and argument on the SWC Attorneys' Fees Motion until September 29, 2015, to allow completion of pending settlement discussions. Docs. 776, 779.

4. On September 28, 2015, the SWC and Federal Defendants stipulated, and on September 29, 2015, the Court approved the SWC's and Federal Defendants' stipulation, to further stay the briefing and argument on the SWC Attorneys' Fees Motion until December 15,

2015.  Docs. 780, 781.

5. The SWC and Federal Defendants have reached a recommended agreement in principle to settle the SWC's claims in the SWC Attorneys' Fees Motion.  Before any settlement can be concluded, the proposed settlement terms must be reviewed within and approved by the Department of Justice and the Department of Interior.  If the recommended settlement agreement is eventually adopted, the SWC and Federal Defendants agree that further briefing and argument on the SWC Attorneys' Fees Motion, and a decision by this Court, will be unnecessary.  A stay will therefore conserve the parties' and the Court's resources.

6. Based on the joint stipulation set forth above, the parties respectfully request that this Court extend the stay of briefing and argument on the SWC Attorneys' Fees Motion until January 29, 2015.  By that date, the parties will either report that settlement has been completed and the SWC is withdrawing its motion for fees and expenses, or request other action by the Court in the absence of a completed settlement.

Respectfully submitted this 14th day of December 2015.

Dated: December 14, 2015         BEST BEST & KRIEGER LLP
                                 By:   /s/ Steven G. Martin
                                       Steven M. Anderson
                                       Steven G. Martin
                                       Attorneys for Plaintiff,
                                       STATE WATER CONTRACTORS

Dated: December 14, 2015         U.S. DEPARTMENT OF JUSTICE
                                 Environmental & Natural Resources Division
                                 By:   /s/ William Shapiro
                                       William Shapiro, Trial Attorney
                                       Attorneys for FEDERAL DEFENDANTS

IT IS SO ORDERED.

   Dated:   **December 15, 2015**             **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE